William J. Brown, Jr. (SBN 192950)
  bill@brownwegner.com
Kyle J. Berry (SBN 355393)
  kberry@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

Thomas R. McCarthy (DC Bar No. 48965)*
Zachary P. Grouev (FL Bar No. 10386291)*
Julius Kairey (NY Bar No. 5668249)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
zach@consovoymccarthy.com
julius@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)*
Omer Wiczyk (NY Bar No. 4321600)*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
(917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

*  *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, RABBI DOVID GUREVICH, NIR HOFTMAN, ELI TSIVES,<br><br>*Plaintiffs,*<br><br>v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, | **Case No. 2:25-cv-03714**<br><br>**NOTICE OF RELATED CASE** |

1

1  AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE,
2  OSAMA ABURSHAID,
   HATEM AL-BAZIAN,
3  FACULTY FOR JUSTICE IN PALESTINE NETWORK,
4  UC DIVEST COALITION,
   WESPAC FOUNDATION,
5  PEOPLE'S CITY COUNCIL,

6       *Defendants.*

1  Pursuant to L.R. 83-1.3.1, Plaintiffs respectfully submit that the
2 following case is related to the instant case in that they arise from the
3 same or a closely related transaction, happening, or event, and they both
4 call for determination of the same or substantially related or similar
5 questions of law and fact:
6     Case Name: *Yitzchok Frankel, et al. v. Regents of The University of*
7         *California, et al.*
8         (the "*Frankel* case)
9     Case Number: 2:24-cv-04702-MCS-PD
10     Court: United States District Court, Central District of California
11         (Western Division)
12     Filing date:    June 5, 2024
13     Nature of Suit: 440 Civil Rights: Other
14     Jurisdiction: Federal Question
15     Status of case: Pending.
16
17     The instant case and the *Frankel* case both arise from the same
18 operative facts and circumstances that occurred at University of California
19 Los Angeles in 2024, namely, coordinated anti-semitic hate, violence, and
20 harassment. The two cases involve much of the same witnesses and
21 evidence. Plaintiffs' claims in the present action seek relief under federal
22 and state statutes that were asserted in the *Frankel* case. As such, the two
23 cases present numerous commons issues and call for determination of
24 common questions of fact and law.
25
26
27
28

DATED: April 25, 2025

BROWN WEGNER LLP

/s/ William J. Brown, Jr
William J. Brown, Jr.

Thomas R. McCarthy*
Zachary P. Grouev*
Julius Kairey*
CONSOVOY MCCARTHY PLLC

Richard A. Rosen *
Omer Wiczyk *
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW

* *Application for admission pro hac vice forthcoming*

*Attorneys for Plaintiffs*