POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>BROWN WEGNER LLP<br>William J. Brown, Jr. (SBN 192950)<br>2010 Main Street, Suite 1260<br>Irvine, California 92614<br>TELEPHONE NO.: 949.705.0080    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: bill@brownwegner.com<br>ATTORNEY FOR *(Name)*: Plaintiffs | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 350 W. 1st Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles  90012<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: MATTHEW WEINBERG, et al.<br>DEFENDANT/RESPONDENT: NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al. | CASE NUMBER:<br>2:25-cv-03714 MCS (PDx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [x] summons
   b. [x] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [x] other *(specify documents)*: [*See* attached list.]
3. a. Party served *(specify name of party as shown on documents served)*:
      FACULTY FOR JUSTICE IN PALESTINE NETWORK
   b. [x] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Andrew Ross, Secretary
4. Address where the party was served:
   c/o Andrew Ross, Secretary, New York University, 70 Washington Sq S #12, New York NY 10012-1019
5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date)*:                          (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:              at *(time)*:              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:                     from *(city)*:                              or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

POS-010

| PLAINTIFF/PETITIONER: MATTHEW WEINBERG, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al. | 2:25-cv-03714 MCS (PDx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*  (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☒ **by other means** *(specify means of service and authorizing code section):*
   On June 5, 2025, by U.S.P.S. certified mail, postage prepaid, with electronic return receipt requested, to Party in Item #3a c/o its officer/Secretary in Item #3b, who is outside California; recipient signed the Return Receipt on June 9, 2025. Per Cal. Code of Civil Procedure section 415.40 in relation to Fed. Rules of Civil Procedure 4(h) and 4(e).

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☐ other:

7. **Person who served papers**
   a. Name: Mae Galvez, ACP, CLP
   b. Address: c/o Brown Wegner LLP, 2010 Main Street, Suite 1260, Irvine, CA 92614
   c. Telephone number: 949.705.0080
   d. **The fee** for service was: $ 0.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      **or**
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: June 26, 2025

Mae Galvez, ACP, CLP                                            ▶  *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**                    Page 2 of 2

ATTACHMENT
to PROOF OF SERVICE OF SUMMONS
ITEM #2.f

2.f. Other documents served:

    Civil Cover Sheet [Doc. 2];

    Notice of Related Case [Doc. 3];

    [Corrected] Certification And Notice Of Interested Parties [Doc. 6];

    Notice of Assignment To United States Judges [Doc. 7];

    Notice To Parties of Court-Directed ADR Program [Doc. 8];

    Notice To Counsel Re Consent to Proceed Before a United States Magistrate Judge [Doc. 9];

    Order to Reassign Case Due To Self-Recusal [Doc. 18];

    Order Re Transfer (Related Cases) [Doc. 27]; and

    Initial Standing Order For Civil Cases Assigned To Judge Mark C. Scarsi [Doc. 28].