**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

---

**OFFICIAL BUSINESS**

```
KAIR600    222092308-1N           05/15/25
 -R-T-S-   222092208-1N
                                  05/30/25
       RETURN TO SENDER
       UNABLE TO FORWARD
       UNABLE TO FORWARD
       RETURN TO SENDER
```

FILED
CLERK, U.S. DISTRICT COURT
JUN 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2:25-CV-3714-MCS

Case: 2:25cv3714   Doc: 7

Julius  Kairey
Consovoy McCarthy PLLC
1600 Wilson Boulevard Suite 700
Arlington, VA 22209

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Thomas R McCarthy
Consovoy McCarthy PLLC
1600 Wilson Boulevard Suite 700
Arlington VA 22209
, Richard A Rosen
The Louis D Brandeis Center for Human Rights Under Law
1330 6th Avenue 23rd Floor
New York NY 10019
, Zachary P Grouey
Consovoy McCarthy PLLC
1600 Wilson Boulevard Suite 700
Arlington VA 22209
, Julius Kairey
Consovoy McCarthy PLLC
1600 Wilson Boulevard Suite 700
Arlington VA 22209
, Omer Wiczyk
The Louis D Brandeis Center for Human Rights Under Law
1330 6th Avenue 23rd Floor
New York NY 10019
--Case Participants: Kyle Berry (kberry@brownwegner.com), William J. Brown, Jr (bill@brownwegner.com, mgalvez@brownwegner.com), Magistrate Judge Douglas F. McCormick (crd_mccormick@cacd.uscourts.gov), Judge Percy Anderson (crd_anderson@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<40009082@cacd.uscourts.gov>Subject:Activity in Case 2:25-cv-03714-PA-DFM Matthew Weinberg et al v. National Students for Justice in Palestine et al Notice of Assignment to United States Judges(CV-18) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 4/29/2025 at 9:34 AM PDT and filed on 4/29/2025