| | |
|---|---|
| *Attorney or Party without Attorney:*<br>William J. Brown, Jr., Esq. (SBN 192950)<br>BROWN WEGNER LLP<br>2010 MAIN STREET SUITE 1260<br>IRVINE, CA 92614<br>  *Telephone No:* 949-705-0080<br>  *Attorney For:* Plaintiffs     *Ref. No. or File No.:* WEINBERG/SJP | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* MATTHEW WEINBERG, et al.
*Defendant:* NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2: 25-cv-03714 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Related Case; Corrected Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Order to Reassign Case Due to Self-Recusal; Order Re Transfer (Related Cases); Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi

3. a. Party served:    PEOPLE'S CITY COUNCIL
   b. Person served:   Ricci M. Sergienko, Officer

4. Address where the party was served:   3435 Wilshire Blvd., Suite 2910, Los Angeles, CA 90010

5. I served the party:
   a. **by substituted service.**   On: Wed, Jun 11 2025 at: 12:04 PM by leaving the copies with or in the presence of: "Jane Doe", Person in Charge / refused to give name (Hispanic , Female , Age: 25 , Hair: Red , Eyes: Brown , Height: 5'7" , Weight: 135) / Served under CCP § 415.20

   (1) ☐ (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) ☒ (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ (Declaration of Mailing) is attached.
   (4) ☒ (Declaration of Diligence) attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

13465487
(14084580)
Page 1 of 2

| Attorney or Party without Attorney:<br>William J. Brown, Jr., Esq. (SBN 192950)<br>BROWN WEGNER LLP<br>2010 MAIN STREET SUITE 1260<br>IRVINE, CA 92614<br>  Telephone No: 949-705-0080<br>  Attorney For: Plaintiffs | Ref. No. or File No.:<br>WEINBERG/SJP | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: MATTHEW WEINBERG, et al.<br>Defendant: NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2: 25-cv-03714 |
|---|---|---|---|---|

6. **Person Who Served Papers:**
   a. Javier Sanchez (2014115318, Los Angeles)
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee for Service was:* $461.32
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

06/13/2025
(Date)                           (Signature)



PROOF OF SERVICE

13465487
(14084580)
Page 2 of 2

| Attorney or Party without Attorney: <br> William J. Brown, Jr., Esq. (SBN 192950) <br> BROWN WEGNER LLP <br> 2010 MAIN STREET SUITE 1260 <br> IRVINE, CA 92614 <br> Telephone No: 949-705-0080 <br> Attorney For: Plaintiffs | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: <br> WEINBERG/SJP | | |
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: MATTHEW WEINBERG, et al. <br> Defendant: NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al. | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2: 25-cv-03714 |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Related Case; Corrected Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Order to Reassign Case Due to Self-Recusal; Order Re Transfer (Related Cases); Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Jun 12, 2025
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: PEOPLE'S CITY COUNCIL c/o Ricci M. Sergienko, Officer
      3435 Wilshire Blvd., Suite 2910, Los Angeles, CA 90010

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed, Jun 11, 2025 in the ordinary course of business.

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Ruben Fragoso (2886, Orange County)
   b. FIRST LEGAL
      600 W. Santa Ana Boulevard, Suite 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

   d. *The Fee for Service was:* $461.32
   e. I am: A Registered California Process Server

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

06/13/2025
(Date)

(Signature)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
BY MAIL

13465487
(14084580)

| Attorney or Party without Attorney:<br>William J. Brown, Jr., Esq. (SBN 192950)<br>BROWN WEGNER LLP<br>2010 MAIN STREET SUITE 1260<br>IRVINE, CA 92614<br>Telephone No: 949-705-0080<br>Attorney For: Plaintiffs | | Ref. No. or File No.:<br>WEINBERG/SJP | | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: MATTHEW WEINBERG, et al.<br>Defendant: NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al. | | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2: 25-cv-03714 | |

1. I, Javier Sanchez 2014115318, Los Angeles, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject PEOPLE'S CITY COUNCIL as follows:

2. *Documents:* Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of Related Case; Corrected Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Order to Reassign Case Due to Self-Recusal; Order Re Transfer (Related Cases); Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi

**Attempt Detail**

1) Unsuccessful Attempt by: Javier Sanchez (2014115318, Los Angeles) on: Jun 5, 2025, 12:08 pm PDT at 3435 Wilshire Blvd., Suite 2910, Los Angeles, CA 90010
Richie is not in it's what I was told by the front desk they don't know when he will be in

2) Unsuccessful Attempt by: Javier Sanchez (2014115318, Los Angeles) on: Jun 6, 2025, 10:21 am PDT at 3435 Wilshire Blvd., Suite 2910, Los Angeles, CA 90010
I was told that Ricci is not in

3) Unsuccessful Attempt by: Javier Sanchez (2014115318, Los Angeles) on: Jun 10, 2025, 12:56 pm PDT at 3435 Wilshire Blvd., Suite 2910, Los Angeles, CA 90010
The office was open but there was no one around for me to leave this document with will attempt against service tomorrow

4) Successful Attempt by: Javier Sanchez (2014115318, Los Angeles) on: Jun 11, 2025, 12:04 pm PDT at 3435 Wilshire Blvd., Suite 2910, Los Angeles, CA 90010 received by Jane Doe . Age: 25; Ethnicity: Hispanic; Gender: Female; Weight: 135; Height: 5'7"; Hair: Red; Eyes: Brown;



| Attorney or Party without Attorney:<br>William J. Brown, Jr., Esq. (SBN 192950)<br>BROWN WEGNER LLP<br>2010 MAIN STREET SUITE 1260<br>IRVINE, CA 92614<br>Telephone No: 949-705-0080<br>Attorney For: Plaintiffs | Ref. No. or File No.:<br>WEINBERG/SJP | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff: MATTHEW WEINBERG, et al.<br>Defendant: NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al. | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2: 25-cv-03714 |

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person who served papers**
   a. Name: Javier Sanchez
   b. Address: **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number: (213) 250-1111
   d. **The fee** for service was: $461.32
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i) ☐ owner ☐ employee ☐ independent contractor
         (ii) Registration No: 2014115318, Los Angeles
         (iii) County: Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

06/13/2025
(Date)                (Signature)



AFFIDAVIT OF
DUE DILIGENCE

13465487
(14084580)
Page 2 of 2