Christina A. Jump*
Texas Bar No. 00795828
The Constitutional Law Center
for Muslims in America**
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454
Email: cjump@clcma.org
Attorney for Defendants
**The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America

* Application to be admitted *pro hac vice* forthcoming

[Additional Counsel Cont. on next page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW WEINBERG, RABBI DOVID GUREVICH, NIR HOFTMAN, ELI TSIVES,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTINE NETWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL,<br><br>Defendants | Case No.: 2:25-cv-03714 MCS (JCx)<br><br>**STIPULATION TO EXTEND DEFENDANTS AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, AND HATEM AL-BAZIAN'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint service waived:  June 3, 2025<br>Current response date:  August 4, 2025<br>New response date:  August 28, 2025<br><br>Complaint Filed:  April 25, 2025 |

[Additional Counsel Cont. from previous page]

William J. Brown, Jr. (SBN 192950)
bill@brownwegner.com
Kyle J. Berry (SBN 355393)
kberry@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260 Irvine, California 92614
Telephone: 949.705.0080

Thomas R. McCarthy (DC Bar No. 48965)***
Zachary P. Grouev (FL Bar No. 10386291)***
Julius Kairey (NY Bar No. 5668249)***
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
zach@consovoymccarthy.com
julius@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)***
Omer Wiczyk (NY Bar No. 4321600)***
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
(917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

*** *Admitted pro hac vice*

Attorneys for Plaintiffs

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS

IT IS HEREBY STIPULATED by and between Defendants AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine, Osama Aburshaid, and Hatem al-Bazian ("AMP Defendants") on the one hand, and Plaintiff Matthew Weinberg, et. al. ("Plaintiffs"), on the other hand:

WHEREAS, the Complaint was filed in this case on April 25, 2025;

WHEREAS, on June 3, 2025 Plaintiffs requested the AMP Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d)(3);

WHEREAS, the AMP Defendants agreed to waive service of process, contingent on an extension to the responsive pleading deadline, which is agreeable to Plaintiffs. The Waiver of The Service of Summons executed by the AMP Defendants will be filed concurrently with this Stipulation;

WHEREAS, pursuant to Federal Rule of Civil Procedure 4(d)(3), the AMP Defendants' deadline to file a responsive pleading is August 4, 2025;

The Parties hereby stipulate to extend the AMP Defendants' time to respond to the initial Complaint by not more than 30 days, to and including August 28, 2025.

Dated: July 11, 2025

Respectfully Submitted,

By: *[signature]*
Christina A. Jump
The Constitutional Law Center
for Muslims in America**
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
Fax: (972) 692-7454
Attorney for Defendants
**The Constitutional Law Center for Muslims in America is the legal division of the Muslim Legal Fund of America

*Application to be admitted *pro hac vice* forthcoming

Attorneys for the AMP Defendants

|   |   |
|---|---|
| 1 |   |
| 2 | Dated: July 11, 2025 |
| 3 |   |
| 4 |   |

Dated: July 11, 2025

BROWN WEGNER LLP
CONSOVOY MCCARTHY PLLC
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW


By: /s/ Willam J. Bown, Jr.
  Willam J. Bown, Jr.
  Thomas R. McCarthy***
  Zachary P. Grouev***
  Julius Kairey***
  Richard A. Rosen ***
  Omer Wiczyk ***
  Attorneys for Plaintiffs

# CERTIFICATE OF E-SERVICE
*Weinberg, et al. v. National Students For Justice in Palestine, et al.*
No. 2:25-cv-03714 MCS (JCx), C.D. Cal.

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in Orange County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Brown Wegner LLP, 2010 Main Street, Suite 1260, Irvine, California 92614. My email address is mgalvez@brownwegner.com.

On July 11, 2025, I served the foregoing document entitled:

**STIPULATION TO EXTEND DEFENDANTS AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, AND HATEM AL-BAZIAN'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

on the following interested parties in this action:

Christina A. Jump
The Constitutional Law Center
for Muslims in America**
100 North Central Expressway, Suite 1010
Richardson, TX 75080
Phone: (972) 914-2507
E-Mail: cjump@clcma.org
**The Constitutional Law Center for Muslims in America
is the legal division of the Muslim Legal Fund of America

Attorneys for Defendants AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine, Osama Aburshaid, and Hatem al-Bazian

**BY EMAIL:** I sent a true copy of the document by electronic means to above interested parties at the e-mail address(es) listed above.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct.

Executed this July 11, 2025, at Irvine, California.

Mae Galvez, ACP, CLP