Ramsey Judah (SBN 342300)
Judah Law Group, LC
1026 W. Foothill Blvd
Upland, CA 91786
Telephone: 626 899 7667
Email: ramsey@judahlawgroup.com

Attorneys for Defendant
WESPAC FOUNDATION

[Additional Counsel Cont. on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MATTHEW WEINBERG,
RABBI DOVID GUREVICH,
NIR HOFTMAN,
ELI TSIVES,

          Plaintiffs,

          v.

NATIONAL STUDENTS FOR JUSTICE
IN PALESTINE, JOHN DOE #1,
PRESIDENT OF THE UCLA CHAPTER
OF SJP, AJP EDUCATIONAL
FOUNDATION, INC., D/B/A
AMERICAN MUSLIMS FOR
PALESTINE, OSAMA ABURSHAID,
HATEM AL-BAZIAN, FACULTY FOR
JUSTICE IN PALESTINE NETWORK,
UC DIVEST COALITION, WESPAC
FOUNDATION, PEOPLE'S CITY
COUNCIL,

          Defendants

Case No.: 2:25-cv-03714 MCS (JCx)

**STIPULATION TO EXTEND DEFENDANT WESPAC FOUNDATION'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint service waived:   June 3, 2025
Current response date:   August 4, 2025
New response date:   August 28, 2025

Complaint Filed:   April 25, 2025

1    [Additional Counsel Cont. from previous page]

2

3    William J. Brown, Jr. (SBN 192950)
     bill@brownwegner.com
4    Kyle J. Berry (SBN 355393)
     kberry@brownwegner.com
5    BROWN WEGNER LLP
6    2010 Main Street, Suite 1260 Irvine, California 92614
7    Telephone: 949.705.0080

8    Thomas R. McCarthy (DC Bar No. 48965)*
9    Zachary P. Grouev (FL Bar No. 10386291)*
     Julius Kairey (NY Bar No. 5668249)*
10   CONSOVOY MCCARTHY PLLC
11   1600 Wilson Boulevard, Suite 700
     Arlington, VA 22209
12   (703) 243-9423
13   tom@consovoymccarthy.com
     zach@consovoymccarthy.com
14   julius@consovoymccarthy.com

15

16   Richard A. Rosen (NY Bar No. 1663830)*
     Omer Wiczyk (NY Bar No. 4321600)*
17   THE LOUIS D. BRANDEIS CENTER
     FOR HUMAN RIGHTS UNDER LAW
18   1330 6th Avenue, 23rd Floor
19   New York, NY 10019
     (917) 363-9004
20   rrosen@brandeiscenter.com
21   owiczyk@brandeiscenter.com

22   * *Admitted pro hac vice*

23   Attorneys for Plaintiffs

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Defendant WESPAC Foundation, Inc. ("WESPAC"), on the one hand, and Plaintiff Matthew Weinberg, et. al. ("Plaintiffs"), on the other hand:

WHEREAS, the Complaint was filed in this case on April 25, 2025;

WHEREAS, on June 3, 2025 Plaintiffs requested that WESPAC waive service pursuant to Federal Rule of Civil Procedure 4(d)(3);

WHEREAS, Defendant WESPAC agreed to waive service of process. The Waiver of The Service of Summons executed by Defendant WESPAC will be filed concurrently with this Stipulation;

WHEREAS, pursuant to Federal Rule of Civil Procedure 4(d)(3), Defendant WESPAC Foundation's deadline to file a responsive pleading is August 4, 2025;

The Parties hereby stipulate to extend Defendant WESPAC Foundation's time to respond to the initial Complaint by not more than 30 days, to and including August 28, 2025.

Dated: July 15, 2025

Respectfully Submitted,
JUDAH LAW GROUP, LC


By: /s/ Ramsey Judah
    Ramsey Judah
Attorneys for Defendant WESPAC Foundation

Dated: July 15, 2025

BROWN WEGNER LLP
CONSOVOY MCCARTHY PLLC
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW


By: /s/ Willam J. Bown, Jr.
    Willam J. Bown, Jr.
    Thomas R. McCarthy*
    Zachary P. Grouev*
    Julius Kairey*
    Richard A. Rosen *
    Omer Wiczyk *
    *Admitted Pro Hac Vice
Attorneys for Plaintiffs

## **L.R. 5-4.3.4 ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: July 15, 2025                                    /s/ William J. Brown, Jr.
                                                        William J. Brown, Jr.

**CERTIFICATE OF SERVICE**

*Weinberg, et al. v. National Students for Justice in Palestine et al.*
No. 2:25-cv-03714 MCS (JCx), C.D. Cal.

The undersigned hereby certifies that on this date, the foregoing document filed electronically using the Court's CM/ECF System is deemed served on all counsel of record who have appeared in the case in this Court pursuant to the Federal Rules of Civil Procedure through the Court's Notice of Electronic Filing automatically generated by the CM/ECF System, per L.R. 5-3.2.1.

Dated: July 15, 2025                                        /s/ William J. Brown, Jr.
                                                            William J. Brown, Jr.