| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| William J. Brown, Jr., Esq. (SBN 192950)<br>BROWN WEGNER LLP<br>2010 MAIN STREET SUITE 1260<br>IRVINE, CA 92614<br>Telephone No: 949-705-0080<br>Attorney For: Plaintiffs    Ref. No. or File No.: WEINBERG/NSJP | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | |
| Plaintiff: MATTHEW WEINBERG, et al.<br>Defendant: NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al. | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:25-cv-03714-MCS-PDx |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint for Damages and Jury Trial Demand; Civil Cover Sheet; Notice of Related Case; Corrected Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties of Court−Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Order to Reassign Case Due to Self-Recusal; Order Re Transfer (Related Cases); Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi

3. a. Party served: NATIONAL STUDENTS FOR JUSTICE IN PALESTINE
   b. Person served: Dylan Kupsh, an Officer / Served under F.R.C.P. Rule 4.

4. Address where the party was served: 1945 S. Hill Street, Dept 65, Los Angeles, CA 90007

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 14 2025 (2) at: 01:25 PM

6. **Person Who Served Papers:**
   a. Luis Olague (2023-274162, Los Angeles County)          d. *The Fee* for Service was: $256.93
   b. FIRST LEGAL
      600 W. Santa Ana Blvd., Ste. 101
      SANTA ANA, CA 92701
   c. (714) 541-1110

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/14/2025
(Date)                                   (Signature)



PROOF OF SERVICE

13931711
(14112211)