| Attorney or Party without Attorney:<br>William J. Brown, Jr., Esq. (SBN 192950)<br>BROWN WEGNER LLP<br>2010 MAIN STREET SUITE 1260<br>IRVINE, CA 92614<br>Telephone No: 949-705-0080 | | For Court Use Only |
|---|---|---|
| Attorney For: Plaintiffs | Ref. No. or File No.:<br>WEINBERG/NSJP | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* MATTHEW WEINBERG, et al.
*Defendant:* NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-cv-03714-MCS-PDx |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint for Damages and Jury Trial Demand; Civil Cover Sheet; Notice of Related Case; Corrected Certification and Notice of Interested Parties (Local Rule 7.1-1); Notice of Assignment to United States Judges; Notice to Parties of Court−Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Order to Reassign Case Due to Self-Recusal; Order Re Transfer (Related Cases); Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi

3.  *a.* Party served:    UC DIVEST COALITION
    *b.* Person served:    Dylan Kupsh, an Officer / Served under F.R.C.P. Rule 4.

4.  *Address where the party was served:*    1945 S. Hill Street, Dept 65, Los Angeles, CA 90007

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Aug 14 2025 (2) at: 01:25 PM

6.  **Person Who Served Papers:**
    a. Luis Olague (2023-274162, Los Angeles County)
    b. **FIRST LEGAL**
       600 W. Santa Ana Blvd., Ste. 101
       SANTA ANA, CA 92701
    c. (714) 541-1110

    **d.** *The Fee* for Service was: $149.42

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

08/14/2025
*(Date)*

*(Signature)*



**PROOF OF SERVICE**

13931738
(14112213)