# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, RABBI DOVID GUREVICH, NIR HOFTMAN, ELI TSIVES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTINE NETWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-03714-MCS-JC<br><br>**ORDER GRANTING JOINT STIPULATION TO SET A UNIFIED RESPONSE DEADLINE (ECF No. 46)**<br><br>Complaint filed:　　　April 25, 2025<br>Amended complaint:　September 24, 2025<br>Unified response date:　October 24, 2025 |

ORDER RE STIPULATION TO SET A UNIFIED RESPONSE DEADLINE

# ORDER

Based on the Joint Stipulation entered into by Defendants AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine, Osama Aburshaid, and Hatem al-Bazian, WESPAC Foundation, Inc., and People's City Council, on the one hand, and Plaintiff Matthew Weinberg, et. al., on the other hand:

IT IS ORDERED that Plaintiffs shall file an amended complaint on or before September 24, 2025. The stipulating Defendants shall file their responsive pleadings on or before October 24.

**IT IS SO ORDERED.**

Dated: August 15, 2025

_____
Mark C. Scarsi
United States District Judge