# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, RABBI DOVID GUREVICH, NIR HOFTMAN, ELI TSIVES,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTINE NETWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL,<br><br>　　　　　Defendants. | Case No.: 2:25-cv-03714-MCS-JC<br><br>**ORDER GRANTING STIPULATED EXTENSION OF UNIFIED RESPONSE DEADLINE (ECF No. 52)**<br><br>Complaint filed:　　April 25, 2025<br>Amended complaint:　September 26, 2025<br>Unified response date:　October 27, 2025 |

# ORDER

Based on the Stipulation entered into by Defendants AJP Educational Foundation, Inc., d/b/a American Muslims for Palestine, Osama Aburshaid, and Hatem Bazian (collectively, "the AMP Defendants"); WESPAC Foundation, Inc.; People's City Council, and National Students for Justice in Palestine, on the one hand, and Plaintiff Matthew Weinberg, et. al. ("Plaintiffs"), on the other hand:

IT IS ORDERED that Plaintiffs may file an amended complaint by September 26, 2025. Defendants shall file their responsive pleadings by October 27.

**IT IS SO ORDERED.**

Dated: September 25, 2025

_____
Mark C. Scarsi
United States District Judge