MARK KLEIMAN (S.B.N. 115919)
KLEIMAN / RAJARAM
12121 WILSHIRE BOULEVARD, # 810
LOS ANGELES, CA 90025
TELEPHONE: (310) 392-5455
FACSIMILE: (310) 306-8491
EMAIL: mark@krlaw.us

Attorneys for Defendant
NATIONAL STUDENTS FOR
JUSTICE IN PALESTINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, RABBI DOVID GUREVICH, NIR HOFTMAN, ELI TSIVES,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTINE NETWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL,<br><br>Defendants. | Case No. 2:25-cv-03714 MCS (JCx)<br><br>STIPULATION FOR EXTENSION OF RESPONSE DEADLINE FOR NATIONAL STUDENTS FOR JUSTICE IN PALESTINE |

1

1   IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant National Students for Justice in Palestine:

WHEREAS, Defendant National Students for Justice in Palestine's deadline to file their responsive pleading to the Amended Complaint was October 27, 2025, under the parties' operative stipulation and this Court's order of September 25, 2025 (Dkt. No. 53).

WHEREAS, the ECF notification regarding Plaintiffs' filing of their Amended Complaint was, due to an information technology failure, misrouted and did not come to the attention of Defendant's counsel until a reminder appeared in defense counsel's calendaring system the night of October 23;

WHEREAS this weekend is the memorial service for one of defense counsel's dearest friends, who he had been close to for over forty years;

WHEREAS the parties agree that there is good case for Defendant National Students for Justice in Palestine to have additional time to file a pleading responses to Plaintiffs' Amended Complaint;

The Parties hereby stipulate that Defendant National Students for Justice in Palestine shall file a pleading responsive to Plaintiffs' amended complaint on Wednesday, October 29, 2025.

Dated:  October 24, 2025                    Respectfully submitted,

*Attorneys for Defendant National Students for Justice in Palestine*

_____
Mark Kleiman (SBN 115919)
KLEIMAN RAJARAM

*Attorneys for Plaintiffs*

  /s/ Thomas R. McCarthy
Thomas R. McCarthy (DC Bar 48965)
CONSOVOY McCARTHY PLLC
1600 Wilson Blvd. Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com

**Local Rule 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the below e-filing attorney attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 24, 2025                By: _____
                                           Mark A. Kleiman
                                           Kleiman Rajaram
                                           12121 Wilshire Blvd., Suite 810
                                           Los Angeles, CA 90025
                                           310-392-5455
                                           Fax: 310-306-8491
                                           Mark@krlaw.us