Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989

Christina A. Jump (*pro hac vice* application pending)
cjump@clcma.org
Samira S. Elhosary (*pro hac vice* application pending)
selhosary@clcma.org
Muslim Legal Fund of America, Legal Division
100 N. Central Expy., STE 1010
Richardson, TX 75080
Phone: 972-914-2507
Fax: 972-692-7454
*Attorneys for Defendant Dr. Hatem Bazian*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Matthew Weinberg, *et al.*,

Plaintiffs,

v.

National Students for Justice in Palestine, *et al.*,

Defendants.

Case No. 2:25-cv-03714

**DEFENDANT DR. HATEM BAZIAN'S NOTICE OF MOTION AND MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**

Hearing: December 8, 2025
Time: 9:00 a.m.
Location: Courtroom 7C
First Street U.S. Courthouse
350 W. 1st St.
Los Angeles, CA 90012

Honorable Mark C. Scarsi
United States District Judge

Please take notice that on Monday, December 8, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Mark C. Scarsi, United States District Judge, in Courtroom 7C, 7th Floor, of the First Street United States Courthouse, located at 350 W. 1st St, Los Angeles, CA, 90012, Defendant Dr. Hatem Bazian ("Dr. Bazain" or "Defendant"), will, and hereby does, move under Fed. R. Civ. P. 12(b)(6) to dismiss the action against him by Plaintiffs Matthew Weinberg, Rabbi Dovid Gurevich, Nir Hoftman, and Eli Tsives ("Plaintiffs").

Plaintiffs fail to plead many of the required elements to state a claim that Dr. Bazian failed to deter a conspiracy against their rights in violation of 42 U.S.C. § 1986. Dr. Bazian respectfully requests this Court dismiss Plaintiffs' claim against him in full.

This Motion is made upon this Notice, the attached Memorandum of Points and Authorities, all pleadings and other documents on file with this Court in this action, and upon oral argument presented at the hearing of this Motion.

This Motion follows the Parties' conference via phone call on October 24, 2025, during which Plaintiffs' counsel advised that Plaintiffs will oppose this Motion due to disagreement on the legal issues.

Respectfully submitted this 27th day of October, 2025.

/s/Max Schoening
Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989

Christina A. Jump
(*pro hac vice* application pending)
cjump@clcma.org
Samira S. Elhosary
(*pro hac vice* application pending)
selhosary@clcma.org
Muslim Legal Fund of America, Legal Division
100 N. Central Expy., STE 1010
Richardson, TX 75080
Phone: 972-914-2507
Fax: 972-692-7454

*Attorneys for Defendant Dr. Hatem Bazian*

**Certificate of Service**

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served upon all counsel of record. Parties may access this filing through the Court's CM/ECF System.

Dated this 27th day of October, 2025.

*/s/Max Schoening*
Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989