UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Weinberg, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>National Students for Justice in Palestine, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-03714<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DR. HATEM BAZIAN'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)**<br><br>Hearing: December 8, 2025<br>Time: 9:00 a.m.<br>Location: Courtroom 7C<br>First Street U.S. Courthouse<br>350 W. 1st St.<br>Los Angeles, CA 90012<br><br>Honorable Mark C. Scarsi<br>United States District Judge |

This matter is before this Court on Defendant Dr. Hatem Bazian's ("Dr. Bazian") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6); and

IT APPEARING TO THE COURT based on the written pleadings and oral argument that the motion should be GRANTED; it is therefore

ORDERED that Defendant Dr. Bazian's Motion to Dismiss is GRANTED and Plaintiffs' claims in its First Amended Complaint (ECF No. 54) are dismissed with prejudice.

THIS CASE IS DISMISSED WITH PREJUDICE AGAINST DEFENDANT AMP.

Entered this ______ day of _________, 2025.

_________________________
Honorable Mark C. Scarsi
United States District Judge