Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989

Christina A. Jump (*pro hac vice* application pending)
cjump@clcma.org
Samira S. Elhosary (*pro hac vice* application pending)
selhosary@clcma.org
Muslim Legal Fund of America, Legal Division
100 N. Central Expy., STE 1010
Richardson, TX 75080
Phone: 972-914-2507
Fax: 972-692-7454
*Attorneys for Dr. Hatem Bazian*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Weinberg, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>National Students for Justice in Palestine, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-03714<br><br>**DEFENDANT DR. HATEM BAZIAN'S LR 7.1-1 NOTICE OF INTERESTED PARTIES**<br><br>Honorable Mark C. Scarsi<br>United States District Judge |

The undersigned, counsel of record for Defendant Dr. Hatem Bazian, certifies that no parties outside of this litigation may have a pecuniary interest in the outcome of this case. This representation is made to enable this Court to evaluate possible disqualification or recusal.

Respectfully submitted this 27th day of October, 2025.

*/s/Max Schoening*
Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989

Christina A. Jump
(*pro hac vice* application pending)
cjump@clcma.org
Samira S. Elhosary
(*pro hac vice* application pending)
selhosary@clcma.org
Muslim Legal Fund of America, Legal Division
100 N. Central Expy., STE 1010
Richardson, TX 75080
Phone: 972-914-2507
Fax: 972-692-7454

*Attorneys for Defendant AJP Educational Foundation, Inc.*

**Certificate of Service**

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served upon all counsel of record. Parties may access this filing through the Court's CM/ECF System.

Dated this 27th day of October, 2025.

*/s/Max Schoening*
Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989