Dan Stormer, Esq. [S.B. #101967]
Rebecca Brown, Esq. [S.B. #336638]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
T: (626) 585-9600 / F: (626) 577-7079
Emails: dstormer@hadsellstormer.com
rbrown@hadsellstormer.com

Attorneys for Defendant
PEOPLE'S CITY COUNCIL

[Additional Counsel Cont. on next page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MATTHEW WEINBERG,
RABBI DOVID GUREVICH,
NIR HOFTMAN,
ELI TSIVES,

Plaintiffs,

v.

NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTIBE NEWTWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL,

Defendants

Case No.: 2:25-cv-03714

**[PROPOSED] ORDER GRANTING DEFENDANT PEOPLE'S CITY COUNCIL'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Date: Nov. 24, 2025
Time: 9:00 a.m.
Location: 7C

Complaint Filed: April 25, 2025

**[PROPOSED] ORDER**

The Court, having considered Defendants' Motion to Dismiss First Amended Complaint. **IT IS HEREBY ORDERED THAT** Defendants' Motion to Dismiss First Amended Complaint is **GRANTED** and Plaintiffs' claims in its First Amended Complaint (Dkt. 54) against Defendant People's City Council are dismissed with prejudice. This case is dismissed with prejudice against Defendant People's City Council.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________________________
The Honorable Mark C. Scarsi
United States District Court Judge