Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989

Christina A. Jump (*pro hac vice*)
cjump@jump-start-legal.com
Jump Start Legal Justice Center PLLC
100 N. Central Expy., Suite 537
Richardson, TX 75080
Phone: 972-992-5060

*Attorneys for Defendant Dr. Osama Abuirshaid*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Weinberg, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>National Students for Justice in Palestine, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:25-cv-03714<br><br>**DEFENDANT DR. OSAMA ABUIRSHAID'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Hearing: December 15, 2025<br>Time: 9:00 a.m.<br>Location: Courtroom 7C<br>First Street U.S. Courthouse<br>350 W. 1st St.<br>Los Angeles, CA 90012<br><br>Honorable Mark C. Scarsi<br>United States District Judge |

[Additional Counsel Cont. from previous page]

Samira S. Elhosary (*pro hac vice*)
selhosary@clcma.org
Muslim Legal Fund of America, Legal Division
100 N. Central Expy., Suite 1010
Richardson, TX 75080
Phone: 972-914-2507
Fax: 972-692-7454
*Attorney for Defendant Dr. Osama Abuirshaid*

# I. INTRODUCTION

Dr. Osama Abuirshaid ("Dr. Abuirshaid") respectfully reiterates his request that this Court dismiss Plaintiffs' claims against him, as Plaintiffs' Response fails to rebut Dr. Abuirshaid's arguments for dismissal. Plaintiffs fail to counter the substantive arguments made by Defendant Dr. Abuirshaid in two ways: Plaintiffs fail to establish personal jurisdiction over Dr. Abuirshaid, and further fail to demonstrate any connection between Dr. Abuirshaid and NSJP. For those reasons and the remainder of the authority set forth in his Motion to Dismiss, Dr. Abuirshaid respectfully requests this Court grant his Motion to Dismiss in full.

# II. ARGUMENT

### A. Plaintiffs Fail to Meet Their Burden to Establish Personal Jurisdiction

Plaintiffs' single sentence addressing personal jurisdiction as to Dr. Abuirshaid, unsupported by any case law, fails to meet their burden to establish that this Court may properly exercise personal jurisdiction over Dr. Abuirshaid. *See* Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss at 46, ECF No. 81 ("Plaintiffs' Response"). Plaintiffs fail to show Dr. Abuirshaid had any regular contact with California, much less the minimum contacts required by well-established precedent. *Compare* Plaintiffs' Response at 46 ("[T]he FAC alleges facts supporting a plausible inference that the effects of neglecting or refusing to aid in preventing the conspiracy would foreseeably be felt in California") *with Burger King Corp. v. Rudzewicz*, 471 U.S. 462, 474 (1985) (holding the mere foreseeability of causing injury

in another state does not suffice). Dr. Abuirshaid cannot properly be haled before this Court, and he therefore respectfully requests this Court dismiss all claims against him.

**B.    Plaintiffs Fail to Plead a Sufficient Connection Between Dr. Abuirshaid and NSJP**

Plaintiffs assert Dr. Osama Abuirshaid "knew that AMP was 'coordinating … support' for NSJP." Plaintiffs' Response at 47. Plaintiffs further assert Dr. Abuirshaid could have "conditioned any continued support for [NSJP]." Plaintiffs' Response at 46. Yet Dr. Abuirshaid was in no literal position to influence NSJP activities, given neither he nor AMP have any corporate or other structural relationship with NSJP. Nor do Plaintiffs plausibly plead that Dr. Abuirshaid ever held any leadership or controlling role within NSJP. Plaintiffs' reliance on NSJP's actions in an attempt to create liability for Dr. Abuirshaid fails as a matter of law.

### III. CONCLUSION

Dr. Abuirshaid is a highly respected expert on Palestine and Middle Eastern Affairs. As the Executive Director of American Muslims for Palestine, he regularly lectures, travels, and presents speeches on these topics related to Middle Eastern Affairs. He had no involvement in the events that occurred on UCLA's campus. Plaintiffs disagree with Dr. Abuirshaid's work. That disagreement does not, however, grant them the right to conflate Dr. Abuirshaid's constitutionally protected speech and association with unfounded allegations of illegal behavior. Plaintiffs' claims against Dr. Abuirshaid fail under the law, and he therefore respectfully requests this Court dismiss Plaintiffs' claims

against him in full, and award him reasonable attorneys' fees as this Court sees fit.

Respectfully submitted this <u>5th</u> day of December, 2025.

<u>/s/ Max Schoening</u>
Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989

Christina A. Jump
(*pro hac vice*)
cjump@jump-start-legal.com
Jump Start Legal Justice Center PLLC
100 N. Central Expy., Suite 537
Richardson, TX 75080
Phone: 972-992-5060

Samira S. Elhosary
(*pro hac vice*)
selhosary@clcma.org
100 N. Central Expy., STE 1010
Richardson, TX 75080
Phone: 972-914-2507
Fax: 972-692-7454

*Attorneys for Defendant Dr. Osama Abuirshaid*

3

### Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served upon all counsel of record. Parties may access this filing through the Court's CM/ECF System.

Dated this <u>5th</u> day of December, 2025.

<u>/s/ Max Schoening</u>
Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989
