1  William J. Brown, Jr. (SBN 192950)
2  bill@brownwegner.com
3  Kyle J. Berry (SBN 355393)
   kberry@brownwegner.com
4  BROWN WEGNER LLP
5  2010 Main Street, Suite 1260
   Irvine, California 92614
6  Telephone: 949.705.0080
7  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Matthew Weinberg, et al., | **Case No. 2:25-cv-03714-MCS-JC** |
|---|---|
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE #1** |
| v. | |
| National Students for Justice in Palestine, et al., | **Honorable Mark C. Scarsi** <br> **United States District Judge** |
| Defendants. | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE #1**

[Additional Counsel Cont. from previous page]
Thomas R. McCarthy (DC Bar No. 48965)*
Zachary P. Grouev (FL Bar No. 10386291)*
Julius Kairey (NY Bar No. 5668249)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
zach@consovoymccarthy.com
julius@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)*
Omer Wiczyk (NY Bar No. 4321600)*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
(917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

* Admitted pro hac vice

*Attorneys for Plaintiffs*

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE #1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Matthew Weinberg, Eli Tsives, Nir Hoftman, and Rabbi Dovid Gurevich hereby voluntarily dismiss—without prejudice—their claims against pseudonymous Defendant John Doe #1 in this action. *See Lake at Las Vegas Invs. Grp. v. Pac. Malibu Dev. Corp.*, 933 F.2d 724, 728 (9th Cir. 1991). Because no opposing party has answered the FAC or moved for summary judgment, this notice "is effective on filing and no court order is required." *Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). As contemplated by the Court's November 10, 2025 order (ECF No. 77), Plaintiffs are currently seeking discovery from the named Defendants, including People's City Council and National Students for Justice in Palestine, calculated to allow them to identify Doe. When able to do so, Plaintiffs intend to seek leave of court to amend the FAC to name him or her as an individual Defendant under 42 U.S.C. §1985(3). *See* Fed. R. Civ. P. 15(a)(2).

DATED: December 9, 2025

BROWN WEGNER LLP
CONSOVOY MCCARTHY PLLC
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW

By: /s/ Thomas R. McCarthy*
Willam J. Brown, Jr.
Zachary P. Grouev*
Julius Kairey*
Richard A. Rosen *
Omer Wiczyk *

Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE #1     2

## CERTIFICATE OF SERVICE

The undersigned counsel of record for Plaintiffs certifies that a true and correct copy of the foregoing was electronically filed and served upon all counsel of record. Parties may access this filing through the Court's CM/ECF System.

Dated: December 9, 2025 　　　　　　　　　　　　　　　/s/ Thomas R. McCarthy
　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas R. McCarthy