MARK KLEIMAN (S.B.N. 115919)
KLEIMAN / RAJARAM
12121 WILSHIRE BOULEVARD, # 810
LOS ANGELES, CA 90025
TELEPHONE: (310) 392-5455
FACSIMILE: (310) 306-8491
EMAIL: mark@krlaw.us

Attorneys for Defendant
NATIONAL STUDENTS FOR
JUSTICE IN PALESTINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al.,<br><br>Defendants. | Case No. 2:25-cv-03714 MCS (JCx)<br><br>DECLARATION OF DYLAN KUPSCH IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER<br><br>Complaint Filed:  April 25, 2025 |

I, Dylan Kupsh, hereby declare that I am competent to testify as to the following matters and, if called upon to do so, could and would so testify based upon my own personal knowledge except for those facts otherwise specified:

1.   I was a member of NSJP's Steering Committee from June 2021 until January 2025. I therefore have direct knowledge of NSJP's structure during this period. I am no longer a member of the NSJP Steering Committee.

2.   During this period, there were approximately between 200 and 400 Campus chapters. This was chapter estimate was generated by hand-counting Instagram social media handles, as NSJP never had a formal registration process. All chapters independently operated their own accounts, nobody on NSJP had the responsibility to manage, monitor, or even knew the identities of those managing the accounts.

3.   During this time-period, the Campus Support Coalition was a small group of individuals on the NSJP Steering Committee that provided advice to chapters on various political issues or referred chapters to other national organizations. Chapters independently reached out to NSJP to seek such advice and, to the best of my recollection, there were no requests from any individual or organization associated with or otherwise related to UCLA.

4.   I understand that the Plaintiffs define the Popular University for Gaza as engaging in "coordinated pressure campaigns" that establish "autonomous zones" on university campuses. I am not aware of any documentation or tracking identifying which campuses, if any, engaged in "coordinated pressure campaigns" that resulted in the establishment of "autonomous zones." While *The New York Times* reports that pro-Palestine protesters were detained at approximately 70 schools across 30 states, it is unclear how many, if any, of these detentions were related to the establishment of "autonomous zones." In addition, student demonstrations calling for divestment from university complicity in genocide

during Spring 2024 varied widely in size, from 10 participants to several thousand, making it impossible for me to generalize about their overall size.

5. National Students for Justice in Palestine was, on information and belief, created over the 2010-2012 period.  I do not know what documentation was preserved from that period, and no one I knew or worked with knew that either.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.  Executed January  ____, 2026.

_____
Dylan Kupsh

DECLARATION OF DYLAN KUPSH