UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cv-03714-MCS-JC | Date January 7, 2026 |
| Title *Weinberg v. National Students for Justice in Palestine* | |

Present: The Honorable **Mark C. Scarsi, United States District Judge**

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: MOTIONS TO STAY DISCOVERY (ECF NOS. 101–02)

Defendants WESPAC Foundation and National Students for Justice in Palestine (NSJP) filed separate motions to stay discovery pending resolution of their pending motions to dismiss. (WESPAC Mot., ECF No. 101; NSJP Mot., ECF No. 102.) The Court deems the motions appropriate for decision without oral argument or further briefing and vacates the hearings on the motions set for January 26, 2026. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

The motions are denied for failure to comply with the local rules. *See Christian v. Mattel, Inc.*, 286 F.3d 1118, 1129 (9th Cir. 2002) ("The district court has considerable latitude in managing the parties' motion practice and enforcing local rules that place parameters on briefing.") Local Rule 6-1 requires parties to file a notice of motion not later than 28 days before the date set for hearing. Here, WESPAC set its motion to be heard 21 days from its filing, and NSJP set its motion to be heard 20 days from its filing. Moreover, WESPAC's motion fails to provide a declaration certifying compliance with Local Rule 7-3, and NSJP's motion fails to provide the proposed order required by Local Rule 7-20. The motions are therefore procedurally deficient.

      The Court will deny with prejudice any renewed motions that do not strictly comply with these local rules.

**IT IS SO ORDERED.**