1  Dan Stormer, Esq. [S.B. #101967]
   Rebecca Brown, Esq. [S.B. #336638]
2  HADSELL STORMER RENICK & DAI LLP
   128 N. Fair Oaks Avenue
3  Pasadena, California 91103
   T: (626) 585-9600 / F: (626) 577-7079
4  Emails: dstormer@hadsellstormer.com
            rbrown@hadsellstormer.com
5
   Attorneys for Defendant
6  PEOPLE'S CITY COUNCIL

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MATTHEW WEINBERG,                    Case No.: 2:25-cv-03714-MCS-JC
    RABBI DOVID GUREVICH,
    NIR HOFTMAN,                         [Assigned to the Honorable Mark C.
12  ELI TSIVES,                          Scarsi – Courtroom 7C]

13          Plaintiffs,                  **DEFENDANT PEOPLE'S CITY
                                         COUNCIL'S ANSWER TO
14          v.                           PLAINTIFFS' FIRST AMENDED
                                         COMPLAINT FOR DAMAGES**
15  NATIONAL STUDENTS FOR JUSTICE IN
    PALESTINE, JOHN DOE #1, PRESIDENT    **[DEMAND FOR JURY TRIAL]**
16  OF THE UCLA CHAPTER OF SJP, AJP
    EDUCATIONAL FOUNDATION, INC.,        Complaint Filed:      April 25, 2025
17  D/B/A AMERICAN MUSLIMS FOR
    PALESTINE, OSAMA ABURSHAID,
18  HATEM AL-BAZIAN, FACULTY FOR
    JUSTICE IN PALESTINE NEWTWORK,
19  UC DIVEST COALITION, WESPAC
    FOUNDATION, PEOPLE'S CITY
20  COUNCIL,

21          Defendants

22

23

24

25

26

27

28  _____
    DEFT PCC'S ANSWER TO PLTFS'
    FIRST AMENDED COMPLAINT

Defendant People's City Council, by and through their respective attorneys of records, Hadsell Stormer Renick & Dail LLP, hereby submits their Answer to Plaintiffs Complaint for Damages. Defendant People's City Council admits, denies, and alleges as follows:

**NATURE OF ACTION**

1.    Defendant denies each and every allegation contained in Paragraph 1.

2.    Defendant denies each and every allegation contained in Paragraph 2.

3.    Defendant denies each and every allegation contained in Paragraph 3.

4.    Defendant denies each and every allegation contained in Paragraph 4.

5.    Defendant denies each and every allegation contained in Paragraph 5.

6.    Defendant denies each and every allegation contained in Paragraph 6.

7.    Defendant denies each and every allegation contained in Paragraph 7.

8.    Defendant denies each and every allegation contained in Paragraph 8.

9.    Defendant denies each and every allegation contained in Paragraph 9.

10.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 10 and therefore denies the allegations contained in Paragraph 10.

11.    Defendant denies each and every allegation contained in Paragraph 11.

12.    Defendant denies each and every allegation contained in Paragraph 12.

13.    Defendant denies each and every allegation contained in Paragraph 13.

14.    Defendant denies each and every allegation contained in Paragraph 14.

15.    Defendant denies each and every allegation contained in Paragraph 15.

16.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 16 and therefore denies the allegations contained in Paragraph 16.

17.    Defendant denies each and every allegation contained in Paragraph 17.

18.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 18 and therefore denies the

allegations contained in Paragraph 18.

19.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 19 and therefore denies the allegations contained in Paragraph 19.

20.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20 and therefore denies the allegations contained in Paragraph 20.

21.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 21 and therefore denies the allegations contained in Paragraph 21.

22.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 22 and therefore denies the allegations contained in Paragraph 22.

23.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 23 and therefore denies the allegations contained in Paragraph 23.

24.    Defendant denies each and every allegation contained in Paragraph 24.

25.    Defendant denies each and every allegation contained in Paragraph 25.

26.    Defendant denies each and every allegation contained in Paragraph 26.

27.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 27 and therefore denies the allegations contained in Paragraph 27.

