MARK KLEIMAN (S.B.N. 115919)
KLEIMAN / RAJARAM
12121 WILSHIRE BOULEVARD, # 810
LOS ANGELES, CA 90025
TELEPHONE: (310) 392-5455
FACSIMILE: (310) 306-8491
EMAIL: mark@krlaw.us

Attorneys for Defendant
NATIONAL STUDENTS FOR
JUSTICE IN PALESTINE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG,<br>RABBI DOVID GUREVICH,<br>NIR HOFTMAN,<br>ELI TSIVES,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTINE NEWTWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL,<br><br>　　　　　Defendants | Case No.: 2:25-cv-03714-MCS-JC<br><br>[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C]<br><br>**DEFENDANT NATIONAL STUDENTS FOR JUSTICE IN PALESTINE'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>Complaint Filed:　　　April 25, 2025 |

Defendant National Students for Justice in Palestine Answer Plaintiffs' First Amended Complaint, admitting, denying, and alleging as follows:

## NATURE OF ACTION

1.    Defendant denies all allegations contained in Paragraph 1.

2.    Defendant denies all allegations contained in Paragraph 2.

3.    Defendant denies all allegations contained in Paragraph 3.

4.    Defendant denies all allegations contained in Paragraph 4.

5.    Defendant denies all allegations contained in Paragraph 5.

6.    Defendant denies all allegations contained in Paragraph 6.

7.    Defendant denies all allegations contained in Paragraph 7.

8.    Defendant denies all allegations contained in Paragraph 8.

9.    Defendant denies all allegations contained in Paragraph 9.

10.    Defendant admits that Block issued a statement but denies it was an explanation, as opposed to a pack of lies   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the task force or its claims.

11.    Defendant denies all allegations contained in Paragraph 11.

12.    Defendant lacks knowledge of all allegations contained in Paragraph 12.

13.    Defendant lacks knowledge of the contents of the publications referred to and denies the allegations regarding  the plaintiffs.

14.    Defendant denies all allegations contained in Paragraph 14.

15.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph 15.

16.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 16 and therefore denies the allegations contained in Paragraph 16.

17.    Defendant denies all allegations contained in Paragraph 17.

1

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

18.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 18 and therefore denies the allegations contained in Paragraph 18.

19.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 19 and therefore denies the allegations contained in Paragraph 19.

20.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 20 and therefore denies the allegations contained in Paragraph 20.

21.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 21 and therefore denies the allegations contained in Paragraph 21.

22.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 22 and therefore denies the allegations contained in Paragraph 22.

23.    Defendant admits the text of the decision quoted up to the citation,  but lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remainder of the allegations in Paragraph 23 and therefore denies them.

24.    Defendant denies all allegations contained in Paragraph 24.

25.    Defendant denies all allegations contained in Paragraph 25.

26.    Defendant denies all allegations contained in Paragraph 26.

27.    Defendant finds the allegations in Paragraph 27 so incoherent that it lacks knowledge or information sufficient to form a belief as to what the allegations even are much less to form a belief as to their truth or falsity, and therefore denies the allegations contained in Paragraph 27.

28.    Defendant denies all allegations contained in Paragraph 28.

29.    Paragraph 29 purports to be a statement of law rather than a factual allegation and Defendant does not respond to it.

2

## THE PARTIES

30.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 30 and therefore denies the allegations contained in Paragraph 30.

31.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 31 and therefore denies the allegations contained in Paragraph 31.

32.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 32 and therefore denies the allegations contained in Paragraph 32.

33.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 33 and therefore denies the allegations contained in Paragraph 33.

34.     Defendant denies that it is a national membership organization and denies the description of its aims.  Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegation about how "[i]t is often referred to and lacks knowledge about what "SJP" is reputed to have built.  Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegation that anything called "SJP" operates "[a]t the national level" and therefore denies the allegation that such an entity exists or its mode of operation.

35.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 35 about any map being taken down from its website and therefore denies that allegation.  Defendant admits that in 2021 - 2022 it had chapters at various campuses that were sorted based upon broad geographic designations.  .

36.     Defendant denies all of the allegations in Paragraph 36.

37.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 37 regarding Plaintiffs' lack of ability.

