# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | | Date | March 25, 2026 |
|---|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | | |

| Present: | | Hon. A. Joel Richlin, U.S. Magistrate Judge | |
|---|---|---|---|

| Ashley Silva-Elder | | N/A |
|---|---|---|
| Deputy Clerk | | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**    ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING DISCOVERY DISPUTE

On March 23, 2026, Plaintiffs reached out to the Court by email to request an informal discovery conference. Plaintiffs identified four discovery disputes with Defendant National Students for Justice in Palestine ("NSJP"). Plaintiffs contend that NSJP has declined to participate in the informal discovery process or communicate any position regarding the issues in dispute.

The Court requires the parties to request an informal discovery conference before filing a discovery motion in an effort to save the parties time and money on motion practice. Indeed, Federal Rule of Civil Procedure 16 expressly recognizes the efficacy of requiring a pre-filing conference with the Court. See Fed. R. Civ. P. 16(b)(3)(B)(v); Committee Notes on 2015 Amendment to Rule 16 ("Many judges who hold such conferences find them an efficient way to resolve most discovery disputes without the delay and burdens attending a formal motion, but the decision whether to require such conferences is left to the discretion of the judge in each case."). The Local Rules require the parties to meet and confer regarding discovery disputes. See C.D. Cal. L.R. 37-1. Indeed, Local Rule 37-1 requires the opposing party to meet and confer with counsel for the moving party within ten days after the moving party serves a letter requesting such conference. See id.

Accordingly, the Court directs NSJP to meet and confer with Plaintiffs regarding the discovery disputes raised in Plaintiffs' March 23, 2025 email no later than **April 2, 2026**. Failure to meet and confer in compliance with the Local Rules will result in the imposition of sanctions. Moreover, if NSJP fails to meet and confer or participate in the informal discovery conference process, the Court will construe NSJP's failure to

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-03714-MCS-AJR | | Date | March 25, 2026 |
|---|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | | |

participate as consent to granting the relief requested by Plaintiffs.  <u>See</u> C.D. Cal. L.R. 7-12.

Once the parties have completed their meet and confer efforts, the Court directs the parties to submit a joint status update by email identifying the issues in dispute and the parties' respective positions.  The Court intends to schedule an informal discovery conference by Zoom for the week of April 6, 2026.  The parties should provide proposed dates and times for a hearing during that week in their joint status update.

IT IS SO ORDERED.