Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989

Christina A. Jump (*pro hac vice*)
cjump@jump-start-legal.com
Jump Start Legal Justice Center PLLC
100 N. Central Expy., Suite 537
Richardson, TX 75080
Phone: 972-992-5060

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Weinberg, *et al.*,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>National Students for Justice in Palestine, *et al.*,<br><br>                              Defendants. | Case No. 2:25-cv-03714<br><br>**DEFENDANTS AJP EDUCATIONAL FOUNDATION, INC., DR. OSAMA ABUIRSHAID, AND DR. HATEM BAZIAN'S UNOPPOSED MOTION FOR ORDER OF FINAL JUDGMENT**<br><br>Hearing: May 11, 2026<br>Time: 9:00 a.m.<br>Location: Courtroom 7C<br>First Street U.S. Courthouse<br>350 W. 1st St.<br>Los Angeles, CA 90012<br><br>Honorable Mark C. Scarsi<br>United States District Judge |

[Additional Counsel Cont. from previous page]

Samira S. Elhosary (*pro hac vice*)
selhosary@clcma.org
Muslim Legal Fund of America, Legal Division
100 N. Central Expy., Suite 1010
Richardson, TX 75080
Phone: 972-914-2507
Fax: 972-692-7454
*Attorney for Defendants*

i

Please take notice that on Monday, May 11, 2026, at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Mark C. Scarsi, United States District Judge, in Courtroom 7C, 7th Floor, of the First Street United States Courthouse, located at 350 W. 1st St. Los Angeles, CA 90012, Defendants AJP Educational Foundation d/b/a American Muslims for Palestine ("AMP"), Dr. Osama Abuirshaid ("Dr. Abuirshaid"), and Dr. Hatem Bazian ("Dr. Bazian") (together "Defendants") will, and hereby do, move under Fed. R. Civ. P. 54(b)  for entry of a final order of this court dismissing all of Plaintiffs' claims against them with prejudice.

A final order under Rule 54(b) is warranted because this Court issued a final judgment dismissing Plaintiffs' claims against Defendants on January 20, 2026. This Court granted Plaintiffs leave to amend their complaint within 14 days, and they elected not to do so. Further, no just reason for delay exists for entering a final judgment.

This Motion is made upon this Notice, the attached Memorandum of Points and Authorities, all pleadings and other documents on file with this Court in this action, and upon oral argument presented at the hearing of this Motion.

This Motion follows the Parties' conference on April 2, 2026, during which Plaintiffs' counsel advised that Plaintiffs do not oppose this Motion.

1

Respectfully submitted this 9th day of April, 2026.

*/s/Max Schoening*
Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989

Christina A. Jump
(*pro hac vice*)
cjump@jump-start-legal.com
Jump Start Legal Justice Center PLLC
100 N. Central Expy., Suite 537
Richardson, TX 75080
Phone: 972-992-5060

Samira S. Elhosary
(*pro hac vice*)
selhosary@clcma.org
Muslim Legal Fund of America, Legal Division
100 N. Central Expy., STE 1010
Richardson, TX 75080
Phone: 972-914-2507

*Attorneys for Defendants*

2

**Certificate of Service**

The undersigned certifies that a true and correct copy of the foregoing was electronically filed and served upon all counsel of record. Parties may access this filing through the Court's CM/ECF System.

Dated this 9th day of April, 2026.

/s/Max Schoening
Max A. Schoening (SBN 324643)
max@qureshi.law
Qureshi Law
700 Flower St., Suite 1000
Los Angeles, CA 90017
Phone: 213-786-3478
Fax: 213-277-8989

3