## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | Date | April 10, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | C/S 4/10/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| William J. Brown, Jr. | Mark A. Kleiman (for NSJP) |
| Omer Wiczyk | Rebecca Brown (for PCC) |
| Thomas A. Wilson | Bina Ahmad (for PCC) |
| Michael Belgrade | |
| Evan Gottstein | |

**Proceedings:**       MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE

On April 10, 2026, the Court held an informal discovery videoconference to discuss various discovery disputes between Plaintiffs and Defendant National Students for Justice in Palestine ("NSJP").  Based on the discussion with the parties, the Court directed Plaintiffs to provide updated discovery requests (requests for production and interrogatories) to counsel for NSJP by email no later than **Wednesday April 15, 2026**.  The purpose of providing updated discovery requests is to include the narrowing and clarification from the parties' meet and confer efforts.  The Court then directed NSJP to serve supplemental responses no later than **April 27, 2026**.  NSJP is warned that boilerplate and general objections will be ignored and overruled.  The Court expects meaningful responses and that any objection will be detailed and specific.

The Court schedules a further informal discovery conference by Zoom for **May 5, 2026 at 1:30 p.m.**  The Courtroom Deputy Clerk will email counsel for the parties a link to join the videoconference.  The parties shall provide a joint email update of any issue in disputes no later than **Friday May 1, 2026**.  If there is no issue in dispute, then the Court will vacate the hearing.

IT IS SO ORDERED.

01:03

CV-90 (10/08)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1