UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-JC** | Date | April 13, 2026 |
| Title | *Weinberg v. National Students for Justice in Palestine* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| | |
|---|---|
| Stephen Montes Kerr | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER IMPOSING SANCTIONS AND REQUIRING DEFENDANT NATIONAL STUDENTS FOR JUSTICE IN PALESTINE'S COUNSEL TO SHOW CAUSE RE: FURTHER SANCTIONS**

The Court ordered lead trial counsel to appear at the scheduling conference on April 13, 2026. (*See* Order Setting Scheduling Conference § II(c), ECF No. 119; *see also* Initial Standing Order § 2, ECF No. 28.) Counsel for Defendant National Students for Justice in Palestine ("NSJP"), Mark A. Kleiman, did not appear.

If a party fails to appear at a scheduling conference, "the court must order the party, its attorney, or both to pay the reasonable expenses—including attorney's fees—incurred." Fed. R. Civ. P. 16(f)(2). Accordingly, the Court orders NSJP's counsel to pay Plaintiffs Matthew Weinberg, Nir Hoftman, Eli Tsives, and Dovid Gurevich, and Defendant People's City Council, the reasonable expenses they incurred because of counsel's nonappearance, including but not limited to attorney's fees incurred to attend the hearing. If the parties agree on the measure of the sanction, NSJP's counsel shall pay the agreed sum, and the parties shall file within 14 days a joint statement indicating NSJP's counsel completed the payment. If the parties cannot agree on the measure of the sanction, the parties who appeared through counsel at the scheduling conference instead may file within 21 days a joint motion

for an award of expenses. Any such motion may seek an award for fees incurred to file the motion.

The Court orders NSJP's counsel to show cause why further sanctions should not be imposed, including but not limited to monetary sanctions payable to the Clerk in the amount of $300. *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44–45 (1991). Failure to file a timely and satisfactory response will result in imposition of further sanctions without further notice.

The scheduling conference is vacated. A scheduling order will issue.

**IT IS SO ORDERED.**