MARK KLEIMAN (S.B.N. 115919)
KLEIMAN / RAJARAM
12121 WILSHIRE BOULEVARD, # 810
LOS ANGELES, CA 90025
TELEPHONE: (310) 392-5455
FACSIMILE: (310) 306-8491
EMAIL: mark@krlaw.us

Attorneys for Defendant
NATIONAL STUDENTS FOR
JUSTICE IN PALESTINE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, et al., | Case No. 2:25-cv-03714 MCS (JCx) |
| Plaintiffs, | Hon. Mark C. Scarsi |
| vs. | Courtroom 7C |
| NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTINE NEWTWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL, | RESPONSE OF COUNSEL FOR NATIONAL STUDENTS FOR JUSTICE IN PALESTINE TO THE COURT'S ORDER TO SHOW CAUSE WHY FURTHER SANCTIONS SHOULD NOT BE IMPOSED |
| Defendants. | Complaint Filed:  April 25, 2025 |

1

RESPONSE OF COUNSEL FOR NATIONAL STUDENTS FOR JUSTICE IN PALESTINE
TO THE COURT'S ORDER TO SHOW CAUSE WHY FURTHER SANCTIONS SHOULD
NOT BE IMPOSED

**Introduction**

On April 13, 2026, this Court issued an order imposing sanctions and requiring me to show cause why further sanctions ought not be imposed. (Dkt. 138).

As a preliminary matter I extend my sincere and deep apologies to the Court and its staff and to all counsel for the inconvenience caused by my failure to appear and participate in the April 13, 2026 scheduling conference.  It was entirely inadvertent and no disrespect was intended to any party, and certainly not to this Court.

In more than forty-one years of practice I believe this is only the second time I have failed to appear at a noticed hearing.  It is entirely out of character for me.

**Why Further Sanctions Ought Not be Imposed**

1.      I am 76 years old.  Although generally in good health I experience intermittently debilitating respiratory problems which have worsened in recent months.  I have been diagnosed with pneumonia several times in the past four years.  A CT scan earlier this month showed chronic airways disease in my trachea and bronchi.  This has led to intermittent exhaustion which occurs somewhat unpredictably.

2.      This is compounded by a very demanding pro bono caseload (and in a small minority of instances, deeply discounted legal work.)  It is no secret that there has been an onslaught of litigation against persons advocating for the human rights of Palestinian people, as well as firings, immigration threats, school expulsions and the like.  Although dismissals have been won in the overwhelming majority of federal court cases, each dismissal is hard won; and there are just a small handful of lawyers willing to undertake this work because of the time and reputational cost exacted for significant amounts of unpaid labor.

2

RESPONSE OF COUNSEL FOR NATIONAL STUDENTS FOR JUSTICE IN PALESTINE TO THE COURT'S ORDER TO SHOW CAUSE WHY FURTHER SANCTIONS SHOULD NOT BE IMPOSED

3.      I am actively litigating ten such cases right now (including this one) and am also defending four appeals from dismissals won in lower court decisions. All of this is in addition to my regular practice of representing whistleblowers in qui tam (state and federal False Claim Act) litigation.  I typically work ninety hours per week and have not taken a vacation since taking four days for a friend's wedding nearly three years ago.

4.      On April 13 I had been up all night completing an opposition to a motion to dismiss a §1983 complaint I had filed, so that my client (a fired professor) and my co-counsel could review the final draft of the opposition before filing that evening.  I fell asleep while working at my desk.  I apparently slept through alarms, automated notifications, and attempts by counsel for the co-defendant in Weinberg to reach me.  Although often exhausted, this is the first time this has happened to me, so I had neither anticipated it or taken precautions to try to forestall its occurrence.

I again apologize to the Court and to all counsel for this.

Respectfully submitted,

Dated:  April 14, 2026                          KLEIMAN RAJARAM

By:_____
                                                Mark Kleiman

                                                Attorney for Defendant
                                                National Students for
                                                Justice in Palestine

3

RESPONSE OF COUNSEL FOR NATIONAL STUDENTS FOR JUSTICE IN PALESTINE TO THE COURT'S ORDER TO SHOW CAUSE WHY FURTHER SANCTIONS SHOULD NOT BE IMPOSED