Dan Stormer, Esq. [S.B. #101967]
Bina Ahmad, Esq. [S.B. #329387]
Rebecca Brown, Esq. [S.B. # 336638]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
　　　　bahmad@hadsellstormer.com
　　　　rbrown@hadsellstormer.com

Attorneys for Defendant
PEOPLE'S CITY COUNCIL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, RABBI DOVID GUREVICH, NIR HOFTMAN, ELI TSIVES, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTINE NEWTWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL <br><br> Defendants. | Case No.: 2:25-cv-03714-MCS-JC <br><br> [Assigned to the Honorable Mark C. Scarsi – Courtroom 7C] <br><br> **DECLARATION OF BINA AHMAD IN SUPPORT OF DEFENDANT PEOPLE'S CITY COUNCIL'S REPLY IN SUPPORT OF MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL** <br><br> DATE:　　　　APRIL 29, 2026 <br> TIME:　　　　9:00 A.M. <br> COURTROOM.:　7C <br><br> Complaint Filed:　April 25, 2025 |

AHMAD DECL ISO DEFT PCC'S REPLY
ISO MTN FOR INTERLOCUTORY APPEAL

## DECLARATION OF BINA AHMAD

I, Bina Ahmad, hereby declare:

1.      I am an Associate Attorney at the law firm of Hadsell Stormer Renick & Dai LLP.  I am an attorney licensed to practice law in California and before this Court, and am one of the counsels of record for People's City Council ("PCC") in this action. The information contained herein is based on my personal knowledge, or upon review of files and documents generated or received and regularly maintained by my office in connection with this case. If called upon, I could testify in a court of law to the accuracy of the matters set forth herein.

2.      Ms. Brown was the primary attorney working on this case through the motions to dismiss briefings.

3.      Given her case load, Ms. Brown did not have capacity to work on the instant motion, so I joined the case team in mid-February to assist her and draft the motion.

4.      I required at least a week to bring myself up to date on the case thus far, including reviewing all of the briefings and Court Orders.

5.      I was the lead attorney and primary drafter of PCC's Motion for Certification of Interlocutory Appeal.

6.      It took me several weeks to research, draft and finalize this motion given my caseload and being new to the team.

7.      We then filed our Motion for Certification of Interlocutory Appeal on March 25, 2026.

/ / /

/ / /

/ / /

_____
AHMAD DECL ISO DEFT PCC'S REPLY
ISO MTN FOR INTERLOCUTORY APPEAL                -1-

8.     In total, I estimate that from when I first joined the case team to when we filed our Motion, it was approximately five to six weeks' time.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 14th day of April 2026, in Pasadena, California.

_____
                                    Bina Ahmad