**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW WEINBERG, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:25−cv−03714−MCS−AJR<br><br><br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistratet Judge: A. Joel Richlin

Date/Time:      May 11, 2026 at  09:30 AM

Courtroom:

 April 15, 2026
 Date

By  /s/ Ashley D Silva−Elder
Deputy Clerk

CV−19 (11/21)          MOTION RE: INFORMAL DISCOVERY DISPUTE