William J. Brown, Jr. (SBN 192950)
bill@brownwegner.com
Kyle J. Berry (SBN 355393)
kberry@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Weinberg, et al., | **Case No. 2:25-cv-03714-MCS-AJR** |
| *Plaintiffs,* | **PLAINTIFFS' REQUEST TO ENTER DEFAULT AGAINST DEFENDANT UC DIVEST COALITION AND DECLARATION OF THOMAS A. WILSON IN SUPPORT** |
| v. | |
| National Students for Justice in Palestine, et al., | |
| *Defendants.* | **[Fed. R. Civ. P. 55(a)]** |
| | Complaint Filed: April 25, 2025 |

**PLAINTIFFS' REQUEST TO ENTER DEFAULT AGAINST DEFENDANT UC DIVEST COALITON AND DECLARATION OF THOMAS A. WILSON IN SUPPORT**

[Additional Counsel Cont. from previous page]
Thomas R. McCarthy (VA Bar No. 47154)*
Thomas A. Wilson (DC Bar No. 90019385)*
Julius Kairey (VA Bar No. 101216)*
Zachary P. Grouev (FL Bar No. 10386291)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
tom@consovoymccarthy.com
twilson@consovoymccarthy.com
julius@consovoymccarthy.com
zach@consovoymccarthy.com

Patrick Strawbridge (MA Bar No. 678274)*
CONSOVOY MCCARTHY PLLC
8th Floor South PMB #706
Boston, MA 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)*
Omer Wiczyk (NY Bar No. 4321600)*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
Telephone: (917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

* Admitted pro hac vice

*Attorneys for Plaintiffs*

**PLAINTIFFS' REQUEST TO ENTER DEFAULT AGAINST DEFENDANT UC DIVEST COALITON AND DECLARATION OF THOMAS A. WILSON IN SUPPORT**

ii

## TO THE CLERK OF THE ABOVE-CAPTIONED COURT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Matthew Weinbberg, Nir Hoftman, Eli Tsives, and Rabbi Dovid Gurevich hereby request that the Clerk of the above-captioned Court enter default in this matter against Defendant UC Divest Coalition ("UC Divest"), on the ground that UC Divest has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

On August 14, 2025, Plaintiffs served the complaint in this action on Dylan Kupsh, an officer of UC Divest, at 1945 S. Hill Street, Dept 65, Los Angeles, CA 90007. *See* Dkt.49 (Proof of Service of Summons). UC Divest was thus required to appear and file an answer or pre-answer motion by September 4, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

The Court's docket and file in the above-entitled matter will reflect that no responsive pleading has been filed by UC Divest. Entry of default by the Clerk of this Court against UC Divest is therefore warranted.

DATED: April 22, 2026

BROWN WEGNER LLP
CONSOVOY MCCARTHY PLLC
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW

By: /s/ Thomas R. McCarthy*
Thomas R. McCarthy*
Patrick Strawbridge*
Thomas A. Wilson*
Zachary P. Grouev*
Julius Kairey*
Richard A. Rosen*

**PLAINTIFFS' REQUEST TO ENTER DEFAULT AGAINST DEFENDANT UC DIVEST COALITON AND DECLARATION OF THOMAS A. WILSON IN SUPPORT**

1

Omer Wiczyk*

Attorneys for Plaintiffs

PLAINTIFFS' REQUEST TO ENTER
DEFAULT AGAINST DEFENDANT UC
DIVEST COALITON AND DECLARATION
OF THOMAS A. WILSON IN SUPPORT

2

## DECLARATION OF THOMAS A. WILSON

1. I am an attorney at the law firm Consovoy McCarthy PLLC and counsel for Plaintiffs Matthew Weinberg, Rabbi Dovid Gurevich, Nir N. Hoftman, and Eli Tsives.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. On April 25, 2025, Plaintiffs filed suit against UC Divest Coalition ("UC Divest"), asserting a claim under 42 U.S.C. §1985(3). The complaint alleges that UC Divest, along with other Defendants, "plotted, coordinated, and executed a common plan to deprive Plaintiffs and other Jews at UCLA of their rights." Dkt.1 at 41.

