UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG et al., | Case No. 2:25-cv-03714-MCS-JC |
| Plaintiffs, | **PARTIAL JUDGMENT AS TO DEFENDANTS AJP EDUCATIONAL FOUNDATION, INC., DR. OSAMA ABUIRSHAID, AND DR. HATEM BAZIAN (ECF NO. 131)** |
| v. | |
| NATIONAL STUDENTS FOR JUSTICE IN PALESTINE et al., | |
| Defendants. | |

This matter is before this Court on the Unopposed Motion for Entry of Final Judgment pursuant to Federal Rule Civil Procedure 54(b) by Defendants AJP Educational Foundation d/b/a American Muslims for Palestine ("AMP"), Dr. Osama Abuirshaid ("Dr. Abuirshaid"), and Dr. Hatem Bazian ("Dr. Bazian") (together "Defendants") (ECF No. 131); and

IT APPEARING TO THE COURT based on the written pleadings that the motion should be GRANTED, and finding no just reason for delay, pursuant to Federal Rule of Civil Procedure 54(b), it is therefore

ORDERED that Defendants' Motion is GRANTED, and a partial judgment is entered as follows: Plaintiffs Matthew Weinberg, Eli Tsives, Rabbi Dovid Gurevich, and Nir Hoftman's claims against Defendants in the First Amended Complaint (ECF No. 54) are dismissed with prejudice. Plaintiffs shall take nothing from their claims against Defendants.

Dated: May 1, 2026

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1