William J. Brown, Jr. (SBN 192950)
bill@brownwegner.com
Kyle J. Berry (SBN 355393)
kberry@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al.,<br><br>Defendants. | Case No.: 2:25-cv-03714 MCS (AJR)<br><br>**DECLARATION OF PATRICK STRAWBRIDGE** |

DECLARATION OF PATRICK STRAWBRIDGE

[Additional Counsel Cont. from previous page]
Thomas R. McCarthy (VA Bar No. 47154)*
Thomas A. Wilson (DC Bar No. 90019385)*
Julius Kairey (VA Bar No. 101216)*
Zachary P. Grouev (FL Bar No. 10386291)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
tom@consovoymccarthy.com
twilson@consovoymccarthy.com
julius@consovoymccarthy.com
zach@consovoymccarthy.com

Patrick Strawbridge (MA Bar No. 678274)*
CONSOVOY MCCARTHY PLLC
8th Floor South PMB #706
Boston, MA 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)*
Omer Wiczyk (NY Bar No. 4321600)*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
Telephone: (917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

* Admitted pro hac vice

*Counsel for Plaintiffs*

DECLARATION OF PATRICK STRAWBRIDGE

**DECLARATION OF PATRICK STRAWBRIDGE**

1. I am a partner at the law firm Consovoy McCarthy PLLC and counsel for Plaintiffs Matthew Weinberg, Rabbi Dovid Gurevich, Nir N. Hoftman, and Eli Tsives.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. I am familiar with the median rates for partners and associates contained in the 2024 Wolters Kluwer Real Rate Report (Real Rate Report). Consovoy McCarthy PLLC's standard rates are higher than those provided in the Real Rate Report. However, in order to reach an agreement on the measure of sanctions with Mark Kleiman, counsel for National Students for Justice in Palestine (NSJP), we have calculated our expenses using the median rate contained in the Real Rate Report.

4. I have reviewed the time spent by all attorneys at Consovoy McCarthy PLLC, including my own, and believe the time spent in connection with the April 13, 2026 scheduling conference and with drafting the subsequent motion for expenses is reasonable.

5. Exhibit A contains the tables required by Section 10(d) of the Court's standing order. It includes a summary of the hours worked organized by task and a summary of the hours worked organized by attorney. These tables are true and correct to the best of my knowledge.

DECLARATION OF PATRICK STRAWBRIDGE

Executed this 4th day of May, 2026

/s/ Patrick Strawbridge

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
8th Floor South PMB #706
Boston, MA 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

DECLARATION OF PATRICK STRAWBRIDGE

# Exhibit A

| Table 1 | | | |
| --- | --- | --- | --- |
| Task 1: Time spent preparing for, traveling to, and attending the scheduling conference. | | | |
| **Attorney** | **Rate** | **Hours** | **Fee** |
| Patrick Strawbridge | $895/hour | 19.1 | $17,094 |
| William Brown | $630/hour | 3.2 | $2,016 |
| Thomas Wilson | $713/hour | 1.3 | $926 |
| Julius Kairey | $713/hour | 1 | $713 |
| **$20,749** | | **24.6** | **$20,749** |
| Task 2: Expenses in connection with attendance at the scheduling conference. | | | |
| Patrick Strawbridge | N/A | N/A | $940 (flights) + $231 (hotel) |
| William Brown | N/A | N/A | $66 (mileage) + $10 (parking) |
| **$1,247** | | **N/A** | **$1,247** |
| Task 3: Time spent preparing the motion for sanctions. | | | |
| Thomas Wilson | $713/hour | 9.5 | $6,773 |
| Julius Kairey | $713/hour | 3.5 | $2,495 |
| Zachary Grouev | $713/hour | 4.4 | $3,137 |
| **$12,405** | | **17.4** | **$12,405** |

| Table 2 | | | | |
|---|---|---|---|---|
| **Attorney** | **Rate** | **HOURS BY TASK** | | **TOTALS** |
| Patrick Strawbridge | | Task | Total Hours Spent by Attorney on Task | **Hours: 19.1** **Amount:** **$18,265** |
| | | Task 1 | 19.1 | |
| | | Task 2 | N/A ($1,171 in expenses) | |
| | $895/hour | Task 3 | 0 | |
| William Brown | | Task 1 | 3.2 | **Hours: 3.2** **Amount:** **$2,092** |
| | | Task 2 | N/A ($76 in expenses) | |
| | $630/hour | Task 3 | 0 | |
| Thomas Wilson | | Task 1 | 1.3 | **Hours: 10.8** **Amount:** **$7,699** |
| | | Task 2 | N/A | |
| | $713/hour | Task 3 | 9.5 | |
| Julius Kairey | | Task 1 | 1 | **Hours: 4.5** **Amount:** **$3,208** |
| | | Task 2 | N/A | |
| | $713/hour | Task 3 | 3.5 | |
| Zachary Grouev | | Task 1 | N/A | **Hours: 4.4** **Amount:** **$3,137** |
| | | Task 2 | N/A | |
| | $713/hour | Task 3 | 4.4 | |
| **Total** | | | | **Hours: 42.0** **Amount:** **$34,401** |