William J. Brown, Jr. (SBN 192950)
bill@brownwegner.com
Kyle J. Berry (SBN 355393)
kberry@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, et al., | Case No.: 2:25-cv-03714 MCS (AJR) |
| Plaintiffs, | **DECLARATION OF WILLIAM J. BROWN, JR.** |
| v. | |
| NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al., | |
| Defendants. | |

DECLARATION OF WILLIAM J. BROWN, JR.

[Additional Counsel Cont. from previous page]
Thomas R. McCarthy (VA Bar No. 47154)*
Thomas A. Wilson (DC Bar No. 90019385)*
Julius Kairey (VA Bar No. 101216)*
Zachary P. Grouev (FL Bar No. 10386291)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
tom@consovoymccarthy.com
twilson@consovoymccarthy.com
julius@consovoymccarthy.com
zach@consovoymccarthy.com

Patrick Strawbridge (MA Bar No. 678274)*
CONSOVOY MCCARTHY PLLC
8th Floor South PMB #706
Boston, MA 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)*
Omer Wiczyk (NY Bar No. 4321600)*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
Telephone: (917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

* Admitted pro hac vice

*Counsel for Plaintiffs*

DECLARATION OF WILLIAM J. BROWN, JR.

## **DECLARATION OF WILLIAM J. BROWN, JR.**

1. I am a partner at the law firm Brown Wegner LLP and counsel for Plaintiffs Matthew Weinberg, Rabbi Dovid Gurevich, Nir N. Hoftman, and Eli Tsives.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. I am familiar with Brown Wegner LLP's rates charged for representing Plaintiffs and expenses incurred in this case.

4. I have reviewed the time I spent and the cost I incurred in connection with the April 13, 2026 Scheduling Conference. The amounts requested in the concurrently-filed Motion for an Award of Expenses, as well as the accompanying attachment and tables, are true and correct amounts of fees and expenses incurred by my firm.

DECLARATION OF WILLIAM J. BROWN, JR.

Executed this 4th day of May, 2026

/s/ William J. Brown Jr.
William J. Brown, Jr.
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: (949) 705-0080
bill@brownwegner.com

DECLARATION OF WILLIAM J. BROWN, JR.