# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Weinberg, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>National Students for Justice in Palestine, et al.,<br><br>    *Defendants.* | **Case No. 2:25-cv-03714-MCS-AJR**<br><br>**[PROPOSED] ORDER GRANT-ING PLAINTIFFS AN AWARD OF EXPENSES**<br><br><u>Hearing</u><br>Date: June 1, 2026<br>Time: 9:00 a.m.<br><br>Location: Courtroom 7C<br>District Judge:<br>Honorable Mark C. Scarsi<br><br>Complaint Filed: April 25, 2025 |

Pursuant to the Order of the Court on April 13, 2026, Dkt.138, Plaintiffs filed a motion for an award of expenses against Mark Kleiman, counsel for National Students for Justice in Palestine, on May 4, 2026.

Good cause appearing, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Mark Kleiman pay $34,401 to Plaintiffs, through counsel Consovoy McCarthy PLLC, within ___ days.

IT IS SO ORDERED.

DATED:

_____
HON. MARK C. SCARSI
United States District Judge

1