## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | Date | May 5, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | C/S 5/5/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| William J. Brown, Jr. | Mark A. Kleiman (for NSJP) |
| Julius I. Kairey | Rebecca Brown (for PCC) |
| Thomas A. Wilson | Jonathan Wallace (for FJPN) |
| Evan Gottstein | Ramsey Judah (for FJNP) |

**Proceedings:**     MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE AND ORDER SCHEDULING FURTHER INFORMAL DISCOVERY VIDEOCONFERENCE

On May 5, 2026, the Court held an informal discovery conference to follow up on the discovery dispute between Plaintiffs and Defendant National Students for Justice in Palestine ("NSJP"). Back on April 10, 2026, the Court ordered NSJP to serve supplemental discovery responses no later than April 27, 2026. (Dkt. 133.) The Court warned that boilerplate and general objections would be ignored and overruled. (Id.) The Court further advised that it expected meaningful responses and that any objection would be detailed and specific. (Id.) NSJP did not timely serve supplemental discovery responses, and the responses ultimately served were not signed by counsel or verified by the client (where required for the interrogatories). The discovery responses were also rife with boilerplate objections that violate the Federal Rules of Civil Procedure as well as the Court's explicit guidance. The discovery responses also did not contain meaningful responses as the Court directed NSJP to provide.

The Court expressed its serious concerns that counsel for NSJP was not complying with the Court's orders, the Local Rules, or the Federal Rules of Civil Procedure and that this conduct would cause severe prejudice to NSJP. Specifically, if NSJP does not promptly correct its deficient discovery responses and then quickly produce responsive documents, the Court may have no choice but to find NSJP's objections waived and/or enter other evidentiary sanctions against NSJP. In response to the Court's concerns, counsel for Defendant Faculty for Justice in Palestine Network ("FJPN"), Mr. Wallace, offered to associate in as co-counsel for NSJP, subject to appropriate client waivers/consents, and to work with NSJP to get these issues corrected. The Court agreed

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | Date | May 5, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

to permit a limited period for Mr. Wallace to work with FJPN and NJSP to associate in as co-counsel for NSJP and then to work with NSJP's current counsel to correct the current deficiencies related to discovery responses.

The Court scheduled a further informal discovery conference for **May 14, 2026 at 2:00p.m.** to occur by Zoom. The Courtroom Deputy Clerk will circulate a link for the parties to join the videoconference. The parties are directed to provide a joint email update no later than **May 13, 2026**. The Court directs NSJP to provide a comprehensive proposal to correct all current discovery deficiencies and move this case forward. Specifically, the Court expects corrected and compliant discovery responses in short order followed by prompt production of documents. The Court intends to set short deadlines at the May 14, 2026 informal discovery conference. The Court warns NSJP that this is their last chance to correct these deficiencies before the Court will have no choice but to impose evidentiary and issue sanctions that will have severe prejudice on NSJP's ability to defend this case. **Counsel for NSJP are directed to review this Order with their clients.**

IT IS SO ORDERED.

0:44