**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW WEINBERG, et al. | CASE NUMBER |
| PLAINTIFF(S) | |
| v. | 2:25–cv–03714–MCS–AJR |
| NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al. | |
| DEFENDANT(S). | **MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistratet Judge: A. Joel Richlin

Date/Time:    May 14, 2026 at  02:00 PM

Courtroom:

May 5, 2026
Date

By  /s/ Ashley D Silva–Elder
Deputy Clerk

CV–19 (11/21)        MOTION RE: INFORMAL DISCOVERY DISPUTE