Ramsey Judah (CA 342300)
Judah Law Group
1026 Foothill Blvd
Upland, CA 91786
626 899 7667 | ramsey@JudahLawGroup.com

Jonathan Wallace (*Admitted Pro Hac Vice*)
PO #728
Amagansett, NY 11930
917 359 6234 | jonathan.wallace80@gmail.com

Attorneys for Defendant NSJP and FSJP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, et al,<br><br>                    Plaintiffs,<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al,<br><br>                    Defendants, | Case No.: 2:25-cv-03714 MCS (AJR)<br><br><br>DECLARATION OF JONATHAN WALLACE AND SUPPORTING DOCUMENTS |

## DECLARATION OF JONATHAN WALLACE

1. I am counsel to defendants NSJP and FJP in this matter, admitted *pro hac vice* with conflict waived. Mark Kleiman has also asked me to represent him in connection with the sanctions motion.

2. I am over the age of eighteen and under no mental disability or impairment. I have personal knowledge of the following facts and, if called as a witness, I would competently testify to them.

3. I respectfully request that this motion be referred to the magistrate to hear and recommend. Through supervision of discovery, the Magistrate is already aware of some of the issues I am about to discuss.

4. NSJP. is an iconic free speech client, a group engaged in pure speech which has been targeted by adversaries everywhere for eradication because of their leadership role in advocacy for Palestine.

5. One government agency and official after another has called for investigation, prosecution, seizure of funds and the like; a sample of those letters is attached as Exhibit A.

6. The Heritage Foundaton, in preparation for the second Trump administration, also identified NSJP as a prime target (see Exhibit B).

7. Because NSJP is a pure advocacy organization, exercising its First Amendment right, none of this yammering and hammering, which has now continued for years, has disclosed an iota of evidence of any wrongdoing by this client.

8. "[I]f there is any principle of the Constitution that more imperatively calls for attachment than any other, it is the principle of free thought -- not free thought for those who agree

DECLARATION OF JONATHAN WALLACE AND SUPPORTING DOCUMENTS - 2

with us, but freedom for the thought that we hate?", *United States v.  Schwimmer*, 279 U.S. 644, 654-655 (1929) (Justice Holmes, dissenting).

9. Yet all of the noise has succeeded in creating such stigma that Mark and I form part of a team of only five lawyers, out of the approximately 1.37 million in America, available, on a purely *pro bono* basis, to represent NSJP whenever it is sued.

10. And it is constantly being sued, along with other defendants in this matter and other groups in our space.

11. Cases we have handled for NSJP to date include *Shnaider v. American Muslims for Palestine* (8:24-cv-01067)  (M.D. Fla. 2024) (dismissed); *Parizer v. AJP Educational Foundation Inc.*(1:24-cv-00724) (E.D. Va. 2024) (dismissed); *Manhart v. AJP Education Foundation* (1:24-cv-08209) (N.D. Ill. 2024) (dismissed, sanctions);; *Gerwaski v. State of Nevada* (2:24-cv-00985) (D. Nev. 2024) (dismissed); Horowitz v. AJP Educational Foundation Inc. (1:25-cv-03412) (SDNY 2025) (awaiting service); and Winer v. Mohammad (1:25-cv-02329) (N.D. Ga. 2025) (motion to dismiss pending).

12. These add up in our humble opinions to an attempt to sue an unwelcome advocacy organization out of existence.

13. We are proud to be the legal team able and willing to resist this.

14. In order to respond to this motion, I ask this Court's indulgence in tolerating some history and back-story regarding a group of harried, endangered *pro bono* defense counsel , including Mark. I believe this history is relevant to achieving an understanding as to what happened, why it should not be regarded as sanctionable, and what we have already done to fix it.I graduated Harvard Law School in 1980. I am a retired commercial litigator who made a living representing small and medium size companies, and individuals, in

litigations involving breaches of contract, non-solicitation and noncompete clauses, and trademark matters, among other causes. I mainly worked solo, but at various times was a partner in two to four person firms.

15. I had retired from the paid practice just prior to October 7, 2023. Afterwards, because I had had an active pro bono practice handling free speech and civil liberties matters for about 15 years, people began sending me students, faculty, doctors, schoolteachers, two authors and one flight attendant, all in various kinds of danger and trouble due to pro-Palestine expression.

