## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-03714-MCS-AJR | Date | May 14, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | C/S 5/14/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| William J. Brown, Jr. | Jonathan Wallace (for NSJP) |
| Julius I. Kairey | Ramsey Judah (for NSJP) |
| Omer Wiczyk | Bina Ahmad (for PCC) |
| Evan Gottstein | |
| Avinash Gupta | |

**Proceedings:**     MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE  AND
ORDER SCHEDULING FURTHER INFORMAL DISCOVERY
VIDEOCONFERENCE

On May 14, 2026, the Court held an informal discovery videoconference to discuss various discovery disputes between Plaintiff and Defendant National Students for Justice in Palestine ("NSJP").  Based on the discussion with the parties, the Court directed as follows:

NSJP shall provide initial disclosures to Plaintiffs no later than **May 21, 2026**. NSJP shall provide supplemental <u>and verified</u> responses to Plaintiffs' First Set of Interrogatories no later than **May 25, 2026**.  NSJP shall provide supplemental responses to Plaintiffs' First Set of Requests for Production no later than **May 28, 2026**.  The Court also notes that Plaintiffs have served a second set of Requests for Production and Interrogatories on May 8, 2026.

Plaintiffs shall meet and confer with NSJP regarding any deficiencies in the initial disclosures and supplemental discovery responses and can raise any dispute with the Court at the next informal discovery conference.  The Court schedules a further informal discovery conference by Zoom for **June 5, 2026 at 10:00 a.m.**  The Courtroom Deputy Clerk will email a link to the parties to join the videoconference.  The parties shall provide a joint email update to the Court no later than **June 4, 2026 at noon.**

IT IS SO ORDERED.

<u>00:30</u>

CV-90 (10/08)                    **CIVIL MINUTES - GENERAL**                    Page 1 of 1