## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | Date | June 5, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | C/S 6/05/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| Julius I. Kairey, Esq. | Rebecca Brown, Esq. |
| Omer Wiczyk, Esq. | Jonathan Wallace, Esq. |
| Evan Gottstein, Esq. | Ramsey Judah, Esq. |

**Proceedings:**        MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE

On June 5, 2026, the Court held an informal discovery videoconference to discuss various discovery disputes between Plaintiff and Defendant National Students for Justice in Palestine ("NSJP").  Based on the discussion with the parties, the Court directed as follows:

**First Amendment Redactions:**  The first issue raised by Plaintiffs is that NSJP redacted many of the documents it produced in whole or in part based on the First Amendment.  Mr. Wallace advised that he is currently reviewing all of the redactions on the prior document productions and may be willing to remove some of the redactions after he completes his review.  The Court noted that the scope of First Amendment protections applicable to this case is currently the subject of a motion to compel between Plaintiffs and Peoples City Council ("PCC") with the briefing concluding today.  Therefore, the Court suggested that the parties wait for the ruling on the motion to compel with PCC to see if that ruling provides general guidance which can be applied by NSJP.  The parties agreed to that approach as opposed to filing separate motions to compel now on a duplicative issue.

**Relevance and Proportionality Redactions:**  The second issue raised by Plaintiffs is that NSJP redacted a handful of documents based on relevance and proportionality.  It is hard to tell which redactions are based on relevance and proportionality, but NSJP's privilege log identifies such redactions on the following pages: Joint Submission Appendix, Exh. E (App. 262-63, 265, 268, 271-72).  Mr. Wallace agreed to review those documents identified in the privilege log as containing relevance and proportionality redactions to determine whether NSJP can remove those redactions.  To the extent that NSJP wants to stand on any relevance and proportionality redactions,

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:25-cv-03714-MCS-AJR | Date | June 5, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

NSJP agreed to submit those documents without the redactions to the Court for *in camera* review (via email to AJR_Chambers@cacd.uscourts.gov)  The Court will then rule on the proposed redactions.  Therefore, NSJP shall have until **June 15, 2026** to review the documents that currently have relevance and proportionality redactions and either reproduce them without such redactions, or if NSJP elects to stand on any of the redactions, NSJP shall provide the documents to the Court for *in camera* review by **June 15, 2026.**  The documents submitted must be unredacted, but with the proposed redactions indicated through highlighting or some other method.  The Court will then rule on the proposed redactions.

**WESPAC's Fiscal Sponsorship of NSJP:**  The third issue raised by Plaintiffs is their discovery requests seeking documents and communications related to WESPAC's fiscal sponsorship of NSJP.  NSJP contends that Plaintiffs' discovery is overbroad to the extent that it is not tied to the encampment at UCLA or similar encampments at surrounding schools.  The Court agreed that Plaintiffs' requests should be tailored in some way to the issues in this case by focusing on the encampment at UCLA and surrounding schools during the relevant time frame (e.g., funding earmarked for such encampments).  Plaintiffs agreed to provide a list of the schools that it contends are relevant in the Southern California area and the Court encouraged Plaintiffs to narrow that list as much as possible.  Plaintiffs also agreed to provide a precise time frame for this discovery.  The parties agreed to then meet and confer to see if they could agree on the final scope of discovery related to WESPAC's fiscal support of NSJP.  If the parties are unable to resolve this dispute, they can reach back out to the Court for assistance with any remaining disagreement.

**Whether NSJP Has Possession, Custody, or Control of Documents Held by Local Chapters:**  The fourth issue raised by Plaintiffs is that Plaintiffs contend NSJP has possession, custody, or control over the documents held by the local chapters.  NSJP disagrees and states that the organization was specifically set up to avoid that kind of top-down control.  The Court advised that if Plaintiffs wanted to pursue a ruling on this issue, it would authorize a Rule 30(b)(6) deposition of NSJP on its relationship with and control of local chapters.  The Court also suggested that it may be more efficient to simply subpoena the local chapters, particularly if the number of local chapters is not that high.  Plaintiffs elected to simply serve subpoenas on the local chapters without prejudice to their right to revisit this issue in the future.  Plaintiffs also agreed to provide a list of the

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | Date | June 5, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

local chapters consistent with the fiscal sponsorship issue discussed above and Mr. Wallace agreed to notify those listed chapters of their obligation to preserve documents.

IT IS SO ORDERED.

<u>0:56</u>