Dan Stormer, Esq. [S.B. # 101967]
Bina Ahmad, Esq. [S.B. # 329387]
Rebecca Brown, Esq. [S.B. #336638]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile:  (626) 577-7079
Emails: dstormer@hadsellstormer.com
        bahmad@hadsellstormer.com
        rbrown@hadsellstormer.com

Attorneys for Defendant
PEOPLE'S CITY COUNCIL

[Additional Counsel Cont. on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, RABBI DOVID GUREVICH, NIR HOFTMAN, ELI TSIVES, <br><br>Plaintiffs, <br><br>v. <br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTINE NETWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL, <br><br>Defendants | Case No.: 2:25-cv-03714-MCS-JC <br><br>[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C] <br><br>**JOINT STIPULATION TO SEAL THE DECLARATIONS OF RICCI SERGIENKO (ECF NO.: 173-1 AND ECF NO. 174-2)** <br><br>DISCOVERY MATTER <br><br><u>On Submission</u> <br><br>Magistrate Judge: Hon. A. Joel Richlin |

JT STIP TO SEAL THE DECLS OF RICCI
SERGIENKO (ECF 173-1 & ECF 174-2)

[Additional Counsel Cont. from previous page]

William J. Brown, Jr. (SBN 192950)
bill@brownwegner.com
Kyle J. Berry (SBN 355393)
kberry@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: (949) 705-0080
*Attorneys for Plaintiffs*


Thomas R. McCarthy (VA Bar No. 47154)*
Thomas A. Wilson (DC Bar No. 90019385)*
Julius Kairey (VA Bar No. 101216)*
Zachary P. Grouev (FL Bar No. 10386291)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
tom@consovoymccarthy.com
twilson@consovoymccarthy.com
julius@consovoymccarthy.com
zach@consovoymccarthy.com

Patrick Strawbridge (MA Bar No. 678274)*
CONSOVOY MCCARTHY PLLC
8th Floor South PMB #706
Boston, MA 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)*
Omer Wiczyk (NY Bar No. 4321600)*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
Telephone: (917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

* Admitted pro hac vice
Counsel for Plaintiffs

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant People's City Council and Plaintiffs Matthew Weinberg, Rabbi Dovid Gurevich, Nir Hoftman, Eli Tsives, ("Parties"), by and through their respective counsel, hereby STIPULATE and AGREE as follows:

WHEREAS, Defendant People's City Council filed the Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Defendant People's City Council to Answer Interrogatory No. 7 (ECF No.: 173-1) and Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Production from Defendant People's City Council re: Ten Documents (ECF No.: 174-2), on June 5, 2026;

WHEREAS, Defendant People's City Council inadvertently included confidential material contained in Exhibit Two to both declarations, which is Plaintiff Eli Tsives' Responses and Objections to Defendant People's City Council's Interrogatories (Set One);

WHEREAS, in the evening of June 8, 2026, Plaintiffs' Counsel informed Defendant People's City Council's Counsel that confidential information was contained in the public filings;

WHEREAS, in the morning of June 9, 2026, Defendant People's City Council's Counsel promptly contacted the ECF helpdesk and Judge Scarsi's clerk to inform them of this error and request that public access to these filings be immediately restricted;

WHEREAS, Judge Scarsi's clerk restricted public access to ECF No.: 173-1 and ECF No.: 174-2;

WHEREAS, the Parties agree that good cause exists to seal the Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Defendant People's City Council to Answer Interrogatory No. 7 (ECF No.: 173-1) and Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Production from Defendant People's City Council re: Ten Documents (ECF No.: 174-2) and that such sealing will protect privacy interests and will not prejudice any party;

WHEREAS, Defendant People's City Council intends to file corrected versions of the Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Defendant People's City Council to Answer Interrogatory No. 7 (ECF No.: 173-1) and Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Production from Defendant People's City Council re: Ten Documents (ECF No.: 174-2) which will only contain the relevant excerpt of Plaintiff Eli Tsives' Responses and Objections to Defendant People's City Council's Interrogatories (Set One), which is Exhibit Two to both declarations and which will not contain any confidential information.

## **STIPULATION**

WHEREFORE, IT IS HEREBY STIPULATED by and among the Parties and their attorneys of record that:

The Court seal the Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Defendant People's City Council to Answer Interrogatory No. 7 (ECF No.: 173-1) and Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Production from Defendant People's City Council re: Ten Documents (ECF No.: 174-2).

Dated: June 9, 2026          Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP
By:  /s/ - Rebecca Brown
          Rebecca Brown
Attorney for Defendant People's City Council

Dated: June 9, 2026          Respectfully Submitted,

CONSOVOY MCCARTHY PLLC
By:  /s/ - Julius Kairey
          Julius Kairey
Attorneys for Plaintiffs

JT STIP TO SEAL THE DECLS OF RICCI
SERGIENKO (ECF 173-1 & ECF 174-2)

2