# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MATTHEW WEINBERG,
RABBI DOVID GUREVICH,
NIR HOFTMAN,
ELI TSIVES,

Plaintiffs,

v.

NATIONAL STUDENTS FOR JUSTICE IN
PALESTINE, JOHN DOE #1, PRESIDENT
OF THE UCLA CHAPTER OF SJP, AJP
EDUCATIONAL FOUNDATION, INC.,
D/B/A AMERICAN MUSLIMS FOR
PALESTINE, OSAMA ABURSHAID,
HATEM AL-BAZIAN, FACULTY FOR
JUSTICE IN PALESTINE NETWORK,
UC DIVEST COALITION, WESPAC
FOUNDATION, PEOPLE'S CITY
COUNCIL,

Defendants

Case No.: 2:25-cv-03714-MCS-JC

[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C]

~~PROPOSED ORDER~~ **GRANTING JOINT STIPULATION TO SEAL THE DECLARATIONS OF RICCI SERGIENKO (ECF NO.: 173-1 AND ECF NO. 174-2)**

DISCOVERY MATTER

On Submission

Magistrate Judge:
Hon. A. Joel Richlin

---

JT STIP TO SEAL THE DECLS OF RICCI
SERGIENKO (ECF 173-1 & ECF 174-2)

## [PROPOSED] ORDER

The Court, having considered the Parties' Joint Stipulation to seal the Declarations of Ricci Sergienko and good cause appearing,

IT IS HEREBY ORDERED THAT:

The Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Defendant People's City Council to Answer Interrogatory No. 7 (ECF No.: 173-1) and Declaration of Ricci Sergienko in support of Defendant People's City Council's Opposition to Plaintiffs' Motion to Compel Production from Defendant People's City Council re: Ten Documents (ECF No.: 174-2) are sealed.

**IT IS SO ORDERED.**

Dated: June 11, 2026 _____

_____

The Honorable A. Joel Richlin
United States Magistrate Judge

JT STIP TO SEAL THE DECLS OF RICCI
SERGIENKO (ECF 173-1 & ECF 174-2)

1