# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW WEINBERG, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25−cv−03714−MCS−AJR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __6/15/2026__

Document No.:   __180__

Title of Document:   __NOTICE OF MOTION AND MOTION to Dismiss Case filed by Defendant Faculty for Justice in Palestine Network.__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1−1 no notice of interested parties.

Other:

**Note:**   **In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: __June 16, 2026__          By:  _/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov_
                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS