# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MATTHEW WEINBERG, et al. <br><br> Plaintiff(s), <br><br> v. <br><br> NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:25−cv−03714−MCS−AJR <br><br><br> **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 6/15/2026 | 180 | MOTION to Dismiss Case filed by Defendant Faculty for Justice in Palestine Network. |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: June 16, 2026

/s/ *Mark C. Scarsi*
United States District Judge

G–112B (07/24)    **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**