# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-03714-MCS-AJR | Date | June 22, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| Ashley Silva-Elder | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| None | None |

**Proceedings (In Chambers):** **ORDER DIRECTING NSJP TO FILE STATUS UPDATE REGARDING REDACTIONS BASED ON RELEVANCE AND PROPORTIONALITY**

On June 5, 2026, the Court held an informal discovery videoconference to discuss various discovery disputes between Plaintiff and Defendant National Students for Justice in Palestine ("NSJP"). (Dkt. 172.) One of the disputes was NSJP's use of redactions on its document production supported based on relevance and proportionality objections. (Id. at 1-2.) It is hard to tell which redactions are based on relevance and proportionality, but NSJP's privilege log identifies such redactions on the following pages: June 5, 2026 Informal Discovery Conference Joint Submission Appendix, Exh. E (App. 262-63, 265, 268, 271-72). (Id. at 1.) Mr. Wallace agreed to review those documents identified in the privilege log as containing relevance and proportionality redactions to determine whether NSJP could remove those redactions. (Id.) To the extent NSJP wants to stand on any relevance and proportionality redactions, NSJP agreed to submit those documents without the redactions to the Court for *in camera* review (via email to AJR_Chambers@cacd.uscourts.gov). (Id. at 2.)

On June 11, 2026, Mr. Wallace provided the full document production both with and without redactions for *in camera* review. However, Mr. Wallace also indicated that he was reviewing the entire document production and meeting and conferring with Plaintiffs' counsel to consider removing the redactions. Accordingly, the Court directs NSJP to file a status update no later than **June 26, 2026** advising as to the status of any meet and confer efforts as well as any review of the prior document production. The Court advises NSJP that in the absence of additional information, the Court intends to overrule NSJP's redactions based on relevance and proportionality because it is not clear from the documents provided which redactions are based on relevance and proportionality. NSJP

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | Date | June 22, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

has the burden of supporting its redactions and NSJP has not supported the relevance and proportionality redactions based on what was submitted.

If NSJP wants the Court to consider any specific redaction based on relevance or proportionality, NSJP will need to specifically identify or describe the text that is redacted on this basis and the reason why this text is not relevant or proportional to the needs of the case.  This information must be included in NSJP's status update that must be filed on the docket.

IT IS SO ORDERED.

CV-90 (10/08)                                   **CIVIL MINUTES - GENERAL**                                   Page 2 of 2