**Jonathan Wallace, Esq.**
**PO #728**
**Amagansett, New York 11930**
**917-359-6234**
**jonathan.wallace80@gmail.com**

May 30, 2026

Magistrate Judge A. Joel Richlin
U.S. District Court
Central District of California

*Via e-filing*

Re:  Re: Weinberg, et al., v. National Students for Justice in Palestine, et al., No. 2:25-cv-3714-MCS-AJR (C.D. Cal.)

Your Honor:

By order dated June 22, this Court directed me to provide an update as to Defendant NSJP's position on certain redacted documents submitted *in camera.*

We are withdrawing the redacted production and, as we have advised Plaintiff's counsel, will produce these documents again. Though we are still working out the details, we will adopt a methodology for redaction that will be confined to some proper names and privileged matter, and will discuss this approach in meet-and-confer conferences with plaintiffs' counsel. Under the circumstances, since we will not be advocating for the redactions submitted *in camera,* we do not see a need for any further review or discussion.

Please let me know if I can provide the Court with any further information.

t                         Sincerely,

/s/ Jonathan Wallace

*I have no help to send, therefore I must go myself*