**Jonathan Wallace, Esq.**
**PO #728**
**Amagansett, New York 11930**
**917-359-6234**
**jonathan.wallace80@gmail.com**

May 30, 2026

Magistrate Judge A. Joel Richlin
U.S. District Court
Central District of California

*Via e-filing*

Re:  Re: Weinberg, et al., v. National Students for Justice in Palestine, et al., No.
2:25-cv-3714-MCS-AJR (C.D. Cal.)

Your Honor:

I am writing in response to Plaintiffs' counsel letter requesting an Informal Discovery Conference. Defendant consents to the conference, and in fact it was our suggestion.

On Tuesday June 23, counsel held a meet-and-confer at my request. I told them that I had experienced a significant set-back, in that Everlaw, an e-discovery company, just when I was ready to sign a contract, had stopped returning my messages and phone calls just more than a week before. I had expected to be up and running on the platform, and now I was dealing with the same shortfalls and resources problems as before. I told them I would be in good faith shortly produce some manually reviewed documents. Within a day or so after, I produced nineteen documents, although counsel was unable to access three of these, a problem we are fixing. I continue to seek solutions that will allow me to improve the speed of production, and look forward to discussing them at a conference.

I expressed a concern that they, and possibly counsel for the plaintiffs in the joined cases of *U.S.* and *Radice v. Harara* in Northern District, were the only ones who knew I was speaking to Everlaw. I stated that I did not think anyone on the call had committed any impropriety. I said it was possible that Everlaw had simply done a Google search on me and backed away because of my defense of controversial clients. However, I also asked them to think about any security issues that might have arisen within their own extended team and client group, and who else might have known I was dealing with Everlaw. This was a perfectly appropriate concern. I have already had a court reporting firm, one of two in a rural New York town, cancel a deposition at the last moment. I made no accusations, but just asked them to think if anyone on their extended team might have contacted Everlaw. At least one of the plaintiffs, and the Brandeis Center which is on the litigation team, have apparently expressed support of "doxing" as a strategy to be employed against people like my clients.

I then explained that I hoped to speak with you, Your Honor, at an Informal Discovery Conference, about whether I need to disclose the entire membership of the current Steering Committee of NSJP to

*I have no help to send, therefore I must go myself*

them. They had made an informal request (not yet embodied in an interrogatory or other formal discovery request). I said that I had security concerns in so doing. I reiterated that only one of the current members was on Steering during the UCLA encampment, and that I would disclose her name. I had previously disclosed the name of a second member, who had signed the certification of the revised interrogatory responses. I suggested they depose these two individuals and that we defer discussion of whether they needed the entire list of names until afterwards. I pointed out there were also Rule 26 proportionality and resources issues involved if they seek to subpoena or depose all the members of current Steering (they have already proceeded to subpoena all the individuals who were members during the UCLA events, whom we did disclose).

Overall, my impression was of a cordial conversation, during which counsel listened carefully and we all agreed to seek a conference with your Honor. I was therefore surprised by the adversarial tone of the draft joint letter, which I had expected to be a very short mutual request for a conference. I continue to think that counsel is missing the point of the meet-and-confer process, to resolve issues, rather than to spin them up to support motion practice.

I look forward to discussing status and asking Your Honor's guidance on outstanding issues.

Sincerely,

/s/ Jonathan Wallace

*I have no help to send, therefore I must go myself*