# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | Date | June 29, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
|---|---|

| Ashley Silva-Elder | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
|---|---|
| None | None |

| Proceedings (In Chambers): | ORDER OVERRULING NSJP'S REDACTIONS BASED ON RELEVANCE AND PROPORTIONALITY, AND SETTING DEADLINE TO COMPLETE RE-PRODUCTION OF DOCUMENTS |
|---|---|

On June 5, 2026, the Court held an informal discovery videoconference to discuss various discovery disputes between Plaintiff and Defendant National Students for Justice in Palestine ("NSJP"). (Dkt. 172.) One of the disputes was NSJP's use of redactions on its document production based on relevance and proportionality objections. (Id. at 1-2.) It was hard to tell which redactions were based on relevance and proportionality, but NSJP's privilege log identified several such redactions. (Id. at 1.) Mr. Wallace agreed to review those documents identified in the privilege log as containing relevance and proportionality redactions to determine whether NSJP could remove those redactions. (Id.) To the extent NSJP wanted to stand on any relevance and proportionality redactions, NSJP agreed to submit those documents without the redactions to the Court for *in camera* review. (Id. at 2.)

On June 11, 2026, Mr. Wallace provided the full document production both with and without redactions for *in camera* review. (Dkt. 184 at 1.) However, Mr. Wallace also indicated that he was reviewing the entire document production and meeting and conferring with Plaintiffs' counsel to consider removing the redactions. (Id.) Accordingly, the Court directed NSJP to file a status update advising as to the status of any meet and confer efforts as well as any review of the prior document production. (Id.) The Court advised NSJP that in the absence of additional information, the Court intended to overrule NSJP's redactions based on relevance and proportionality because it was not clear from the documents provided which redactions were based on relevance and proportionality. (Id.) The Court reminded NSJP that it had the burden of supporting its redactions and NSJP had not supported the relevance and proportionality redactions based on what was submitted. (Id. at 1-2.)

CV-90 (10/08) | **CIVIL MINUTES - GENERAL** | Page 1 of 2

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | Date | June 29, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

On June 25, 2026, NSJP filed a status update advising that it was withdrawing the prior redacted production and would reproduce the documents with more limited redactions based on "some proper names and privileged matter." (Dkt. 186.) NSJP advised that its counsel, Mr. Wallace, would discuss this approach in meet-and-confer conferences with Plaintiffs' counsel. (Id.)

Accordingly, the Court concludes that NSJP has both withdrawn and failed to support its prior redactions based on relevance and proportionality. Those bases for redacting its prior document production are therefore OVERRULED and shall not be reasserted in the forthcoming re-production of the same documents. The Court also sets a deadline for NSJP to complete its re-production of the same documents with more limited redactions of **July 13, 2026**. By this date, the NSJP shall complete its production of these documents with a privilege log supporting any redactions or withheld documents.

IT IS SO ORDERED.