## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:25-cv-03714-MCS-AJR | Date | July 6, 2026 |
| --- | --- | --- | --- |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |
| --- | --- |

| Ashley Silva-Elder | C/S 7/06/2026 |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| --- | --- |
| Julius I. Kairey, Esq.<br>William J. Brown, Jr., Esq.<br>Evan Gottstein, Esq.<br>Thomas A. Wilson, Esq. | Bina Ahmad, Esq.<br>Jonathan Wallace, Esq. |

**Proceedings:**      MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE

On July 6, 2026, the Court held an informal discovery videoconference to discuss various discovery disputes between Plaintiff and Defendant National Students for Justice in Palestine ("NSJP"), as well as Plaintiff and Faculty for Justice in Palestine Network ("FJPN").

As to the disputes with NSJP, counsel advised that he now has a license to Everlaw as well as a paralegal who can assist with the review and production of documents. The Court directed NSJP to make a substantial production no later than **July 20, 2026**, as well as provide an update on the status of completing the production to Plaintiff on this date. The Court expects NSJP to provide an overview of progress on completing the document production as well as a firm date **within the month of July** to complete all document production for which responses are currently due. The Court also directed NSJP to provide responses to Plaintiff's Interrogatory Nos. 12 and 13, as well as Request for Production Nos. 41-69 no later than **July 13, 2026**.

As to the disputes with FJPN, the Court directed FJPN to provide responses to Plaintiff's Interrogatory Nos. 1-11, as well as Request for Production Nos. 1-37 no later than **July 20, 2026**.

IT IS SO ORDERED.

0:34