William J. Brown, Jr. (SBN 192950)
bill@brownwegner.com
Evan Mark Simon (SBN 246455)
esimon@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matthew Weinberg, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>National Students for Justice in Palestine, *et al.*,<br><br>    *Defendants.* | **Case No. 2:25-cv-03714-MCS-AJR**<br><br>**STIPULATION TO CONTINUE TRIAL DATES AND RELATED DEADLINES**<br><br>Honorable Mark C. Scarsi<br>Magistrate Judge A. Joel Richlin<br><br>Complaint Filed: April 25, 2025<br>Current Trial Date: Feb. 16, 2027<br>Proposed Trial Date: July 20, 2027 |

**STIPULATION
TO CONTINUE TRIAL DATES
AND RELATED DEADLINES**

[Additional Counsel Cont. from previous page]
Thomas R. McCarthy (VA Bar No. 47154)*
Thomas A. Wilson (DC Bar No. 90019385)*
Julius Kairey (VA Bar No. 101216)*
Zachary P. Grouev (FL Bar No. 1038629)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
tom@consovoymccarthy.com
twilson@consovoymccarthy.com
julius@consovoymccarthy.com
zach@consovoymccarthy.com

Patrick Strawbridge (MA Bar No. 678274)*
CONSOVOY MCCARTHY PLLC
8th Floor South PMB #706
Boston, MA 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)*
Omer Wiczyk (NY Bar No. 4321600)*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
Telephone: (917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

* Admitted pro hac vice

*Attorneys for Plaintiffs*

**STIPULATION**                                   ii
 **TO CONTINUE TRIAL DATES**
  **AND RELATED DEADLINES**

Mark Kleiman
KLEIMAN / RAJARAM
12121 Wilshire Boulevard, #810
Los Angeles, CA 90025
Phone: 310-392-5455
Email: mark@krlaw.us

*Attorney for Defendant National Students for Justice in Palestine*

Dan Stormer
Rebecca Brown
Bina Ahmad
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Phone: 626-585-9600
Emails: dstormer@hadsellstormer.com
rbrown@hadsellstormer.com
bahmad@hadsellstormer.com

*Attorneys for Defendant People's City Council*

Ramsey Judah
JUDAH LAW GROUP, LLC
1026 Foothall Boulevard
Upland, CA 91786
Phone: 626-899-7667
Email: ramsey@judahlawgroup.com

Jonathan Wallace
PO Box #728
Amagansett, NY 11930
Phone: 917-359-6234
Email: jonathan.wallace80@gmail.com

*Attorneys for Defendant Faculty for Justice in Palestine Network*

**STIPULATION
TO CONTINUE TRIAL DATES
AND RELATED DEADLINES**                                        ii

## TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between Plaintiffs Matthew Weinberg, Eli Tsives, Nir Hoftman, and Dovid Gurevich ("Plaintiffs") and Defendants National Students for Justice in Palestine ("NSJP"), Faculty for Justice in Palestine Network ("FJPN"), and People's City Council ("PCC") (collectively, "Defendants," and, when referred to in conjunction with Plaintiffs, the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, this is the Parties' first request to continue trial or any other case-management deadlines;

WHEREAS, Plaintiffs contemporaneously submit a declaration describing their efforts to conduct discovery in support of this Joint Stipulation;

WHEREAS, Plaintiffs filed their Complaint on April 25, 2025, Dkt. 1, and filed their First Amended Complaint on September 26, 2025, Dkt. 54;

WHEREAS, Defendants NSJP and PCC moved to dismiss Plaintiffs' claims on October 29, 2025, Dkts. 62-74, and ultimately answered Plaintiffs' Complaint on February 17, 2026, Dkts. 117-18;

WHEREAS, Defendant FJPN appeared in the case on April 22, 2026, and moved to dismiss on June 15, Dkt. 180, and then filed an answer to Plaintiffs' Complaint on July 6, Dkt. 192;

WHEREAS, on February 25, 2026, the Plaintiffs, NSJP, and PCC filed with the Court their Joint Rule 26(f) Report, and proposed a schedule based on the then-foreseeable needs of the case, Dkt. 120;

