# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | August 28, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| Nicholas Huynh | C/S 8/28/2026 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| William J. Brown, Jr.<br>Evan J. Gottstein<br>Julius I. Kairey<br>Omer Wiczyk | Jonathan Wallace (for NSJP and FJPN)<br>Bina Ahmad (for PCC)<br>May Mohammad (Paralegal) |

**Proceedings:** MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE AND ORDER SCHEDULING FURTHER INFORMAL DISCOVERY VIDEOCONFERENCE

On August 28, 2026, the Court held an Informal Discovery Conference to discuss discovery disputes between Plaintiffs and Defendant National Students for Justice in Palestine ("NSJP"), as well as Plaintiffs and Defendant Faculty for Justice in Palestine Network ("FJPN"). Based on the discussion with the parties, the Court directed as follows:

**Rule 26(a)(1)(A)(ii) Disclosures Regarding the Sources of Responsive Documents (including Electronically Stored Information ("ESI")):** The Court directs counsel for NSJP and FJPN to promptly confer with his clients and prepare a supplemental disclosure regarding the sources of responsive documents and ESI. Both NSJP and FJPN shall separately serve supplemental disclosures pursuant to Rule 26(a)(1)(A)(ii) no later than **September 4, 2026** which shall contain "a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment." The purpose of this supplemental disclosure is for the parties and the Court to understand the universe and sources of responsive documents and information in the possession, custody, or control of both NSJP and FJPN. NSJP and FJPN shall provide a copy of such disclosures to the Court by email (AJR_Chambers@cacd.uscourts.gov). The Court further directs counsel for NSJP and FJPN to promptly begin collecting all of the sources of responsive documents and information identified in the supplemental disclosures so that

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **2:25-cv-03714-MCS-AJR** | Date | August 28, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

counsel can run search terms on that universe and promptly turn to document review and production.

**Search Terms for Plaintiffs' Requests for Production:** Plaintiffs advised that they previously provided a set of search terms to NSJP and FJPN to cover Plaintiffs' requests for production. However, Plaintiffs also served additional document requests. Therefore, the Court directs Plaintiffs to provide to counsel for NSJP and FJPN updated proposed search terms that are sufficient to cover all outstanding document requests. Plaintiffs shall provide these proposed search terms no later than **September 4, 2026.**

**Collection of Responsive Documents and ESI:** Both NSJP and FJPN shall complete the collection of all sources of responsive documents and ESI so that they can run Plaintiffs' search terms no later than **September 11, 2026**. Both NSJP and FJPN shall run Plaintiffs' proposed search terms on the complete universe of sources of responsive documents and ESI and provide to both Plaintiffs and the Court the total number of responsive documents, both with and without families. This information shall be provided to the Court by email no later than **September 11, 2026**.

**Subpoenas to Steering Committee Members:** The current steering committee members for both NSJP and FJPN are subject to subpoena given that NSJP and FJPN are parties to this action. Additionally, the historical steering committee members from October 2023 through June of 2024 are likely to have relevant information given their role in the organizations during this time period. Therefore, NSJP and FJPN shall either provide to Plaintiffs a list of all such steering committee members with their last known contact information or provide their names and agree to accept service on their behalf (but then may withhold their last known contact information) no later than **September 4, 2026**. Counsel for NSJP and FJPN shall notify the steering committee members that they need to promptly collect responsive documents and ESI and prepare to respond to subpoenas.

**Next Steps:** The Court will schedule a further informal discovery conference by Zoom for the week of September 14, 2026. The Court had initially discussed a further hearing on September 10, 2026, but realizes now that this date would be too soon. The purpose of the next informal discovery conference will be to follow up on these disputes involving Plaintiffs and both NSJP and FJPN. Therefore, the Court will reach out to the parties to schedule a further hearing **the week of September 14, 2026**. The Court intends to use the supplemental Rule 26 disclosures as well as the total number of responsive documents based on running Plaintiffs' search terms to set deadlines for NSJP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | August 28, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

and FJPN to complete document productions. The Court will also revisit the issues related to NSJP's and FJPN's privilege logs, as well as discovery responses.

IT IS SO ORDERED.

| | |
|---|---|
| | 1:05 |
| **Initials of Preparer** | N.H. |