**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW WEINBERG, et al.<br>PLAINTIFF(S)<br>v.<br>NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, et al.<br>DEFENDANT(S). | CASE NUMBER<br>2:25−cv−03714−MCS−AJR<br>**MOTION RE INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge A. Joel Richlin. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedure.

X Hearing Required

X Video Conference

Magistrate Judge: A. Joel Richlin

Date/Time: September 21, 2026 at 10:00 AM

Courtroom:

September 14, 2026
Date

By */s/ Nicholas T Huynh*
Deputy Clerk