BROWN WEGNER LLP
William J. Brown, Jr. (SBN 192950)
bill@brownwegner.com
Evan M. Simon (SBN 246455)
esimon@brownwegner.com
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

[*Additional Attorneys continued on next page*]

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MATTHEW WEINBERG,
RABBI DOVID GUREVICH,
NIR HOFTMAN,
ELI TSIVES,

*Plaintiffs,*

v.

NATIONAL STUDENTS FOR JUSTICE IN PALESTINE,
JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP,
AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE,
OSAMA ABURSHAID,
HATEM AL-BAZIAN,
FACULTY FOR JUSTICE IN PALESTINE NETWORK,
UC DIVEST COALITION,
WESPAC FOUNDATION,
PEOPLE'S CITY COUNCIL,

*Defendants.*

**Case No. 2:25-cv-03714 MCS (AJRx)**

**[DISCOVERY MATTER]**

**DECLARATION OF SERVICE BY ELECTRONIC MAIL**

[*Additional Attorneys for Plaintiffs cont. from previous page*]

Thomas R. McCarthy (DC Bar No. 48965*
Thomas A. Wilson (DC Bar No. 90019385)*
Zachary P. Grouev (FL Bar No. 10386291)*
Julius Kairey (NY Bar No. 5668249)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
twilson@consovoymccarthy.com
zach@consovoymccarthy.com
julius@consovoymccarthy.com

Patrick Strawbridge (MA Bar No. 678274)*
CONSOVOY MCCARTHY PLLC
8th Floor South PMB #706
Boston, MA 02109
(617) 227-0548
patrick@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)*
Omer Wiczyk (NY Bar No. 4321600)*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
(917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

Evan J. Gottstein*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1675 Broadway, 13th Floor
New York, NY 10019
(3323) 278-9232
egottstein@brandeiscenter.com

* *Admitted pro hac vice*

**DECLARATION OF SERVICE BY ELECTRONIC MAIL**

I, Evan J. Gottstein, declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that on September 18, 2026 (at approximately 12:00 a.m. Pacific Daylight Time), I served upon defendants PCC, NSJP, and FJPN, the Declaration of Matthew Weinberg in Support of Request to Appear Remotely for Deposition, dated September 17, 2026 (ECF No. 215), which was filed under seal pursuant to the Court's direction during the September 11, 2026 informal discovery conference, by electronically mailing a copy of same to counsel of record for all Defendants at the e-mail addresses listed below, being the e-mail addresses designated by the respective Defendants' counsel of record for that purpose:

Rebecca Brown
rbrown@hadsellstormer.com
Dan Stormer
dstormer@hadsellstormer.com
Bina Ahmad
bahmad@hadsellstormer.com
*Attorneys for Defendant PCC*

Mark Kleiman
mark@krlaw.us
Ramsey Judah
ramsey@JudahLawGroup.com
*Attorneys for Defendant NSJP*

Jonathan Wallace
jonathan.wallace80@gmail.com
Ramsey Judah
ramsey@JudahLawGroup.com
*Attorneys for Defendant FJPN*

Dated: New York, New York
September 18, 2026

Respectfully submitted,

By: *Evan J. Gottstein* /s/
Evan J. Gottstein
*Staff Litigation Attorney*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1675 Broadway, 13th Fl.
New York, New York 10019
(332) 278-9232 | egottstein@brandeiscenter.com

## CERTIFICATE OF SERVICE

*Weinberg, et al. v. National Students for Justice in Palestine et al.*
No. 2:25-cv-03714 MCS (AJRx), C.D. Cal.

The undersigned hereby certifies that on this date, the foregoing document filed electronically using the Court's CM/ECF System is deemed served on all counsel of record who have appeared in the case in this Court pursuant to the Federal Rules of Civil Procedure through the Court's Notice of Electronic Filing automatically generated by the CM/ECF System, per L.R. 5-3.2.1.

Dated: September 18, 2026

/s/ Evan M. Simon
Evan M. Simon