BRANDEIS CENTER
The Louis D. Brandeis Center for Human Rights Under Law

*owiczyk@brandeiscenter.com*

September 23, 2026

**BY ECF**
Honorable A. Joel Richlin
United States Magistrate Judge
United States District Court
Central District of California
255 East Temple Street, Courtroom 780
Los Angeles, California 90012

Re: *Weinberg, et al. v. National Students for Justice in Palestine, et al.,* 2:25-cv-03714-MCS-AJR

I am an attorney at the Louis D. Brandeis Center for Human Rights Under Law, and this Office represents Plaintiffs in the above-referenced action. Pursuant to the Court's September 21, 2026, Order (ECF No. 218), Plaintiffs respectfully submit this status report setting forth Plaintiffs' proposed search protocol for Defendant People's City Council's Request for Production No. 51(herein "RFP 51"), and the resulting hit counts.

**Background**

PCC's RFP 51 seeks "[a]ll DOCUMENTS and COMMUNICATIONS RELATING TO Palestine, Arabs, or Islam." At the August 21, 2026 Informal Discovery Conference, the Court concluded that the request was overbroad as drafted and directed the parties to attempt to identify a reasonable middle ground tied to the permissible discovery subjects of (1) Plaintiffs' motivation for filing this lawsuit and (2) potential bias by the Plaintiffs. *See* ECF No. 218 at 2.

As described in the parties' August 28, 2026, Joint Status Report, PCC subsequently proposed search terms that generated 24,199 direct-hit documents and 36,111 documents when families were included. *See* ECF No. 204. Plaintiffs explained that those searches remained substantially overbroad and advised that they were developing a more targeted protocol.

Plaintiffs have now developed and tested four revised searches designed to identify communications bearing on the two subjects identified by the Court while eliminating the substantial volume of unrelated material captured by PCC's proposal.

**Proposed Search Terms**

Plaintiffs propose running the following four searches against the collected materials of Plaintiffs Rabbi Dovid Gurevich, Nir Hoftman, and Eli Tsives, for the period September 1, 2023, through the present. In the search syntax below, "w/5," "w/10," and "w/15" are proximity connectors that require the terms on either side of the connector to appear within 5, 10, or 15 words of one another, respectively. The asterisk functions as a way to utilize a truncated filter to capture words beginning with the stated letter sequence. For example, "justif*" captures "justify," "justified," and "justification," while "Palestin*" captures "Palestine" and "Palestinian." Quotation marks require the enclosed words to appear as a phrase, and "OR" permits any one of the listed alternatives.

1. Communications concerning October 7, Hamas, and alleged falsehoods or justification:

("October 7" OR "October 7th" OR "10/7" OR Hamas OR hostage*) w/5 (lie* OR liar OR lying OR fake OR false OR fabricat* OR exaggerat* OR propaganda OR Pallywood OR Palliwood OR "not true" OR justified OR resistance)

2. Communications concerning October 7, Hamas, and expressions of support, justification, resistance, retaliation, or condemnation:

(("October 7" OR "October 7th" OR "10/7" OR "Hamas attack") w/5 (Hamas OR Palestin* OR Arab* OR Muslim* OR Islam*)) w/10 (support* OR sympath* OR justif* OR celebrat* OR defend* OR resist* OR deserv* OR revenge OR retaliat* OR condemn* OR terroris*)

3. Communications connecting a party to this lawsuit, litigation motives, bias, punishment, or targeting:

(PCC OR "People's City Council" OR NSJP OR "National Students for Justice in Palestine" OR SJP OR "Students for Justice in Palestine" OR FJP OR "Faculty for Justice in Palestine") w/15 (lawsuit OR sue OR suing OR litigation OR plaintiff* OR case OR claim* OR motivat* OR bias OR agenda OR punish* OR target*)

4. Communications potentially reflecting bias concerning a party:

(PCC OR "People's City Council" OR NSJP OR "National Students for Justice in Palestine" OR SJP OR "Students for Justice in Palestine" OR FJP OR "Faculty for Justice in Palestine") w/15 (savage* OR animal* OR thug* OR scum OR monster* OR terrorist* OR hate* OR deserv* OR revenge OR violen* OR genocid* OR apartheid OR Nazi* OR fascis* OR criminal* OR evil)

The first two searches target communications concerning the October 7, 2023, attack and the subjects identified by the Court, while requiring close proximity between the relevant concepts. The third search is directed specifically to communications potentially bearing on Plaintiffs' motivation for bringing this action. The fourth search requires both a reference to a party and language potentially reflecting bias, rather than searching broadly for Plaintiffs' political, religious, or cultural views unrelated to any party.

The proximity connectors are important to the narrowing accomplished by Plaintiffs' proposal. Several of PCC's proposed searches captured documents merely because broadly related words appear somewhere with the same document, without requiring a close contextual relationship between the terms. Plaintiffs' searches require the relevant concepts to appear within a reasonable proximity to one another. This substantially reduces the number of "false positives" that will likely be non-responsive and also more closely targets the communications bearing on the subjects identified by the Court.

**Results**

Plaintiffs' e-discovery vendor tested the four revised searches against the collected materials of the three Plaintiffs whose materials remain at issue for the time of September 1, 2023, through the present. The searchable set contained a total of 1,428,185 documents. Plaintiffs' four proposed searches generated 809 direct-hit documents and 1,638 documents when families were included (the latter being the total number of documents that would therefore require review).

The term-level results are:

| Proposed Search | Direct-hit Documents | Documents Including Families | Unique Direct Hits |
|---|---|---|---|
| Search 1 | 349 | 736 | 255 |
| Search 2 | 213 | 422 | 143 |
| Search 3 | 232 | 490 | 135 |
| Search 4 | 230 | 582 | 118 |
| *Combined*: | 809 | 1,638 | - |

Copies of the vendor's hit-count reports are attached as Exhibits A.

Plaintiffs' proposal reduced the family-inclusive population generated by PCC's searches from 36,111 documents to 1,638 documents, while remaining closely tied to the permissible discovery subjects identified by the Court.

Should the Court adopt Plaintiffs' proposed protocol, Plaintiffs will review the resulting population and produce non-privileged documents responsive to the narrowed scope of RFP 51 with any confidentiality designations that may be appropriate.

**Conclusion**

Plaintiffs respectfully request that the Court adopt the four proposed searches above, applied to the collected materials of Rabbi Dovid Gurevich, Nir Hoftman, and Eli Tsives, for the period September 1, 2023 through the present, as the appropriate scope of Plaintiffs' obligations under RFP No. 51. Plaintiffs' proposal provides PCC with discovery directed specifically to litigation motivation and potential bias, while avoiding the disproportionate and largely irrelevant 36,111 document population generated by PCC's broader proposed searches.

Plaintiffs thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s/ *Omer Wiczyk*

Omer Wiczyk
*Senior Counsel*
THE LOUIS D. BRANDEIS
CENTER FOR HUMAN RIGHTS
UNDER LAW
1675 Broadway, 13th Floor
New York, New York 10019
(332) 278-9932
owiczyk@brandeiscenter.com