# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | September 25, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| Nicholas Huynh | C/S 9/25/2026 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| Evan J. Gottstein, Esq.<br>Thomas R. McCarthy, Esq.<br>Zachary P. Grouev, Esq.<br>Evan Simon, Esq. | Jonathan Wallace, Esq. (for NSJP and FJPN) |

**Proceedings:** MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE AND ORDER SETTING FURTHER INFORMAL DISCOVERY VIDEOCONFERENCES

On September 25, 2026, the Court held an Informal Discovery Conference to discuss discovery disputes between Plaintiffs and Defendant National Students for Justice in Palestine ("NSJP"), as well as Defendant Faculty for Justice in Palestine Network ("FJPN"). The Court is working with Plaintiffs and NSJP, as well as FJPN to facilitate discovery responses and document productions by NSJP and FJPN, with the goal of quickly moving toward depositions. NSJP and FJPN have completed an initial collection of responsive documents and electronically stored information and prepared the collection to be searched in a database. Counsel for NSJP and FJPN is also working with the non-party individual current and former members of NSJP and FJPN (the "Subpoena Respondents") to assist them in responding to Plaintiffs' subpoenas.

The focus for this next week is coming up with search terms that NSJP, FJPN, and the Subpoena Respondents can begin running to start reviewing and producing documents. NSJP, FJPN, and the Subpoena Respondents are directed to start somewhere, meaning that they should start with any reasonable set of search terms to get the process started and the parties can always fight about additional searches being run later. But the important thing is for the document review and production process to start and for rolling productions to commence expeditiously. Counsel for NSJP, FJPN, and the Subpoena Respondents should work on preparing his own search terms that he believes adequately respond to the various document requests and subpoenas. Plaintiffs' counsel are also going to work on proposed search terms and will send those to counsel for NSJP, FJPN, and the Subpoena Respondents to consider. Ultimately, the Court wants to see

from NSJP, FJPN, and the Subpoena Respondents a search term hit report that shows the proposed search terms with hit counts showing the number of responsive documents both with and without families. The Court also wants to see a report showing the volume of documents collected from each source identified in the supplemental document disclosures provided by NSJP and FJPN so the Court can get a sense of the volume of total documents by source.

The Court directs counsel for NSJP, FJPN, and the Subpoena Respondents to focus this week on getting in place search terms that can start being run so that review and production can commence. Counsel must also review Plaintiffs' proposal regarding the response deadlines for the Subpoena Respondents and provide a proposal for the Subpoena Respondents to expeditiously review and produce documents. To assist with the ability of NSJP, FJPN, and the Subpoena Respondents in focusing on reviewing and producing documents, the Court is temporarily staying all of their deadlines for responses to written discovery. However, the Court warns NSJP, FJPN, and the Subpoena Respondents that if they do not show substantial progress in moving their document productions forward, the Court will promptly lift the stay.

**No later than 5:00 p.m. on October 1, 2026**, counsel for NSJP, FJPN, and the Subpoena Respondents shall provide a status update by email setting for the following: (1) the status of identifying and running search terms; (2) the status of reviewing and producing responsive documents; and (3) a proposal for the timing of document productions by the Subpoena Respondents. The status update shall include as attachments: (1) a search term hit report that shows the proposed search terms with hit counts showing the number of responsive documents both with and without families; and (2) a report showing the volume of documents collected from each source identified in the supplemental document disclosures provided by NSJP and FJPN.

**Also no later than 5:00 p.m. on October 1, 2026,** Plaintiffs' counsel shall provide a status update by email setting forth the following: (1) a copy of the search terms proposed by Plaintiffs; (2) a list of currently anticipated depositions with a proposal for priority of who to depose and potentially early Rule 30(b)(6) deposition topics (what depositions can be taken now before the completion of document production that would help move the case forward and more efficiently provide information than responding to further written discovery); (3) a list of any written discovery where Plaintiffs need responses now, as well as a short summary of the factual issues (so that we can try to work through the issues by meet and confer as opposed to more cumbersome written discovery responses); and (4) a list of a few exemplar items from NSJP/FJPN's privilege

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | September 25, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

log that Plaintiffs contend are inconsistent with the Court's prior rulings and/or require further guidance from the Court. Plaintiffs shall also attach a copy of the relevant privilege log. The Court intends to discuss the issues with the privilege log at the next informal discovery conference.

**Next Steps:** The Court scheduled further Informal Discovery Conferences by video for Friday October 2, 2026 at 10:30 a.m., Friday October 9, 2026 at 10:30 a.m., and Monday October 19, 2026 at 10:00 a.m. The Courtroom Deputy Clerk will circulate a link to the parties to join the videoconferences.

IT IS SO ORDERED.

| | |
|---|---|
| | 0:51 |
| **Initials of Preparer** | N.H. |