Dan Stormer, Esq. [S.B. # 101967]
Bina Ahmad, Esq. [S.B. # 329387]
Rebecca Brown, Esq. [S.B. #336638]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
bahmad@hadsellstormer.com
rbrown@hadsellstormer.com

Attorneys for Defendant
PEOPLE'S CITY COUNCIL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MATTHEW WEINBERG, RABBI DOVID GUREVICH, NIR HOFTMAN, ELI TSIVES,

Plaintiffs,

v.

NATIONAL STUDENTS FOR JUSTICE IN PALESTINE, JOHN DOE #1, PRESIDENT OF THE UCLA CHAPTER OF SJP, AJP EDUCATIONAL FOUNDATION, INC., D/B/A AMERICAN MUSLIMS FOR PALESTINE, OSAMA ABURSHAID, HATEM AL-BAZIAN, FACULTY FOR JUSTICE IN PALESTINE NEWTWORK, UC DIVEST COALITION, WESPAC FOUNDATION, PEOPLE'S CITY COUNCIL,

Defendants

Case No.: 2:25-cv-03714-MCS-JC

[Assigned to the Honorable Mark C. Scarsi – Courtroom 7C]

**DEFENDANT PEOPLE'S CITY COUNCIL'S OPPOSITION TO PLAINTIFFS' MOTION TO CONTINUE TRIAL DATE AND SUMMARY JUDGMENT DEADLINES**

DATE: October 19, 2026
TIME: 9:00 a.m.
PLACE: Courtroom 7C

Complaint Filed: April 25, 2025
Discovery Cut-Off: October 5, 2026
Motion Cut-Off: December 14, 2026
Trial: April 27, 2027

Defendant People's City Council (PCC) opposes Plaintiff's request to modify the summary judgment briefing deadlines and motion-hearing deadlines. On July 31, 2026, the Court informed the Parties that "No further continuances will be granted absent an extraordinary showing of good cause." Dkt. 197 at 3. Plaintiffs have not made an extraordinary showing of good cause that warrants modifying the summary judgment briefing and hearing schedule. Travel plans for five of Plaintiffs' thirteen attorneys across three law firms is hardly good cause to modify a briefing schedule. It appears that Plaintiffs' attorneys Evan Simon, Julius Kairey, Richard Rosen, Thomas Wilson, William Brown, Michael Belgrade, Mollie Galchus, and Shane Goldstein will all be available during this time, absent Thomas Wilson's observation of Christmas. *See* Dkt. 212 at 3:13-20. Plaintiffs also claim that this modification is necessary to accommodate pre-planned travel of Parties and witnesses, but fail to explain why the travel of the Plaintiffs and witnesses is relevant to the summary judgment briefing schedule or offer any information regarding this travel (such as duration or number of unavailable witnesses).

Regardless of the hearing motion deadline, PCC intends to file and notice a motion for summary judgment to be by January 25, 2027 at the latest.

PCC would be prejudiced by Plaintiffs and their team of thirteen attorneys across three firms having the unfair advantage of a month to oppose their motion for summary judgment. Plaintiffs claim that a month-long opposition period would be fair because both Plaintiffs and Defendants would have an extended period to oppose a motion for summary judgment. However, Plaintiffs stated in the Joint Rule 26 Report that they did not believe that this matter could be resolved on summary judgment, and have given no indication that they intend to affirmatively move for summary. *See* Dkt. 120 at 13:18-20.

Furthermore, Plaintiffs delayed nearly two months since the Court issued the modified scheduling order to request an additional modification. *See* Dkt. 197.

/ / /

/ / /

Dated: September 28, 2026

Respectfully Submitted,

HADSELL STORMER RENICK & DAI LLP

By: /s/ Rebecca Brown
Dan Stormer
Bina Ahmad
Rebecca Brown

Attorneys for Defendant People's City Council