# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | October 9, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| Nicholas Huynh | C/S 10/9/2026 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| Evan J. Gottstein, Esq.<br>Omer Wiczyk, Esq.<br>Thomas A. Wilson, Esq.<br>Zachary P. Grouev, Esq. | Jonathan Wallace, Esq. |

**Proceedings:** MINUTES OF INFORMAL DISCOVERY CONFERENCE

On October 9, 2026, the Court held an Informal Discovery Conference to discuss discovery disputes between Plaintiffs and Defendants National Students for Justice in Palestine ("NSJP") and National Faculty for Justice in Palestine ("NFJP"). In advance of the hearing, NJSP and NFJP submitted a status update by joint email, and Plaintiffs also submitted a status update by joint email. Based on the discussion with the parties, the Court directed as follows:

**Search Terms:** Plaintiffs provided two sets of search terms for each defendant, NSJP and NFJP. NSJP and NFJP ran the search terms and provided search term hit reports. However, there appears to have been a technical error of some kind in running the search terms. Therefore, Mr. Wallace agreed to set up a call with Mr. Grouev and the Everlaw technical support to discuss the search terms and the search term hit reports. The goal is to get this corrected and then have NSJP and NFJP run new search term hit reports for the search terms designed for the time period of September 1, 2023 through December 31, 2024. NSJP and NFJP shall provide these updated search term hit reports in the next status update. The Court's goal will be to use those search term hit reports to finalize the search terms for NSJP and NFJP to run for the time period of September 1, 2023 through December 31, 2024. Once that is moving forward, the Court suggests that NSJP and NFJP explore saving the non-responsive data to a hard drive so that it is no longer hosted and avoids hosting charges. This would hopefully permit NSJP and NFJP enough hosting bandwidth to then load into Everlaw the data from January 1, 2025 to present and ultimately run Plaintiffs' search terms for that time period.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | October 9, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

**Subpoena Respondents:** Mr. Wallace advised that the subpoena respondents had been collecting, reviewing, redacting, and otherwise preparing documents for production in response to Plaintiffs' subpoenas. Mr. Wallace agreed to check in with the respondents on their progress and provide a list of each subpoena respondent with an update on their progress producing responsive documents. The goal is to start getting documents produced by the subpoena respondents as soon as possible. Mr. Wallace also agreed to provide Plaintiffs with a copy of the search terms that the subpoena respondents are currently using to identify responsive documents.

**Depositions:** The parties agreed the Sean Eren will be the 30(b)(6) deponent for NSJP to be deposed on October 26, 2026 at the Brandeis Center in New York. The parties further agreed that Andrew Ross will be the 30(b)(6) deponent for NFJP to be deposed on October 26, 2026 at the Brandeis Center in New York. The topics have already been agreed to in the Court's October 2, 2026 Minute Order. (Dkt. 230.) The Court discussed with the parties some of the issues likely to arise regarding First Amendment privilege and provided guidance. Plaintiffs would like additional guidance around certain lines of questioning where they anticipate objections. Therefore, Mr. Wilson agreed to work with Mr. Wallace to identify some proposed lines of questioning where Plaintiffs anticipate objections and to obtain Mr. Wallace's position and then present an update to the Court that shows the areas of disagreement where guidance is needed.

**Next Steps:** The Court had previously scheduled a further Informal Discovery Conference for October 19, 2026 at 10:00 a.m. Each side shall file their respective status updates no later than **October 16, 2026**.[1] Plaintiffs' update shall identify the proposed lines of questioning for the forthcoming Rule 30(b)(6) depositions where Plaintiffs believe that guidance is needed on the First Amendment privilege objections. The status update for NSJP and NFJP shall include updated search term hit reports, and an update on the status of document productions by the subpoena respondents that includes a list showing the status as to each respondent. The Court also scheduled a further Informal Discovery Conference for **October 29, 2026 at 10:00 a.m. by Zoom**. The Courtroom Deputy Clerk will circulate links to the parties to join this videoconference hearing.

IT IS SO ORDERED.

[1] Because the status updates have become more substantive, the Court directs the parties to file these updates on the docket going forward instead of providing them by joint email.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | October 9, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| | |
|---|---|
| | 0:59 |
| **Initials of Preparer** | NTH |