# Exhibit A

Gmail

Julius Kairey <julius@consovoymccarthy.com>

# Fwd: Everlaw

**Taxi Wilson** <twilson@consovoymccarthy.com> Fri, Oct 16, 2026 at 5:33 PM
To: Julius Kairey <julius@consovoymccarthy.com>

---------- Forwarded message ---------
From: **Zach Grouev** <zach@consovoymccarthy.com>
Date: Wed, Oct 14, 2026 at 1:27 PM
Subject: Re: Everlaw
To: Jonathan Wallace <jonathan.wallace80@gmail.com>
Cc: Law office of Jonathan Wallace-Paralegal <wallace.paralegal@gmail.com>, Taxi Wilson <twilson@consovoymccarthy.com>, William Brown <bill@brownwegner.com>, Omer Wiczyk <owiczyk@brandeiscenter.com>, Evan Gottstein <egottstein@brandeiscenter.com>

Jonathan,

Judge Richlin asked that we work with you to get a sense of what questions we have that you might object to, but said we wouldn't need to produce our entire line of questioning or provide a deposition outline.

If you take a look at my 10:22 AM email this morning, we've flagged the issues on which we expect to ask direct questions and where we expect you might object. For example, on the first bullet, we might ask "What methods of communication did NSJP use to communicate with [redacted] in 2024?" The same goes for any of the groups listed as joining the "Movement Partner Call" on April 26, 2024 as memorialized in GAZA002989-91. The second and third bullets are intended to encompass similar questions regarding any similarly situated groups with which NSJP discussed the listed topics not already covered by the April 26, 2024 "Movement Partner Call." The fourth and fifth bullets are pretty self-explanatory, we will ask who is on NSJP's Advisory Board and what entities make up the "National Alliance for Students."

As I said, we'd hoped to have this discussion today. Given that your calendar was previously clear for 2:00 PM, we had also hoped you would be available then to discuss. But if you are not available until tomorrow at 10:00 AM Eastern, we are glad to meet and confer then, hopefully at the same time we can speak with Everlaw.

Best regards,
Zach

On Wed, Oct 14, 2026 at 12:59 PM Jonathan Wallace <jonathan.wallace80@gmail.com> wrote:

> On the first amendment privilege question, I remember Magistrate Judge Richlin asking you to write something up describing the scope of what you want to ask? If you did and I missed it, please resend, thanks. I suggest we meet and confer tomorrow morning at 10 or 11.
>
> On Wed, Oct 14, 2026, 12:00 PM Zach Grouev <zach@consovoymccarthy.com> wrote:
>
>> Jonathan,
>>
>> Sorry to hear that. Can you please forward us a confirmation email from Everlaw stating they are unavailable today and proposing times to reschedule?
>>
>> As you know, Judge Richlin ordered the parties to provide a status update on the docket by Friday October 16. To ensure we have adequate time to resolve the remaining technical issue, run our complete search terms on your existing ESI database, discuss your potential First Amendment objections to the deposition topics, and prepare status reports for the Court, we hoped to get this call done today. To that end, please advise whether you are still available to discuss the First Amendment issues this afternoon. Relatedly, we look forward to reviewing the search term list that the subpoena recipients are currently using to identify responsive documents that you offered to provide last week at the IDC.
>>
>> Best regards,
>> Zach

On Wed, Oct 14, 2026 at 11:19 AM Jonathan Wallace <jonathan.wallace80@gmail.com> wrote:

Everlaw cancelled. I will be in touch to reschedule.

