**Jonathan Wallace, Esq.**
**PO #728**
**Amagansett, New York 11930**
**917-359-6234**
**jonathan.wallace80@gmail.com**

October 28, 2026

Magistrate Judge Joel Richlin
United States District Court
Central District, California
By email and efiling

Re: Weinberg v. NSJP– Status Report - Defendant's Responses to Magistrate Richlin's 10.20.26 Order

Your Honor:

Defendants NSJP and NFSJP submit their status report pursuant to Your Honor's minute order dated October 20, 2026.

**Redactions.** We provided Plaintiffs as directed with the unredacted documents Your Honor directed in the October 20 order.

**Subpoenas.** We have also produced documents pursuant to the Sean Eren subpoena and will produce documents for three or four more subpoena recipients by Monday November 2.

We communicated to all subpoena recipients groups Your Honor's direction to finish production by Friday October 30. As I said in the IDC, I do not have control over some of these witnesses, particularly ex-NSJP Steering members, and am simply doing my best to obtain everyone's cooperation. I respectfully suggest that I submit a more detailed status report after completing the November 2 production.

**Depositions.** The 30(b)(6) deposition of Sean Eren was postponed at Plaintiffs' request due to illnesses at Brandeis Center. We are now scheduled for Sean Eren on November 3 and offering to provide

Andrew Ross on November 9.

Plaintiffs have indicated they plan to ask your Honor to take a total of 20 depositions. This would be a severe hardship, as I would feel obligated to defend any steering member or advisory board member who cannot find a lawyer and requests my help. With the two 30(b)(6)'s I believe plaintiff will have conducted 6 depositions. That allows 4 more NSJP witnesses. That is entirely fair and proportional both to our resources and the true size and demands of this case.

**Search Terms.** In communication with Everlaw, we confirmed that the document universe is already deduplicated, so that is not a pathway to reducing the 5,000 relevant documents.

Plaintiffs agreed to disambiguate their search terms so that we could produce the report Your Honor directed showing prevalence of terms which might be driving the numbers up. A copy of this report is being emailed to Your Honor together with a copy of this status report. Although not fully disambiguated, this is our proposal to drive the hits down by removing the following terms (and associated strings):

"*NSJP" (and the associated search string block): yields 1,803 documents*
Searching for the term "NSJP" in NSJPs ESI is simply a way to gather all the organizations' ESI, as opposed to looking for relevant materials related to the claims of the case. Of course, searching the organization name within the organization will yield thousands of results. NSJP created all the documents in their ESI, and therefore doing a search for their name, even in relation to other terms, is not an effective way to get at the material related to the claims of the case. ***Not to mention that NSJP is already mentioned as a search term in 16 of the other search strings.*** Given that is the case, Defendants propose we remove the separate search string for NSJP and will maintain it in the 16 other search strings it exists in already. Any relevant document relating to the claims of the case with nSJP will yield on those results.

"*PYM" (and the associated search string block): yields 1,055 documents*
"*Palestinian Youth Movement" (and the associated search string block): yields 575 documents*
Palestinian Youth Movement (PYM) is a movement organization which is not a party to this case, and we don't believe the documents show any particular connection to UCLA or the encampment.

"*WESPAC" (and the associated search string block): yields 841*
WESPAC is no longer a party to this case, and withdrew their financial support of NSJP after being named in this and several other lawsuits. We also do not see WESPAC as having any significant connection to UCLA. As with PYM, we believe Plaintiffs are conducting a fishing expedition as to WESPAC.

Out of hundreds of terms, removing these four blocks which we believe yield little significant results, and any significant results will be yielded by the other thousands of strings, would minimize the number of documents for Defendants to review from 5,250 to 976 documents, yielding the most relevant results and accomodating Defendant's resources for document review capability.

At the last IDC, Your Honor had begun reviewing the search terms and focusing on particular words and phrases, such as "NSJP", that you thought might produce too many results. The foregoing are our suggestions, but we would be pleased to have Your Honor continue that review if you see fit.

**NFSJP.** We made a production of NFSJP documents today.