28.    Defendant denies each and every allegation contained in Paragraph 28.

29.    Defendant denies each and every allegation contained in Paragraph 29.

**THE PARTIES**

30.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 30 and therefore denies the allegations contained in Paragraph 30.

31.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31 and therefore denies the allegations contained in Paragraph 31.

32.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32 and therefore denies the allegations contained in Paragraph 32.

33.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33 and therefore denies the allegations contained in Paragraph 33.

34.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 34 and therefore denies the allegations contained in Paragraph 34.

35.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35 and therefore denies the allegations contained in Paragraph 35.

36.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 36 and therefore denies the allegations contained in Paragraph 36.

37.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 37 and therefore denies the allegations contained in Paragraph 37.

38.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 38 and therefore denies the allegations contained in Paragraph 38.

39.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 39 and therefore denies the allegations contained in Paragraph 39.

40.    Defendant is without knowledge or information sufficient to form a belief

as to the truth or falsity of the allegations in Paragraph 40 and therefore denies the allegations contained in Paragraph 40.

41.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41 and therefore denies the allegations contained in Paragraph 41.

42.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 42 and therefore denies the allegations contained in Paragraph 42.

43.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 43 and therefore denies the allegations contained in Paragraph 43.

44.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 44 and therefore denies the allegations contained in Paragraph 44.

45.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 45 and therefore denies the allegations contained in Paragraph 45.

46.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 46 and therefore denies the allegations contained in Paragraph 46.

47.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 47 and therefore denies the allegations contained in Paragraph 47.

48.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 48 and therefore denies the allegations contained in Paragraph 48.

49.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 49 and therefore denies the

1 allegations contained in Paragraph 49.

2      50.    Defendant admits that People's City Council is a Los Angeles-based

3 unincorporated association that describes itself as an "abolitionist, anticapitalist,

4 and anti-imperialist collective." Defendant admits that it maintains multiple active social

5 media accounts. Defendant admits that Jason Reedy, Albert Corado, and Ricci Sergienko

6 are all organizers associated with People's City Council who are California residents

7 living in or around Los Angeles. Defendant admits that Reedy and Corado produce most

8 episodes of People's City Propaganda. Defendant admits that Reedy and Sergienko were

9 on-site at the first UCLA encampment for at least some time between April 25, 2024,

10 and May 2, 2024. Defendant denies all other allegations contained in Paragraph 50.

11 **JURISDICTION AND VENUE**

12      51.    Paragraph 51 contains legal conclusions to which no response is required.

13 To the extent Paragraph 51 is intended to include any allegations of fact, Defendant

14 denies each and every allegation contained in Paragraph 51.

15      52.    Paragraph 52 contains legal conclusions to which no response is required.

16 To the extent Paragraph 52 is intended to include any allegations of fact, Defendant

17 admits the allegations contained in Paragraph 52.

18      53.    Paragraph 53 contains legal conclusions to which no response is required.

19 To the extent Paragraph 53 is intended to include any allegations of fact, Defendant is

20 without knowledge or information sufficient to form a belief as to the truth or falsity of

21 the allegations in Paragraph 53 and therefore denies the allegations contained in

22 Paragraph 53.

23      54.    Paragraph 54 contains legal conclusions to which no response is required.

24 To the extent Paragraph 54 is intended to include any allegations of fact, Defendant is

25 without knowledge or information sufficient to form a belief as to the truth or falsity of

26 the allegations in Paragraph 54 and therefore denies the allegations contained in

27 Paragraph 54.

28      55.    Paragraph 55 contains legal conclusions to which no response is required.

To the extent Paragraph 55 is intended to include any allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 55 and therefore denies the allegations contained in Paragraph 55.

56. Paragraph 56 contains legal conclusions to which no response is required. To the extent Paragraph 56 is intended to include any allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 56 and therefore denies the allegations contained in Paragraph 56.

57. Paragraph 57 contains legal conclusions to which no response is required. To the extent Paragraph 57 is intended to include any allegations of fact, Defendant admits that some of its members reside in and around Los Angeles. Defendant denies all other allegations contained in Paragraph 57.