3

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

Defendant denies the existence of, much less the title of the mythical and now-dismissed "John Doe #1"..

38.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 38 and therefore denies these allegations.

39.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 39 and therefore denies the allegations contained in Paragraph 39.

40.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 40 and therefore denies the allegations contained in Paragraph 40.

41.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 41 and therefore denies the allegations contained in Paragraph 41.

42.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 42 and therefore denies the allegations contained in Paragraph 42.

43.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 43 and therefore denies the allegations contained in Paragraph 43.

44.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 44 and therefore denies the allegations contained in Paragraph 44.

45.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 45 and therefore denies the allegations contained in Paragraph 45.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

46.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 46 and therefore denies the allegations contained in Paragraph 46.

47.     Defendant admits that WESPAC Foundation is a nonprofit organization. Defendant admits it is based in New York but lacks knowledge or information to form a belief as to the state of its incorporation and therefore denies such allegation.  Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 47 regarding what organizations it works with denies the remainder of the allegations contained in Paragraph 47.

48.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 48 and therefore denies the allegations contained in Paragraph 48.

49.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 49 and therefore denies the allegations contained in Paragraph 49.

50.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 49 and therefore denies the allegations contained in Paragraph 50.

## JURISDICTION AND VENUE

51.     Paragraph 51 contains legal conclusions to which no response is required..

52.     Paragraph 52 contains legal conclusions to which no response is required.

53.     Paragraph 53 contains legal conclusions to which no response is required.

54.     Paragraph 54 contains legal conclusions to which no response is required. To the extent Paragraph 54 is intended to include any allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 54 and therefore denies the allegations contained in Paragraph 54.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

55.     Paragraph 55 contains legal conclusions to which no response is required. To the extent Paragraph 55 is intended to include any allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 55 and therefore denies the allegations contained in Paragraph 55.

56.     Paragraph 56 contains legal conclusions to which no response is required. To the extent Paragraph 56 is intended to include any allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 56 regarding the now-dismissed Doe and therefore denies the allegations contained in Paragraph 56.

57.     Paragraph 57 contains legal conclusions to which no response is required. To the extent Paragraph 57 is intended to include any allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 57.

58.     Paragraph 58 contains legal conclusions to which no response is required. To the extent Paragraph 58 is intended to include any allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 58 and therefore denies the allegations contained in Paragraph 58.

59.     Paragraph 59 contains legal conclusions to which no response is required. To the extent Paragraph 59 is intended to include any allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 59 as to WESPAC, FJP, and Abuirshaid and therefore denies the allegations contained in Paragraph 59 as to them.  Defendant denies any factual allegations regarding NSJP.

60.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 60 and therefore denies the allegations contained in Paragraph 60.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

61.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 61 and therefore denies them.

62.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 62 and therefore denies them.

63.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 63 and therefore denies them.

64.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 64 and therefore denies them.

65.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 65 and therefore denies them.

66.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 66 and therefore denies them.

67.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 67 and therefore denies them.

68.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 68 and therefore denies them.

69.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 69 and therefore denies them.

70.    To the extent that Paragraph 70 contains legal conclusions no response is necessary.  As to the factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 70 and therefore denies them.

71.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 71 and therefore denies them.

72.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 72 and therefore denies them.

73.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 73 and therefore denies them.

7

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

74.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 74 and therefore denies them. Defendant admits that the Campus Support Coalition was a collective of organizations that supported students working for the liberation of Palestine on university campuses, but denies that it managed those organizations.

75.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 75 and therefore denies them.

76.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 76 and therefore denies them.

77.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 77 and therefore denies them.

78.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 78 and therefore denies them.

79.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 79 and therefore denies them.

80.    Defendant denies all of the allegations in Paragraph 80.

81.    Defendant denies all of the allegations in Paragraph 81.

82.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 82 concerning SJP and therefore denies them.  Defendant admits it distributed the "toolkit" but denies that it mischaracterized a multifocal, multifaceted complex event.

83.    Defendant denies the allegations in Paragraph 83.

84.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 84 and therefore denies them.

85.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 85 regarding the mental state of the shooter  and therefore denies them.  The remainder of the  allegations contained in Paragraph 85 are admitted.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

86.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 86 regarding the mental state of the attacker and therefore denies them regarding the death of one of the victims and therefore denies the.  Defendant admits that the attack took place.   .  Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 86 as to whether the even was a "Jewish event."