4. Under the Federal Rules of Civil Procedure, an unincorporated association may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1), (h)(1)(A). Under California law, unincorporated associations like UC Divest that are not general or limited partnerships may be served "by delivering a copy of the summons and of the complaint … to the president or other head of the association, a vice president, a secretary or assistant secretary, a treasurer or assistant treasurer, a general manager, or a person authorized by the association to receive service of process." Cal. Civ. Proc. Code §416.40(b). On August 14, 2025, Plaintiffs served the complaint, summons, and other documents filed in this action on Dylan Kupsh at 1945 S. Hill Street, Dept 65, Los Angeles, CA 90007. Dylan Kupsh was an officer of UC Divest. *See Dylan Kupsh*

**PLAINTIFFS' REQUEST TO ENTER DEFAULT AGAINST DEFENDANT UC DIVEST COALITON AND DECLARATION OF THOMAS A. WILSON IN SUPPORT**

1

*for ASE Statewide Chair*, RFDU (archived Nov. 16, 2024), perma.cc/5PYF-LL8Q (referring to Kupsh as a "Founding UC Divest Steering Committee Member").

5. Proof of such service was filed with this Court on August 15, 2025. *See* Dkt.49. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), a response to the complaint was due by September 4, 2025.

6. On September 26, 2025, Plaintiffs filed an amended complaint asserting the same claim under 42 U.S.C. §1985(3), invoking both Section 1985(3)'s deprivation and hindrance clauses. Dkt.54 at 57-61.

7. On March 17, 2026, Plaintiffs served on Dylan Kupsh a letter informing Mr. Kupsh that UC Divest had failed to appear. The letter stated that Plaintiffs would "forbear seeking entry of a default judgment for an additional 14 days" but that "[a]fter that period has elapsed, Plaintiffs intend to ask the Court to enter a default judgment under Federal Rule of Civil Procedure 55 and Central District of California Local Rule 55-1." To date, I have received no response to this letter.

8. As of today, I have received no response to the complaint from UC Divest, see no such filings on this Court's docket, and have not received a request for or order granting UC Divest an extension of time to respond.

9. Accordingly, I respectfully request that the default of UC Divest Coalition be entered by the Clerk of this Court.

**PLAINTIFFS' REQUEST TO ENTER DEFAULT AGAINST DEFENDANT UC DIVEST COALITON AND DECLARATION OF THOMAS A. WILSON IN SUPPORT**

2

Executed this 22nd day of April, 2026

    /s/ Thomas A. Wilson

Thomas A. Wilson

CONSOVOY MCCARTHY PLLC

1600 Wilson Boulevard, Suite 700

Arlington, VA 22209

(703) 243-9423

twilson@consovoymccarthy.com

**PLAINTIFFS' REQUEST TO ENTER**
**DEFAULT AGAINST DEFENDANT UC**
**DIVEST COALITON AND DECLARATION**
**OF THOMAS A. WILSON IN SUPPORT**

3

## CERTIFICATE OF SERVICE

The undersigned counsel of record for Plaintiffs certifies that a true and correct copy of the foregoing was electronically filed and served upon all counsel of record. Parties may access this filing through the Court's CM/ECF System.

I further certify that I served the foregoing document, by United States Postal Service Priority Mail and email, on:

Dylan Kupsh
Officer, UC Divest Coalition
200 Pacific Coast Hwy Unit 347
Huntington Beach, CA 92648
Email: dkupsh@cs.ucla.edu

Dated: April 22, 2026                          /s/ Thomas R. McCarthy
                                                    Thomas R. McCarthy

**PLAINTIFFS' REQUEST TO ENTER DEFAULT AGAINST DEFENDANT UC DIVEST COALITON AND DECLARATION OF THOMAS A. WILSON IN SUPPORT**

1