16. I now have a full time *pro bono* practice in which I have counseled about 2000 students and 400 faculty. I have appeared in about fifty litigations in federal courts in my home state, New York, and in New Jersey, Massachusetts, Georgia, Tennessee, Florida, Texas and California, and state courts in New York, New Jersey and California.

17. The Google Gemini AI, asked the maximum number of cases one person should carry, answered: fifteen. I have taken on a much huger burden because I am one of the very few attorneys in the entire country with the skills, time and (without false modesty) courage to take on this work. I take cases whenever I believe that clients with a meritorious cause of action or defense, would be unable to find an attorney if not for me.

18. Because NSJP is an organization, it could not represent itself *pro se,* but would be in default if we were unavailable to represent it.

19. The large firms that were available to assist when, for example, I was representing a New Jersey Indian tribe in a RLUIPA case fifteen years ago, have rescinded job offers and

fired associates and even partners for their pro-Palestinian views[1], are nowhere to be found in the defense of civil liberties (some, of course, are representing the plaintiffs in these cases.)

20. Respected movement law nonprofits, like an immigration group which had agreed to move me in *pro hac* in a federal case, sometimes step away when they decide they are endangered enough without involvement in our issues.

21. Large civil liberties organizations like ACLU, which took a beating from its own membership in the Skokie years, are not rushing to take cases of pro-Palestinian expression which is facing unjust accusations of antisemitism.

22. Attorneys available to take on student conduct and First Amendment cases blanche when the words "material support", "anti-terrorism act" and "alien tort claims" are hanging in the air.

23. Others are intimidated by the obvious fact that plaintiffs are represented by large, well funded law firms with far more capacity than we have.

24. There are three principal risks faced by the attorneys like Mark and me who "rush in where angels fear to tread" to do this work.

25. The first is getting fired from a job. That is not something Mark and I have to worry about, because we are self-employed. I look forward to the conversation in which I can explain to someone that I sometimes find Jonathan Wallace Esq. annoying, and he is always exhausting, but I can't dispense with him because his 2400 clients depend on him.

---

[1] Maureen Farrell, "A Prestigious Law Firm Rescinded Job Offers for Columbia and Harvard Students, but It May Reverse Itself", *The New York Times* October 17, 2023  https://www.nytimes.com/2023/10/17/business/davis-polk-employment-columbia-harvard-israel-palestine.html

26. The second is defamation. Mark and I are old, at or nearing the end of our careers, highly valued by those who know us, and are less vulnerable to smears, such as being called a "fake Jew" in a federal court hearing, as has happened to Mark.

27. The third is sanctions, which is the one existential risk for people like us, the one thing which could devastate us, end our ability to do this work and even put us in personal danger of losing shelter and security.

28. We are always extremely careful (as we would be anyway) to assert claims and defenses for our clients which are "warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law") (FRCP 11(b)(2)). Mark's commitment to pro bono support for these students and activists has already exacted an extreme costs -- his gross income from legal work in 2025 was less than $20,000.

29. However, "rushing in where angels fear to tread", lawyers like us daring to take on federal court representation of young, impecunious clients have, up until now, not figured out how to bring our "special needs", our limitations to the Court proactively, before they become a problem.

30. I am able to work 60 hours a week on these cases, for free, because I own my house outright, took my social security at age 66 or so, and (one of the few intelligent financial decisions I ever made) cut up my credit cards a quarter century ago. I have no debt but have lived in a cash basis ever since.

31. I drive a 2016 Honda CRV, from which I hope to get a few more years.

32. Most of my clothes, including all of my suits, were purchased in thrift shops.

33. I am not asking for anyone's pity, as I am still one of the most privileged people ever to have lived on the planet. But every month I survive for a week or ten days with less than $200 cash available.

34. Compare Mark's situation: with a heart too huge for his own safety, he has an employee to compensate, a law practice consisting of contingency whistleblower clients he stays up all night to work for after doing the more emergent free work-- and he has a mortgage.

35. And Mark is averaging ninety hours a week at age 76.

36. Mark's commitment to pro bono support for these students and activists has already exacted an extreme costs -- his gross income from legal work in 2025 was less than $20,000.