WHEREAS, the Court approved the proposed schedule and set the jury trial for this case for February 16, 2027;

WHEREAS, Final Pretrial Conference is set for February 1, 2027;

**STIPULATION TO CONTINUE TRIAL DATES AND RELATED DEADLINES**

1

WHEREAS, the second round of trial filings is set for January 19, 2027;

WHEREAS, the first round of trial filings is set for January 11, 2027;

WHEREAS, the deadline to complete the settlement conference is November 23, 2026;

WHEREAS, the last date to hear motions is November 9, 2026;

WHEREAS, close of expert discovery is set for November 9, 2026;

WHEREAS, rebuttal expert reports are due by October 19, 2026;

WHEREAS, opening expert reports are due by September 28, 2026;

WHEREAS, close of fact discovery is set for October 5, 2026;

WHEREAS, Plaintiffs have diligently pursued discovery into NSJP since late 2025, serving 85 requests for production and 15 interrogatories on NSJP (Wilson Decl. ¶55);

WHEREAS, Plaintiffs have diligently pursued discovery into FJPN since FJPN entered the case in April 2026, serving 37 requests for production and 11 interrogatories (Wilson Decl. ¶55);

WHEREAS, Plaintiffs have timely responded to nearly 400 discovery requests and produced over 4,000 pages of responsive material (Wilson Decl. ¶54);

WHEREAS, the Parties have continually met and conferred and exchanged letter briefing in extensive and continued efforts to resolve discovery disputes as they have arisen (Wilson Decl. ¶¶15-52);

WHEREAS, in April 2026 counsel entered an appearance for FJPN, and during a May 5 Informal Discovery Conference this counsel stated that he would replace NSJP's counsel for purposes of discovery going forward, and eventually requested that the discovery process effectively restart to allow him to catch up, Dkt. 153; Wilson Decl. ¶¶30-35;

STIPULATION
TO CONTINUE TRIAL DATES
AND RELATED DEADLINES

2

WHEREAS, prior to the replacement of NSJP's counsel in May 2026, NSJP had failed to produce compliant discovery responses, failed to provide its mandatory Rule 26(a) disclosures, and had taken five months to produce roughly 100 pages of overly redacted documents despite having purported to collect nearly 22,000 pages of documents, *see* Dkt. 153; Wilson Decl. ¶¶29-30;

WHEREAS, the Parties have engaged in seven Informal Discovery Conferences in accordance with Magistrate Judge Richlin's procedures since April 2026, with an eighth IDC forthcoming—six of which are between Plaintiffs and NSJP—and have been working closely with the Magistrate Judge to resolve discovery disputes as efficiently as possible when they arise (Wilson Decl. ¶¶25-54);

WHEREAS, over two months ago, Plaintiffs filed a motion to compel regarding a First Amendment privilege issue with significant implications for discovery, and that motion is still pending, *see* Dkt. 166; Wilson Decl. ¶37;

WHEREAS, despite the best efforts of NSJP's and FJPN's current counsel, NSJP and FJPN do not believe they can comply with the current discovery deadline of October 5—particularly in light of the Court's admonition that this is "the date by which all discovery, *including all hearings on any related motions*, must be completed," Dkt. 135 §I.B.1; Wilson Decl. ¶53.a;

WHEREAS, at the time that the Parties submitted their case-management dates in their joint Rule 26(f) Report, the Parties were unaware of FJPN's eventual entry into the case, the difficulties that NSJP would encounter in discovery and document production, the difficulties NSJP's then-counsel would face, or the need for NSJP to obtain new counsel—all of

**STIPULATION TO CONTINUE TRIAL DATES AND RELATED DEADLINES**

3

which has caused discovery to be more time-consuming and delayed than expected (Wilson Decl. ¶16);