<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.avast.com_sig-2Demail-3Futm-5Fmedium-3Demail-26utm-5Fsource-3Dlink-26utm-5Fcampaign-3Dsig-2Demail-26utm-5Fcontent-3Dwebmail&d=DwIFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=0zcpMl7iIFj9d2uToK2C4CVuf2pyF7_itiB8f7PhtkI&m=Gnm4L1Do9NbMwFz-_mXV0kKWOs92RgB3VwZYlymCFJcjmLzTqkM2BAh8rK629v08&s=EmA82UDp4hzPZPJGmZlyoIOuOyJ19ueOdj4jO50Bi10&e=>
https://urldefense.proofpoint.com/v2/url?u=http-3A__Virus-2Dfree.www.avast.com&d=DwIFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=0zcpMl7iIFj9d2uToK2C4CVuf2pyF7_itiB8f7PhtkI&m=Gnm4L1Do9NbMwFz-_mXV0kKWOs92RgB3VwZYlymCFJcjmLzTqkM2BAh8rK629v08&s=nGRs3Ii6B_M_DDUgh0o_jsjcQN8SBJVM4IHaREciFbw&e=
<https://urldefense.proofpoint.com/v2/url?u=https-3A__www.avast.com_sig-2Demail-3Futm-5Fmedium-3Demail-26utm-5Fsource-3Dlink-26utm-5Fcampaign-3Dsig-2Demail-26utm-5Fcontent-3Dwebmail&d=DwIFaQ&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=0zcpMl7iIFj9d2uToK2C4CVuf2pyF7_itiB8f7PhtkI&m=Gnm4L1Do9NbMwFz-_mXV0kKWOs92RgB3VwZYlymCFJcjmLzTqkM2BAh8rK629v08&s=EmA82UDp4hzPZPJGmZlyoIOuOyJ19ueOdj4jO50Bi10&e=>
<#DAB4FAD8-2DD7-40BB-A1B8-4E2AA1F9FDF2>

On Wed, Oct 14, 2026 at 10:22 AM Zach Grouev <zach@consovoymccarthy.com> wrote:
>
> Jonathan,
>
> We will be available at 2:00 PM to discuss Everlaw. You can reach me at [redacted]. Please let me know if there is anyone we can email on the Everlaw side so that the technical support representative we speak with has our terms (re-attached below) available.
>
> As to the First Amendment issues, we expect to cover the topics made available to us by Judge Richlin. Although we don't quite understand the scope of your First Amendment objections, we expect to hit the following themes on which there may be some dispute:
>
> NSJP's methods of communication with every "movement partner" that joined the April 26, 2024 "Movement Partner Call" memorialized at GAZA 002989-91.
> The identity of any other organizations not on the April 26, 2024 "Movement Partner Call" with which NSJP discussed the Popular University for Gaza, the Campus Support Coalition, the UCLA encampment, or efforts to reestablish the UCLA encampment.
> NSJP's methods of communication with any such organizations.
> The composition of NSJP's "Advisory Board," which appears to function as part of the organization similar to an informal Board of Directors, as NSJP used that term in GAZA001519 and elsewhere.
> The composition of the "National Alliance for Students," which appears to be an umbrella organization founded by NSJP in May 2024 to support the Popular University for Gaza, as NSJP used that term in GAZA002116 and elsewhere.
>
> We can discuss these themes, and any First Amendment objections you may have, after we finish discussing Everlaw this afternoon.
>
> Best regards,
> Zach
>
>
>
> On Wed, Oct 14, 2026 at 9:35 AM Jonathan Wallace <jonathan.wallace80@gmail.com> wrote:
>>
>> We can talk to Everlaw together at 2 pm. Please confirm your availability and let us know a phone # at which to reach you.
>>
>> On the 1st amendment question, did yiu send me anything to review, and if so could you "bump" it in a reply to this email?
>>
>> On Tue, Oct 13, 2026, 11:08 AM Zach Grouev <zach@consovoymccarthy.com> wrote:
>>>
>>> Thank you Jonathan,
>>>
>>> We look forward to hearing from you tomorrow morning and scheduling the Everlaw support call as soon as possible. If there's an email you and May have been using to communicate with the Everlaw support team, we'd be

glad to circulate our terms to their team in advance of the call to help streamline things.
>>>
>>> Relatedly, could you also let us know when you are available to speak with us about your potential First Amendment objections regarding the 30(b)(6) topics? We'd like to have that conversation as soon as possible as well.
>>>
>>> Best regards,
>>> Zach
>>>
>>>
>>>
>>> On Tue, Oct 13, 2026 at 10:41 AM Jonathan Wallace <jonathan.wallace80@gmail.com> wrote:
>>>>
>>>> May is off today. We will be in youch tomorrow morning to schedule the Everlaw call in the afternoon.
>>>>
>>>> Jonathan Wallace
>>>> I have no help to send, therefore I must go myself