58. Paragraph 58 contains legal conclusions to which no response is required. To the extent Paragraph 58 is intended to include any allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 58 and therefore denies the allegations contained in Paragraph 58.

59. Paragraph 59 contains legal conclusions to which no response is required. To the extent Paragraph 59 is intended to include any allegations of fact, Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59 and therefore denies the allegations contained in Paragraph 59.

60. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 60 and therefore denies the allegations contained in Paragraph 60.

61. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 61 and therefore denies the

allegations contained in Paragraph 61.

62.     Defendant admits the allegations contained in Paragraph 62.

63.     Defendant denies each and every allegation contained in Paragraph 63.

64.     Defendant denies each and every allegation regarding Defendant People's City Council contained in Paragraph 64. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the other allegations in Paragraph 64 and therefore denies the other allegations contained in Paragraph 64.

65.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 65 and therefore denies the allegations contained in Paragraph 65.

66.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 66 and therefore denies the allegations contained in Paragraph 66.

67.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 67 and therefore denies the allegations contained in Paragraph 67.

68.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68 and therefore denies the allegations contained in Paragraph 68.

69.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 69 and therefore denies the allegations contained in Paragraph 69.

70.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 70 and therefore denies the allegations contained in Paragraph 70.

71.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 71 and therefore denies the allegations contained in Paragraph 71.

72.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 72 and therefore denies the allegations contained in Paragraph 72.

73.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 73 and therefore denies the allegations contained in Paragraph 73.

74.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 74 and therefore denies the allegations contained in Paragraph 74.

75.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 75 and therefore denies the allegations contained in Paragraph 75.

76.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 76 and therefore denies the allegations contained in Paragraph 76.

77.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 77 and therefore denies the allegations contained in Paragraph 77.

**BACKGROUND**

78.     Defendant denies each and every allegation contained in Paragraph 78.

79.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 79 and therefore denies the allegations contained in Paragraph 79.

80.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 80 and therefore denies the allegations contained in Paragraph 80.

81.     Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 81 and therefore denies the

allegations contained in Paragraph 81.

82.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 82 and therefore denies the allegations contained in Paragraph 82.

83.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 83 and therefore denies the allegations contained in Paragraph 83.

84.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 84 and therefore denies the allegations contained in Paragraph 84.

85.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 85 and therefore denies the allegations contained in Paragraph 85.

86.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 86 and therefore denies the allegations contained in Paragraph 86.

87.    Defendant denies each and every allegation contained in Paragraph 87.

88.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 88 and therefore denies the allegations contained in Paragraph 88.

89.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 89 and therefore denies the allegations contained in Paragraph 89.

90.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 90 and therefore denies the allegations contained in Paragraph 90.

91.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 91 and therefore denies the

allegations contained in Paragraph 91.

92.    Defendant denies each and every allegation contained in Paragraph 92.

93.    Defendant denies the allegation that People's City Council established a fortified encampment with UCLA's SJP chapter, contained in Paragraph 93. Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the other allegations in Paragraph 93 and therefore denies the allegations contained in Paragraph 93.

94.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 94(a-h) and therefore denies the allegations contained in Paragraph 94(a-h).

95.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 95(a-k) and therefore denies the allegations contained in Paragraph 95(a-k).

96.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 96 and therefore denies the allegations contained in Paragraph 96.

97.    Defendant denies each and every allegation contained in Paragraph 97.

98.    Defendant denies each and every allegation contained in Paragraph 98.

99.    Defendant denies each and every allegation contained in Paragraph 99.

100.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 100 and therefore denies the allegations contained in Paragraph 100.

101.    Defendant denies each and every allegation contained in Paragraph 101.

102.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 102 and therefore denies the allegations contained in Paragraph 102.

103.    Defendant denies each and every allegation contained in Paragraph 103.

104.    Defendant denies each and every allegation contained in Paragraph 104.

105.    Defendant denies each and every allegation contained in Paragraph 105.

106.    Defendant denies each and every allegation contained in Paragraph 106.

107.    Defendant denies each and every allegation contained in Paragraph 107.

108.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 108 and therefore denies the allegations contained in Paragraph 108.