87.     Defendant denies all of the allegations in Paragraph 87.

88.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 88 and therefore denies them.

89.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 89 and therefore denies them.

90.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 90 regarding "Anti-Israel marches and rallies" and therefore denies them.  Defendant admits denies that slogans such as "Intifada", "from the river to the sea, Palestine will be free" are anti-Semitic.  Defendant admits that a slogan "kill the Jews" would be anti-semitic.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 90 regarding the motivation of any protestors.

91.      Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 91 and therefore denies the allegations contained in Paragraph 91.

## **BACKGROUND**

92.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 92 and therefore denies them.

93.     Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 93 and therefore denies them.

94.     Defendant admits that the article exists.  Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations that its

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

anonymous author was an organizer, or the truth or falsity of the allegations in the article itself and therefore denies them.

95.    Defendant admits that the article exists.  Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the article itself and therefore denies them.

96.    Defendant admits that the article exists and that the maps were in it. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations reflected in those maps and therefore denies them.

97.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the article itself and therefore denies them.

98.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in the article itself and therefore denies them.

99.    Defendant denies that the first four photographs contain antisemitic rhetoric or imagery.  Defendant admits that bottommost photograph contains antisemitic rhetoric. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations regarding the location of the images in the photographs or the time when they were taken and therefore denies them.

100.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 100 and therefore denies them.

101.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 101 and therefore denies them. Defendant denies 86 and therefore denies the allegations that students were excluded because they were Jewish.

102.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 101 and therefore denies them.

103.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 103 and therefore denies them.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

104.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 104 and therefore denies them.

105.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 105 and therefore denies them.

106.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 106 and therefore denies them.

107.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 107and therefore denies them.

108.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 108 and therefore denies them.

109.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 109 and therefore denies them.

110.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 108 and therefore denies them.

111.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 111 and therefore denies them.

112.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 112 and therefore denies them.

113.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 113 and therefore denies them.

114.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 114 and therefore denies them.

115.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 115 and therefore denies them.

116.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 116 and therefore denies them.

117.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 117 and therefore denies them.

11

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

118. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 118 and therefore denies them.

119. Defendant admits that having declined to consider evidence from Jewish students and faculty who sought to dispute the allegations in *Frankel*, the Court made those findings. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 119 regarding the antisemitism task force and the Civil Rights Division of DOJ, and therefore denies them.

120. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 120 and therefore denies them.

121. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 121 and therefore denies them.

122. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 122 and therefore denies them.

123. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 123 and therefore denies them.

124. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 124 and therefore denies them.

125. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 125 and therefore denies them.

126. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 126 and therefore denies them.

127. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 127 and therefore denies them.

128. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 128 and therefore denies them.

129. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 129 and therefore denies them.

DEFT NSJP'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

130.    Defendant cannot tell if it is an "associational defendant or not.  If it is not, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 130 and therefore denies them.  If it is an associational defendant, it denies participating in any such conspiracy.

131.    To the extent to which this is a legal conclusion, no response is necessary. To the extent to which Paragraph 131 contains factual allegations, Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations and therefore denies them.

132.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 132 and therefore denies them.

133.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 133 and therefore denies them.

134.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 134 and therefore denies them.

135.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 135 and therefore denies them.

136.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 136 and therefore denies them.

137.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 137 and therefore denies them.

138.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 138 and therefore denies them.

139.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 139 and therefore denies them.

140.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 140 and therefore denies them.

141.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 141 and therefore denies them.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

142.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 142and therefore denies them.

143.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 143 and therefore denies them.

144.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 144 and therefore denies them.

145.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 145 and therefore denies them.

146.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 146 and therefore denies them.

147.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 147 and therefore denies them.

148.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 148 and therefore denies them. To the extent to which the paragraph contains legal conclusions no response is required.

## CLAIMS FOR RELIEF

### Count 1

### 42 U.S.C. §1985(3)

### Civil Rights Conspiracy

149.   In answering paragraph 149, Defendant repeats each and every response to paragraphs 1-148 of Plaintiffs' complaint as if set forth fully herein.