37. Mark has given up sleep. I receive emails from him all night long almost every night. Most days when he can, he falls asleep for a few hours in the morning, then the grind resumes. What happened the day he missed court was analogous to a medical emergency. Mark is exhausted, and unexpectedly fell asleep at his desk. We are doing the best we can under very hard circumstances. No disregard or disrespect for the Court or opposing counsel was intended. No negligence was involved. There but for the grace of God.

38. By joining him in representing NSJP, Ramsey Judah and I will provide needed back up and support to assure that the case proceeds smoothly.

39. Ramsey is based in Los Angeles and will also commit to appear personally. I am in New York but can appear virtually and am willing to travel in as needed.

40. Mark asked me to represent him in trying to address this, and I had a telephone conference, a meet-and-confer, with opposing counsel Taxi Wilson.

41. Mr. Wilson was accessible and respectful, but we were unable to reach an agreement on sanctions.

DECLARATION OF JONATHAN WALLACE AND SUPPORTING DOCUMENTS - 7

42. I explained to Mr. Wilson, that we all live very close to the bone, and cash was not available to cover the requested $12,000 in its entirety. I said I thought we could pull together $3,500 within a day or so, and suggested that given the underlying circumstances, it would be a wonderful gesture on counsel's part, much appreciated by us, to accept that amount.

43. This also made sense because I found case law in which approximately that amount was the sanction ordered for missing a court appearance, *Global Med. Group, LLC v New High LTD,* 2023 US Dist LEXIS 106713, at *5 (CD Cal June 20, 2023, No. CV 22-6031 CAS (PVCx)) ($2,750).

44. I note that FRCP 16(f)(2) references "other circumstances [which]  make an award of expenses unjust",  *Frazier v Doosan Infracore Intl.,* 2011 US Dist LEXIS 162343, at *7 (ND Ga Jan. 20, 2011, No. 1:09-CV-0187-TCB-JFK)  ("[T]he health probe experienced by Plaintiff's attorney and the illness and death of her mother during the litigation of this case constitute circumstances which 'make an award of expenses unjust'").

45. Mark missed the conference because he was physically overwhelmed by the demands of the work, not because of any negligence or bad faith: "[w]hile a finding of bad faith is not a requirement for imposing sanctions, good or bad  faith may be a consideration in determining whether imposition of sanctions would be unjust." *Hyde & Drath v. Baker,* 24 F.3d 1162, 1171 (9th Cir. 1994).

46. Mr. Wilson conferred with his client and informed me that would not be acceptable.

47. I then spoke with Mark and, very concerned about the fees-on-fees rule in California, I re-contacted Mr. Wilson with another offer, to pay the entire $12,000 demanded by putting up as a down payment the amount I originally offered, and working out some kind of payment plan for the balance.

48. There is no one in our group who has the resources to pay $12,000 as a lump sum. Neither does our client, a group of endangered college students who are being demonized, threatened and sued almost out of existence.

49. Mr. Wilson again spoke to his client, and then declined, and has proceeded to make this motion, increasing the amount demanded by fifty percent.

50. I would respectfully request that, given all the circumstances, this Court order a sanction not more than $4,000, the amount we can raise in short order.

51. Any larger amount, given our very limited resources, would make it much harder than it already is to show up for these clients who deserve and need representation, and will be even more in jeopardy if we can no longer provide it.

52. We are a fragile group near the boundary of our resources, and since our client is an organization, pro se representation is not available. It is us or a default. "In a time when the need for legal services among the poor is growing and public funding for such services has not kept pace, lawyers' ethical obligation to volunteer their time and skills pro bono publico is manifest", *Parham v Johnson,* 126 F3d 454, 461 (3d Cir 1997) citing *Mallard v. United States District Court*, 490 U.S. 296, 310 (1989).

53. We are very sorry for what happened and have taken steps to see it will not happen again. Let us please not crush Mark Kleiman and the NSJP defense team.