WHEREAS, the Parties believe that continuing all dates preceding trial, including Plaintiffs', NSJP's, and FJPN's discovery deadlines inclusive of fact discovery, as well as motions, for approximately 150 days is in the best interests of the Parties and the Court so there is sufficient time to complete discovery and place all Parties in the best position to litigate the case on the merits rather than be forced to resort to evidentiary or issue sanctions;

WHEREAS, the Parties acknowledge that Plaintiffs' trial counsel have another trial scheduled to begin June 28, 2027, and thus request continuing the date of trial for an additional 30 days, or 180 days beyond its current date, to allow Plaintiffs' counsel to fully participate in this matter should it go to trial (Wilson Decl. ¶57);

WHEREAS, the Parties recognize that a roughly 150-day extension for dates preceding trial is significant, but believe it is wholly reasonable because it is almost exactly the same period of time that discovery was ongoing before NSJP restarted its discovery process by substituting counsel, during which period NSJP failed to file compliant discovery responses or produce nearly any documents (Wilson Decl. ¶¶29-30, 34);

WHEREAS, the Parties further believe the approximately 150-day extension is reasonable because FJPN entered the case in April 2026, did not respond to Plaintiffs' discovery requests until ordered to do so on July 6, 2026, and has not yet produced any documents (Wilson Decl. ¶¶48, 55);

WHEREAS, recognizing that these extensions are primarily designed to provide NSJP and FJPN sufficient time to comply with their discovery obligations, the Parties agree that the extensions would not apply to the

**STIPULATION
TO CONTINUE TRIAL DATES
AND RELATED DEADLINES**
4

deadline to complete fact discovery between PCC, PCC's members, and Plaintiffs, which would remain October 5;

WHEREAS, the Parties agree that the present Stipulation, as well as the accompanying declaration of Plaintiffs' counsel in support hereof, are provided and stipulated to solely for the purpose of setting out the timing of events related to the relief requested herein, and that such documents shall be used for no purpose other than the relief requested in the present Stipulation;

WHEREAS, no party will be prejudiced by the proposed continuance in this matter (Wilson Decl. ¶56); and

WHEREAS, due to the foregoing, the Parties believe there is good cause for the requested continuance of trial and all related dates, including fact and expert discovery cutoffs and motion deadlines, for approximately 150 days;

NOW, THEREFORE, IT IS HEREBY STIPULATED, and Counsel for the Parties hereby jointly request and stipulate to continue the trial and all related dates, including fact and expert discovery cutoff and motion deadlines, for approximately 150 days, except that the deadline to complete fact discovery between Plaintiffs, PCC, and PCC's members shall remain October 5, 2026. If the Court has any questions regarding the Parties' Stipulation, the Parties respectfully request that the Court set a brief telephonic status conference regarding the Parties' discovery efforts thus far their plans for discovery moving forward.

**STIPULATION
TO CONTINUE TRIAL DATES
AND RELATED DEADLINES**

5

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to counsel for Defendants, and that I have obtained authorization to affix their counsel's electronic signatures to this document.

DATED: July 29, 2026           BROWN WEGNER LLP
CONSOVOY MCCARTHY PLLC
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW

By: /s/ William Brown
William Brown
Thomas R. McCarthy*
Patrick Strawbridge*
Thomas A. Wilson*
Zachary P. Grouev*
Julius Kairey*
Richard A. Rosen*
Omer Wiczyk*

*Attorneys for Plaintiffs*

DATED: July 29, 2026           LAW OFFICE OF JONATHAN WALLACE
KLEIMAN/RAJARAM

By: /s/ Jonathan Wallace*
Jonathan Wallace
Mark Kleiman

*Attorneys for Defendant National Students for Justice in Palestine and Defendant Faculty for Justice in Palestine Network*

**STIPULATION
TO CONTINUE TRIAL DATES
AND RELATED DEADLINES**      6

DATED: July 29, 2026                    HADSELL STORMER RENICK & DAI LLP


By: /s/ Rebecca Brown
Rebecca Brown
Dan Stormer
Bina Ahmad

*Attorney for Defendant People's City Council*

**STIPULATION TO CONTINUE TRIAL DATES AND RELATED DEADLINES**

7