109.    Defendant admits that it made social media posts urging it follower to join the encampment. Defendant denies the other allegations contained in Paragraph 109.

110.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 110 and therefore denies the allegations contained in Paragraph 110.

111.    Defendant admits only that it published a list of supplies. Defendant admits that it shared a statement purporting to be from the encampment that was on the encampment's letterhead. Defendant admits that affiliated organizers Sergienko and Reedy were on the ground for at least part of the encampment. Defendant denies the other allegations contained in Paragraph 111.

112.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 112 and therefore denies the allegations contained in Paragraph 112.

113.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 113 and therefore denies the allegations contained in Paragraph 113.

114.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 114 and therefore denies the allegations contained in Paragraph 114.

115.    Defendant denies each and every allegation contained in Paragraph 115.

116.    Defendant denies each and every allegation contained in Paragraph 116.

117.    Defendant denies each and every allegation contained in Paragraph 117.

118.    Defendant denies each and every allegation contained in Paragraph 118.

119.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 119 and therefore denies the allegations contained in Paragraph 119.

120.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegation concerning a social media post by Unity of Fields in Paragraph 120 and therefore denies the allegations contained in Paragraph 120. Defendant denies all other allegations contained in Paragraph 120.

121.    Defendant admits that it posted on social media on the anniversary of law enforcement's clearing of the encampment, that "militant resistance of the camp [was] rarely uplifted because it contradicts the image of non-threatening peaceful protesters" and discussed the "activat[ion]" of "community self defense … on campus and across the city." Defendant denies that it stated that community self defense was for the purpose of fighting the police.

122.    Defendant admits the allegations contained in Paragraph 122.

123.    Defendant denies each and every allegation contained in Paragraph 123.

124.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 124 and therefore denies the allegations contained in Paragraph 124.

125.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 125 and therefore denies the allegations contained in Paragraph 125.

126.    Defendant denies each and every allegation contained in Paragraph 126.

127.    Defendant denies each and every allegation contained in Paragraph 127.

128.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 128 and therefore denies the allegations contained in Paragraph 128.

129.    Defendant is without knowledge or information sufficient to form a belief

as to the truth or falsity of the allegations in Paragraph 129 and therefore denies the allegations contained in Paragraph 129.

130.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 130 and therefore denies the allegations contained in Paragraph 130.

131.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 131 and therefore denies the allegations contained in Paragraph 131.

132.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 132 and therefore denies the allegations contained in Paragraph 132.

133.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 133 and therefore denies the allegations contained in Paragraph 133.

134.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 134 and therefore denies the allegations contained in Paragraph 134.

135.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 135 and therefore denies the allegations contained in Paragraph 135.

136.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 136 and therefore denies the allegations contained in Paragraph 136.

137.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 137 and therefore denies the allegations contained in Paragraph 137.

138.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 138 and therefore denies the

DEFT PCC'S ANSWER TO PLTFS'
FIRST AMENDED COMPLAINT

allegations contained in Paragraph 138.

139.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 139 and therefore denies the allegations contained in Paragraph 139.

140.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 140 and therefore denies the allegations contained in Paragraph 140.

141.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 141 and therefore denies the allegations contained in Paragraph 141.

142.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 142 and therefore denies the allegations contained in Paragraph 142.

143.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 143 and therefore denies the allegations contained in Paragraph 143.

144.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 144 and therefore denies the allegations contained in Paragraph 144.

145.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 145 and therefore denies the allegations contained in Paragraph 145.

146.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 146 and therefore denies the allegations contained in Paragraph 1246

147.   Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 147 and therefore denies the allegations contained in Paragraph 147.

148.   Defendant denies each and every allegation contained in Paragraph 148.

## CLAIMS FOR RELIEF

### Count 1

### 42 U.S.C. §1985(3)

### Civil Rights Conspiracy

149.   In answering paragraph 149, Defendant repeats each and every response to paragraphs 1-148 of Plaintiffs' complaint as if set forth fully herein.