150.   Paragraph 150 contains legal conclusions to which no response is required.

151.   Paragraph 151 contains legal conclusions to which no response is required.

152.   Paragraph 152 contains legal conclusions to which no response is required.

153.   Paragraph 153 contains legal conclusions to which no response is required.

154.   Paragraph 154 contains legal conclusions to which no response is required.

155.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 155 and therefore denies them.

14

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

To the extent to which the paragraph contains legal conclusions no response is required.

156.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 156 and therefore denies them. To the extent to which the paragraph contains legal conclusions no response is required.

157.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 157 and therefore denies them. To the extent to which the paragraph contains legal conclusions no response is required.

158.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 158 and therefore denies them. To the extent to which the paragraph contains legal conclusions no response is required.

159.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 158 and therefore denies them. To the extent to which the paragraph contains legal conclusions no response is required.

160.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 160 and therefore denies them.

161.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 161and therefore denies them. Defendant denies all allegations contained in Paragraph 161.

162.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 162 and therefore denies them.

163.   Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the factual  allegations in Paragraph 163 and therefore denies them. To the extent to which the paragraph contains legal conclusions no response is required.

**Count 2**

**42 U.S.C. §1986**

**Failure to Prevent Civil Rights Conspiracy**

164.   In answering paragraph 164, Defendant repeats each and every response to paragraphs 1-163 of Plaintiffs' complaint as if set forth fully herein.

15

165.    Paragraph 165 contains legal conclusions to which no response is required.

166.    Paragraph 166 contains legal conclusions to which no response is required.

167.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 167 and therefore denies them.

168.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 168 regarding the mythical and now-dismissed Doe #1 and therefore denies them.

169.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 169 and therefore denies them.

170.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 170 and therefore denies them.

171.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 170 and therefore denies them.

172.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 172 regarding the mythical and now-dismissed Doe #1 and therefore denies them.

173.    . Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 173 regarding the mythical and now-dismissed Doe #1 and therefore denies them. 173. Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in Paragraph 173 regarding the mythical and now-dismissed Doe #1 and therefore denies them.

174.    Defendant lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph 174 and therefore denies them.

## CLAIMS FOR RELIEF

In answering this prayer, Defendant denies that Plaintiffs are entitled to any of the relief requested.

16

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

**AFFIRMATIVE DEFENSES**

Defendant National Students for Justice in Palestine further pleads the following affirmative defenses to Plaintiffs' First Amended Complaint:

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

Plaintiffs' First Amended Complaint fails to state facts sufficient to constitute a cause of action against Defendant.

**SECOND AFFIRMATIVE DEFENSE**

**(Additional Affirmative Defenses)**

Because Plaintiffs' First Amended Complaint is couched in conclusory terms, Defendant cannot fully anticipate all of the affirmative defenses that may be applicable to the action, accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is hereby reserved.

**THIRD AFFIRMATIVE DEFENSE**

**(Failure to Mitigate Damages)**

Plaintiffs failed to mitigate damages, which damages are denied to exist.

**FOURTH AFFIRMATIVE DEFENSE**

**(Good Faith Immunity)**

Plaintiffs' First Amended Complaint was not filed, is not maintained in good faith, and with reasonable cause for purposes of 42 U.S.C. §§ 1985(3) and 1988.

**FIFTH AFFIRMATIVE DEFENSE**

**(Immune under Federal Civil Rights Act)**

Defendant is immune from liability pursuant to the Federal Civil Rights Act where it reasonably believed its actions were lawful.

**SIXTH AFFIRMATIVE DEFENSE**

**(No Violation of Federal Civil Rights)**

Plaintiffs did not sustain an injury sufficient to give rise to a violation of their federal civil rights.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

**SEVENTH AFFIRMATIVE DEFENSE**

**(Superseding and Intervening Cause)**

Defendant alleges that the damages allegedly suffered by Plaintiffs, which said damages are generally and specifically denied to exist, were the result the active and affirmative negligent acts or omissions to act of independent third parties and/or entities whose active and affirmative negligence and/or omissions to act resulted in superseding and intervening causes of Plaintiffs' alleged damages which thereby relieves Defendant from liability.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

Defendant is not liable pursuant to the doctrine of assumption of risk.

**NINTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

Plaintiffs' claims are barred by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

By reason of Plaintiffs' own acts and omissions, they are estopped from seeking any recovery from Defendant by reason of the allegations set forth in the First Amended Complaint.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Justification)**

Defendant alleges that it had legal justification for all of its actions and omissions and therefore the First Amended Complaint and each and every cause of action therein is barred.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

**TWELFTH AFFIRMATIVE DEFENSE**

**(Laches)**

Defendant is informed and believe that each and every alleged cause of action in the First Amended Complaint is barred by the doctrine of laches. Plaintiffs have engaged in unreasonable delay in commencing the litigation.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(Bad Faith)**

Defendant is informed and believe and thereon alleges that Plaintiffs have engaged in conduct and activities tainted with bad faith, by reason of which Plaintiffs should not be permitted to use the process of this court for furtherance of said bad faith.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Punitive Damages Not Supported)**

The conduct of Defendant does not rise to the level by which punitive damages are warranted and based thereon; the claim for punitive damages should be denied and stricken from the First Amended Complaint based upon a failure to plead adequate facts giving rise to a cause of action as to either of the Defendant.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Attorneys' Fees Not Supported)**

Defendant is informed and believe and thereon allege that the First Amended Complaint, and each alleged cause of action therein, fails to state facts sufficient to support an award attorneys' fees, costs, or expenses against Defendant.

**SIXTEENTH AFFIRMATIVE DEFENSE**

If Plaintiffs suffered any emotional distress, which Defendant denies, this emotional distress was proximately caused by factors other than the actions of Defendant, or anyone acting on behalf of Defendant.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

1

## SEVENTEENTH AFFIRMATIVE DEFENSE

## (No Intent)

Plaintiffs' First Amended Complaint, and each and every purported cause of action asserted therein, is barred in whole or in part because Defendants had no intent to engage in any unlawful behavior toward Plaintiffs or harm Plaintiffs.

## EIGHTEENTH AFFIRMATIVE DEFENSE

## (Speculative Damages/No Damages)

Plaintiffs are not entitled to any recovery from Defendant because the alleged damages, if any, are speculative or do not exist.

## NINTEENTH AFFIRMATIVE DEFENSE

## (Lack of Standing)

Defendant is informed and believes that the First Amended Complaint, and each alleged cause of action therein, is barred to the extent Plaintiffs lacks standing to assert the causes of action alleged in the First Amended Complaint.

## TWENTIETH AFFIRMATIVE DEFENSE

## (Lack of Offensive Conduct)

Defendant did not engage in or allow any offensive conduct against Plaintiffs.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

## (No Fraud, Oppression, or Malice)

Plaintiffs are not entitled to recovery of punitive or exemplary damages because Defendant did not engage in any wrongful conduct that amounted to fraud, oppression, or malice against Plaintiffs.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

## (First Amendment)

Defendant's speech and conduct as alleged in the First Amendment Complaint is protected by the First Amendment.

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (No Conspiracy-- Scienter)

There was no "meeting of the minds among the Defendants regarding the civil rights of any of the Plaintiffs.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (No Conspiracy-- Acts)

NSJP committed no overt acts in furtherance of any conspiracy.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

### (No Damages)

There was no injury to person or property, and no deprivation of any federal right or privilege as pleaded.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

### (No Animus)

There was no class-based, invidiously discriminatory animus.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

### (No Deprivation of Constitutional Right)

The "right" asserted by Plaintiffs is not constitutionally protected against private encroachment.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

### (No "Hindrance of Enforcement/Protection of a Constitutional Right)

Defendant had no purpose to hinder "constituted authorities" from securing Plaintiffs' right to equal protection, and no nexus to a constitutionally protected right has been pleaded.

21

DEFT NSJP'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

## **PRAYER FOR RELIEF**

Wherefore, Defendant National Students for Justice in Palestine prays for judgment as follows:

1. That Plaintiffs take nothing by their First Amended Complaint on file herein;

2. For their costs of suit incurred herein;

3. For attorneys' fees, and

4. For such additional remedies as the Court may find just and proper.

Dated: February 17, 2026                    Respectfully Submitted,

KLEIMAN RAJARAM

By _____
        Mark Kleiman

        Attorneys for Defendant
        National Students for Justice in Palestine

22