54. "There is an old legend that on one occasion God prayed, and his prayer was 'Be it my will that my justice be ruled by my mercy'." Benjamin N. Cardozo, *The Nature of the Judicial Process* (New Haven: Yale University Press 1949) p. 66

Executed this 11th day of May 2026.                    /s/ Jonathan Wallace
                                                                                Counsel for NSJP

DECLARATION OF JONATHAN WALLACE AND SUPPORTING DOCUMENTS - 9

# Exhibit A

JAMES COMER, KENTUCKY
CHAIRMAN

ONE HUNDRED EIGHTEENTH CONGRESS

JAMIE RASKIN, MARYLAND
RANKING MINORITY MEMBER

# Congress of the United States

## House of Representatives

COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY

2157 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515–6143

MAJORITY    (202) 225–5074
MINORITY    (202) 225–5051

https://oversight.house.gov

May 29, 2024

National Students for Justice in Palestine
c/o Dr. Osama Abuirshaid
Executive Director
American Muslims for Palestine[1]
6404 Seven Corners Pl., Ste. N
Falls Church, VA 22044

Dear Dr. Abuirshaid:

The Committee on Oversight and Accountability is conducting oversight of the funding sources of groups supporting illegal activities across the country, including at institutions of higher education, by individuals spouting pro-Hamas propaganda and engaged in antisemitic harassment and violations of the civil rights of Jewish students.  Since the October 7, 2023, terror attack on Israel by Hamas, antisemitic incidences have skyrocketed in the United States.[2]  At illegal encampments on college campuses, many individuals have championed antisemitic rhetoric calling for the elimination of Jewish people from Israel, employing "From the river to the sea, Palestine will be free" and "Death to Israel" as rallying cries.[3]  The Committee is particularly concerned that organizations promulgating pro-Hamas propaganda and engaging in illegal activities at institutions of higher education might be receiving funding or other support from foreign or domestic sources which support the aims of Hamas[4] or other foreign terrorist organizations.  We therefore seek documents and information from your organization to facilitate oversight into how pro-Hamas propaganda and illegal encampments are being funded.

National Students for Justice in Palestine (National SJP), which is founded and controlled by American Muslims for Palestine (AMP),[5] is one group claiming to "support[] over two hundred Palestine solidarity organizations on college campuses across occupied Turtle Island (U.S. and Canada)."[6]  It has recently released statements, some purportedly signed by various campus chapter organizations, expressing support for the "Popular University for Gaza, a

---

[1] American Muslims for Palestine is the controlling entity of National Students for Justice in Palestine, see *Parizer v. AJP Educational Foundation, Inc.*, No. 1:24-cv-00724 (E.D. Va. 2024).
[2] Gabriella Borter, *US antisemitic incidents hit record high in 2023 amid war in Gaza, report says*, REUTERS (Apr. 16, 2024).
[3] Cathryn J. Prince, *As Columbia anti-Israel encampment endures, Jewish students horrified by 'Judenrein' campus*, THE TIMES OF ISRAEL (Apr. 25, 2024).
[4] *See*, U.S. DEP'T OF STATE, BUREAU OF COUNTERTERRORISM, Designated Foreign Terrorist Organizations, *available at* https://www.state.gov/foreign-terrorist-organizations/.
[5] See *Parizer v. AJP Educational Foundation, Inc.*, No. 1:24-cv-00724 (E.D. Va. 2024).
[6] Nat'l Students for Justice in Palestine, Who Are We?: Our Mission, *available at* https://nationalsjp.org/about.

Dr. Osama Abuirshaid
May 29, 2024
Page 2 of 4

coordinated pressure campaign against university administrations and trustees to immediately divest from the [I]sraeli state"[7] and pledging, "[a]s we across Turtle Island (the so-called [U]nited [S]tates and [C]anada) and around the world establish encampments and popular, liberated spaces on our campuses…" to "completely divest our tuition dollars from—and to cut all institutional ties to—the zionist entity as well as all companies complicit in the colonization of Palestine."[8]  Individuals previously affiliated with Hamas-backed charities are providing the trainings, materials, and financial support to college campus protests.[9]

National SJP's new publication, "The Written Resistance", curiously began in September 2023, mere days before the October 7th terrorist attacks.[10]  This publication hosts various authors, including editorials from the "Editorial Board" of National SJP.  One such editorial from April 2024 positively cites quotes from Mao Tse Tung—an individual directly responsible for the repression and deaths of tens of millions of people[11]—in its efforts to promote the "struggle for liberation against Zionism and US imperialism..."[12]