150.   Paragraph 150 contains legal conclusions to which no response is required.

151.   Paragraph 151 contains legal conclusions to which no response is required.

152.   Paragraph 152 contains legal conclusions to which no response is required.

153.   Paragraph 153 contains legal conclusions to which no response is required.

154.   Paragraph 154 contains legal conclusions to which no response is required.

155.   Defendant denies each and every allegation contained in Paragraph 155.

156.   Defendant denies each and every allegation contained in Paragraph 156.

157.   Defendant denies each and every allegation contained in Paragraph 157.

158.   Defendant denies each and every allegation contained in Paragraph 158.

159.   Defendant denies each and every allegation contained in Paragraph 159.

160.   Defendant denies each and every allegation contained in Paragraph 160.

161.   Defendant denies each and every allegation contained in Paragraph 161.

162.   Defendant denies each and every allegation contained in Paragraph 162.

163.   Defendant denies each and every allegation contained in Paragraph 163.

### Count 1

### 42 U.S.C. §1986

### Failure to Prevent Civil Rights Conspiracy

164.   In answering paragraph 164, Defendant repeats each and every response to paragraphs 1-163 of Plaintiffs' complaint as if set forth fully herein.

165.   Paragraph 165 contains legal conclusions to which no response is required.

166.   Paragraph 166 contains legal conclusions to which no response is required.

167.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 167 and therefore denies the allegations contained in Paragraph 167.

168.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 168 and therefore denies the allegations contained in Paragraph 168.

169.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 169 and therefore denies the allegations contained in Paragraph 169.

170.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 170 and therefore denies the allegations contained in Paragraph 170.

171.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 171 and therefore denies the allegations contained in Paragraph 171.

172.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 172 and therefore denies the allegations contained in Paragraph 172.

173.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 173 and therefore denies the allegations contained in Paragraph 173.

174.    Defendant is without knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 174 and therefore denies the allegations contained in Paragraph 174.

## CLAIMS FOR RELIEF

In answering this prayer, Defendant denies that Plaintiffs are entitled to any of the relief requested.

/ / /

## AFFIRMATIVE DEFENSES

Defendant People's City Council further pleads the following affirmative defenses to Plaintiffs Complaint for Damages:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

Plaintiffs' First Amended Complaint fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

Because Plaintiffs' First Amended Complaint is couched in conclusory terms, Defendant cannot fully anticipate all of the affirmative defenses that may be applicable to the action, accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

### THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiffs failed to mitigate damages, which damages are denied to exist.

### FOURTH AFFIRMATIVE DEFENSE

### (Good Faith Immunity)

Plaintiffs' First Amended Complaint was not filed, is not maintained in good faith, and with reasonable cause for purposes of 42 U.S.C. §§ 1985(3) and 1988.

### FIFTH AFFIRMATIVE DEFENSE

### (Immune under Federal Civil Rights Act)

Defendant is immune from liability pursuant to the Federal Civil Rights Act where it reasonably believed its actions were lawful.

### SIXTH AFFIRMATIVE DEFENSE

### (No Violation of Federal Civil Rights)

Plaintiffs did not sustain an injury sufficient to give rise to a violation of their federal civil rights.

## SEVENTH AFFIRMATIVE DEFENSE

### (Superseding and Intervening Cause)

Defendant alleges that the damages allegedly suffered by Plaintiffs, which said damages are generally and specifically denied to exist, were the result the active and affirmative negligent acts or omissions to act of independent third parties and/or entities whose active and affirmative negligence and/or omissions to act resulted in superseding and intervening causes of Plaintiffs' alleged damages which thereby relieves Defendant from liability.

## EIGHTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

Defendant is not liable pursuant to the doctrine of assumption of risk.

## NINTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

Plaintiffs' claims are barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

### (Estoppel)

By reason of Plaintiffs' own acts and omissions, they are estopped from seeking any recovery from Defendant by reason of the allegations set forth in the First Amended Complaint.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Justification)

Defendant alleges that it had legal justification for all of its actions and omissions and therefore the First Amended Complaint and each and every cause of action therein is barred.