National SJP founder Dr. Hatem Bazian serves as the Chairman of the National Board of AMP, further solidifying the current relationship between National SJP and AMP.[13]  AMP has substantial ties to Hamas via its financial sponsor, Americans for Justice in Palestine Educational Foundation, Inc. (AJP), a 501(c)(3) non-profit organization.[14]  AJP is currently under investigation by the Virginia Attorney General for violating state charitable solicitation laws and "benefitting or providing support to terrorist organizations."[15]  Reportedly, current AMP board members have been involved in fundraising for Hamas charities.[16]

According to the Anti-Defamation League, AMP is the alter ego of the Islamic Association of Palestine (IAP), once the main propaganda arm for Hamas in the U.S., which was

---

[7] Nat'l Students for Justice in Palestine, National SJP Announces the Popular University for Gaza (Apr. 20, 2024), *available at* https://nationalsjp.org/popular-university-for-gaza.

[8] Nat'l Students for Justice in Palestine, Open Letter from Students for Justice in Palestine to Universities (Apr. 21, 2024), *available at* https://nationalsjp.org/popular-university-for-gaza-open-letter.

[9] *From Ivory Towers to Dark Corners: Investigating the Nexus Between Antisemitism, Tax-Exempt Universities, and Terror Financing: Hearing Before H. Comm. On Ways & Means,* 118th Cong. 5 (Nov. 15, 2023) (statement of Jonathan Schanzer, Senior Vice President for Research, Foundation for the Defense of Democracies).

[10] Nat'l Students for Justice in Palestine, The Written Resistance: Est. 2023, *available at* https://nationalsjp.org/twr.

[11] *See* Ilya Somin, *Remembering the biggest mass murder in the history of the world*, WASH. POST (Aug. 3, 2016).

[12] Nat'l Students for Justice in Palestine, The Written Resistance, Issue 3 (Apr. 2024), *available at* https://drive.google.com/file/d/1F55MYJNSoFgm-NKI7HM4Wch3-iGKHFrS/view.

[13] Dan Diker & Jamie Berk, *Students for Justice in Palestine Unmasked: Terror links, Violence, Bigotry, and Intimidation on US Campuses,* Jerusalem Center for Public Affairs (Jun. 15, 2018); *see also* American Muslims for Palestine, Our Team, *available at* https://www.ampalestine.org/about-amp/our-team.

[14] The Inst. for the Global Study of Global Antisemitism & Policy, *National Students for Justice in Palestine: Antisemitism, Anti-Americanism, Violent Extremism and the Threat to North American Universities,* 4 (May 2024); see also *supra* n. 5.

[15] News Release, Commonwealth of Va. Off. of Attorney Gen., Attorney General's Office Opens Investigation into American Muslims for Palestine Nonprofit (Oct. 31, 2023), *available at* https://www.oag.state.va.us/media-center/news-releases/2630-october-31-2023-attorney-generals-office-opens-investigation-into-american-muslims-for-palestine-nonprofit.

[16] *Supra* n. 9.

Dr. Osama Abuirshaid
May 29, 2024
Page 3 of 4

dissolved in 2004 after being implicated in terror finance.[17]  Several of IAP's employees and officers went on to found AMP as the rebranded material support arm for Hamas.[18]  AMP is also linked to the Holy Land Foundation (HLF), which sent approximately $12.4 million outside the U.S. to support Hamas.[19]  Like IAP, HLF was founded by members of Hamas senior leadership[20] and was shut down due to five of its officers being convicted for terror financing.[21]  Four former employees of HLF now work for AMP, which frequently sponsors events featuring past leaders of HLF and their families.[22]

To assist the Committee's oversight of this matter, please provide the following documents and information, covering the time period January 1, 2023, to the present, as soon as possible but no later than June 12, 2024:

1.  All documents and communications related to National SJP's funding;

2.  All documents and communications related to any National SJP policy, procedure, or standard operating practice to conduct due diligence or otherwise ensure that funding received by National SJP complies with all relevant laws related to terrorist financing;

3.  All documents and communications related to the October 7, 2023, terrorist attack by Hamas, including, but not limited to, documents and communications related to National SJP's public facing responses to the October 7, 2023, terrorist attack by Hamas;

4.  All documents and communications related to the promotion by National SJP of illegal activity or activity providing material support to terrorist organizations including, but not limited to, Hamas; and

5.  All documents and communications, regardless of topic, created on or sent between October 6, 2023 – October 8, 2023, inclusive.