## TWELFTH AFFIRMATIVE DEFENSE

### (Laches)

Defendant is informed and believe that each and every alleged cause of action in the First Amended Complaint is barred by the doctrine of laches. Plaintiffs have engaged

in unreasonable delay in commencing the litigation.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Bad Faith)

Defendant is informed and believe and thereon alleges that Plaintiffs have engaged in conduct and activities tainted with bad faith, by reason of which Plaintiffs should not be permitted to use the process of this court for furtherance of said bad faith.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Punitive Damages Not Supported)

The conduct of Defendant does not rise to the level by which punitive damages are warranted and based thereon; the claim for punitive damages should be denied and stricken from the First Amended Complaint based upon a failure to plead adequate facts giving rise to a cause of action as to either of the Defendant.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Attorneys' Fees Not Supported)

Defendant is informed and believe and thereon allege that the First Amended Complaint, and each alleged cause of action therein, fails to state facts sufficient to support an award attorneys' fees, costs, or expenses against Defendant.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Emotional Distress Not Caused by Defendant)

If Plaintiffs suffered any emotional distress, which Defendant denies, this emotional distress was proximately caused by factors other than the actions of Defendant, or anyone acting on behalf of Defendant.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (No Intent)

Plaintiffs' First Amended Complaint, and each and every purported cause of action asserted therein, is barred in whole or in part because Defendants had no intent to engage in any unlawful behavior toward Plaintiffs or harm Plaintiffs.

/ / /

DEFT PCC'S ANSWER TO PLTFS'
FIRST AMENDED COMPLAINT                          19

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Speculative Damages/No Damages)**

Plaintiffs are not entitled to any recovery from Defendant because the alleged damages, if any, are speculative or do not exist.

**NINTEENTH AFFIRMATIVE DEFENSE**

**(Lack of Standing)**

Defendant is informed and believes that the First Amended Complaint, and each alleged cause of action therein, is barred to the extent Plaintiffs lacks standing to assert the causes of action alleged in the First Amended Complaint.

**TWENTIETH AFFIRMATIVE DEFENSE**

**(Lack of Offensive Conduct)**

Defendant did not engage in or allow any offensive conduct against Plaintiffs.

**TWENTY-FIRST AFFIRMATIVE DEFENSE**

**(No Fraud, Oppression, or Malice)**

Plaintiffs are not entitled to recovery of punitive or exemplary damages because Defendant did not engage in any wrongful conduct that amounted to fraud, oppression, or malice against Plaintiffs.

**TWENTY-SECOND AFFIRMATIVE DEFENSE**

**(First Amendment)**

Defendant's speech and conduct as alleged in the First Amendment Complaint is protected by the First Amendment.

**TWENTY-THIRD AFFIRMATIVE DEFENSE**

**(No Conspiracy)**

Defendant did not enter into any conspiracy or reach any meeting of the minds with any other Defendant or third party.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

**(No Act in Furtherance of Conspiracy)**

Defendant did not commit any act in furtherance of a conspiracy. Furthermore,

any act or omission by Defendant did not cause Plaintiffs' alleged injuries.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (No Class-Based Animus)

Defendant did not and does not have any class-based discriminatory animus.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (No Purpose to Prevent/Hinder Law Enforcement)

Defendant did not have any intent to prevent or hinder law enforcement from securing equal protection to any protected class as pleaded.

## PRAYER FOR RELIEF

Wherefore, Defendant People's City Council prays for judgment as follows:

1.      That Plaintiffs take nothing by their First Amended Complaint on file herein;

2.      For their costs of suit incurred herein;

3.      For attorneys' fees, and

4.      For such additional remedies as the Court may find just and proper.

## DEMAND FOR JURY TRIAL

Defendant hereby demands trial by jury in this action.


Dated: February 17, 2026                Respectfully Submitted,

                                        HADSELL STORMER RENICK & DAI LLP


                                        By: /s/ Rebecca Brown
                                            Dan Stormer
                                            Rebecca Brown
                                        Attorneys for Defendant People's City Council