To ask any follow-up questions, or arrange for the delivery of responsive documents, please contact Committee on Oversight and Accountability staff at (202) 225-5074.  The Committee on Oversight and Accountability is the principal oversight committee of the U.S. House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  Thank you in advance for your cooperation with this inquiry.

---

[17] Anti-Defamation League, American Muslims for Palestine (Sept. 17, 2014), *available at* https://www.adl.org/resources/profile/american-muslims-palestine.
[18] *Supra* n. 9; *see also supra* n. 5.
[19] *Supra* n. 9.
[20] *Supra* n. 5.
[21] Press Release, U.S. Dep't of Justice, Federal Judge Hands Down Sentences in Holy Land Foundation Case (May 27, 2009), *available at* https://www.justice.gov/opa/pr/federal-judge-hands-downs-sentences-holy-land-foundation-case.
[22] *Supra* n. 9.

Dr. Osama Abuirshaid
May 29, 2024
Page 4 of 4

Sincerely,

James Comer
Chairman
Committee on Oversight and Accountability

cc:     The Honorable Jamie B. Raskin, Ranking Member
        Committee on Oversight and Accountability

# Exhibit B



**COMMENTARY** Middle East

Nov 3, 2023

4 min read

Joel Griffith

### Former Research Fellow, Thomas A. Roe Institute

*Joel was a Research Fellow in the Thomas A. Roe Institute for economic policy studies at The Heritage Foundation.*



A student from Hunter College leads a chant during a pro-Palestinian demonstration at the entrance of their campus on October 12, 2023 in New York.

Michael Nigro/Pacific Press/LightRocket / Getty Images

We use cookies on our website. By using our website, you consent to cookies. Learn More .

GOT IT

Donate

2  It's prudent to deport foreign students here on student visas who are "activist" members of SJP and other pro-Hamas student organizations.

3  Defund SJP, and deport supporters of terror NOW.

When Hamas terrorists invaded Israel and slaughtered more than 1,300 men, women and children dead, Students for Justice in Palestine promptly organized rallies across U.S. college campuses, heralding the murderers as "liberation fighters" showing the "creativity necessary" to accomplish their mission.

But on this so-called "Day of Resistance," the SJP went far beyond just celebrating the odious massacre dubbed Operation Al-Aqsa Flood. In the official information "toolkit" issued to coordinate these rallies, the SJP proclaimed: "Palestinian students in exile are PART of this movement, not in solidarity with this movement."

In response to this overt admission of being "PART of" this Hamas movement to eradicate the Jewish state of Israel, Gov. Ron DeSantis (R-FL) instructed the Florida public university system to deactivate campus chapters of National Students for Justice in Palestine. The governor also demanded deportation of Hamas-supporting students.

Both the governor's order and his demand are prudent, lawful and constitutional.

In ordering the deactivation of SJP chapters, DeSantis cited Florida state law making it a felony to "knowingly provide material support ... to a designated foreign

We use cookies on our website. By using our website, you consent to cookies. Learn More .



Donate

"PART of this movement." The governor seeks to enforce existing state law.

>>> BLM and Palestinian Groups Are Cut From the Same Radical Cloth

Make no mistake. Withholding material support (as defined by the Immigration and Nationality Act) for an entity claiming to be part of the Hamas' Operation Al-Aqsa Flood terror campaign does NOT suppress free-speech rights. Individual students remain free to espouse their Jew hatred and to applaud both the means and aims of Hamas—vile though they are.

However, universities must cease providing SJP access to university facilities, storage units, student government funding, catering services, participation in student fairs, space to hang flyers, and access to staff and leadership training. It is appalling that university resources across other parts of the nation continue to freely flow to SJP.

Ongoing funding of SJP also violates civil rights law. Jewish students must be accorded the same civil rights protection as every other racial and ethnic group— no more, no more less. University-sponsored or enabled discrimination—including toleration of antisemitic (including anti-Zionist) behavior that goes beyond the bounds of free speech—must stop.

Hate speech is protected by the First Amendment. But when antisemitic activity breaches these bounds, universities must comply with their obligations under the Civil Rights Act. Sadly, many universities fail to prevent or respond properly to non-constitutionally protected antisemitic activity.

For years, SJP members have engaged in unlawful practices, including a prolonged interruption in 2019 of a Vassar College event focused on the indigenous Jews of the Middle East—lambasting the audience with chants of "from the river to the sea"—the Hamas call for the genocide of Jews living in the Jewish homeland between the Jordan River and Mediterranean Sea.

In addition to defunding SJP chapters, it's prudent to deport foreign students here

We use cookies on our website. By using our website, you consent to cookies. Learn More .



Donate

Israel's existence.

>>> Colleges Caught Between Hamas-Supporting Students and Wealthy Donors

The Immigration and Nationality Act specifies that "any alien who endorses or espouses terrorist activity or persuades others to endorse or espouse terrorist activity or support a terrorist organization ... is inadmissible." Immigration law also deems inadmissible anyone "whose entry or proposed activities in the Unites States the Secretary of State has reasonable ground to believe would have potentially serious and adverse foreign policy consequences for the United States."

Some mistakenly rely on a 1945 Supreme Court case—Bridges v. Wixon—to argue the Constitution prohibits deportation on such grounds. At the time, the law required deportation of those affiliated with the Communist Party. The majority opinion overtly refrained from ruling on the constitutionality of deportation based on Communist Party affiliation.

Instead, the majority held the deportation unlawful because of a "misconstruction of the term of [Communist Party] affiliation" and an "unfair hearing" related to Harry Bridges' membership in the Communist Party. So, no, this case does not provide a legal argument for permitting Hamas celebrants to remain in the United States.

We lawfully CAN deport Hamas supporters. As a matter of prudent public policy, such deportations must become reality.

As for Hamas-supporting student organizations: No more free pizza, meeting spaces and marketing courtesy of decent, hard-working taxpayers. Defund SJP, and deport supporters of terror NOW.

*This piece originally appeared in MSN*

We use cookies on our website. By using our website, you consent to cookies. Learn More .





# Heritage Offers





## Activate Your 2026 Membership

By activating your membership you'll become part of a committed group of fellow patriots who stand for America's Founding principles.

## The Heritage Guide To The Constitution, 3rd Edition

Receive a clause-by-clause analysis of the Constitution with input from more than 100 scholars and legal experts.

We use cookies on our website. By using our website, you consent to cookies. Learn More .

**PROOF OF SERVICE**
**(1013A, 2015.5 C.C.P.)**

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and not a party to the within entitled action; my business address is 1026 W Foothill Blvd, Upland, CA 91786.

On **May 11, 2026**, I served the foregoing DECLARATION OF JONATHAN WALLACE AND SUPPORTING DOCUMENTS on the interested parties in this action:

William J. Brown, Jr. (SBN 192950)
Kyle J. Berry (SBN 355393)
bill@brownwegner.com
kberry@brownwegner.com

Richard A. Rosen (pro hac vice)
Omer Wiczyk (pro hac vice)
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

Mark Kleiman
mark@krlaw.us

Jonathan Wallace
jonathan.wallace80@gmail.com

Thomas R. McCarthy (pro hac vice)
Zachary P. Grouev (pro hac vice)
Julius Kairey (pro hac vice)
tom@consovoymccarthy.com
zach@consovoymccarthy.com
julius@consovoymccarthy.com
twilson@consovoymccarthy.com

Dan Stormer
Rebecca Brown
dstormer@hadsellstormer.com
rbrown@hadsellstormer.com

By Mail [   ]

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Whittier, California.

By Personal Service [   ]

I caused such envelope to be delivered by hand to the office of the addressee(s).

By Email [ X ]

I caused such envelope to be delivered by electronic service to the office of the addressee(s).

By Facsimile [   ]

I caused such document to be transmitted via facsimile to the above-referenced telephone number(s).

State Service [ X ]

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Federal Service [   ]

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Ramsey Judah, Attorney

DECLARATION OF JONATHAN WALLACE AND SUPPORTING DOCUMENTS