# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | October 29, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| Nicholas Huynh | C/S 10/29/2026 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| Evan J. Gottstein, Esq.<br>Omer Wiczyk, Esq.<br>Thomas A. Wilson, Esq.<br>Zachary P. Grouev, Esq. | Jonathan Wallace, Esq. |

**Proceedings:** MINUTES OF INFORMAL DISCOVERY CONFERENCE

On October 29, 2026, the Court held an Informal Discovery Conference to discuss discovery disputes between Plaintiffs and Defendant National Students for Justice in Palestine ("NSJP") and National Faculty for Justice in Palestine ("NFJP"). Based on the discussion with the parties, the Court directed as follows:

**Subpoena Respondents:** Mr. Wallace advised the Court that he advised the subpoena respondents of the Court's deadline to complete their productions in response to the subpoenas no later than October 30, 2026. Mr. Wallace advised that he produced the responsive documents for Sean Eren and is working on producing the documents for three or four more respondents no later than **November 2, 2026**. Mr. Wallace agreed to provide a comprehensive update as to all of the subpoena respondents and the status of their productions no later than **November 4, 2026**.

**Depositions:** The parties agreed to adjust the deposition dates of Sean Eren to November 3 (30(b)(6) for NSJP) and Andrew Ross (30(b)(6) for FJPN) to November 9. Plaintiffs are also working on scheduling the depositions of Mr. Erens in his individual capacity as well as Ms. Zaremba and Mr. Kupsh. Ms. Zaremba and Mr. Kupsh each have their own separate counsel, not Mr. Wallace. The Court encouraged Plaintiffs to move forward with these three depositions as quickly as possible as a way of making progress on discovery while NSJP, FJPN, and the subpoena respondents continue producing documents. Plaintiffs advised that these initial depositions will give them a better sense of the additional depositions they seek over the 10-deposition limit. Therefore, the Court directed Plaintiffs to propose a list of the additional depositions they seek once they know

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | October 29, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

so that the Court can evaluate the appropriateness of the specific deponents and the total number of depositions sought. Plaintiffs can raise this issue at any future informal discovery conference once they are ready.

**Document Productions for NSJP/FJPN and Search Terms:** Mr. Wallace provided updated search term hit results for Plaintiffs' proposed search terms for NSJP to be used on the documents with a date range up to December 31, 2024. The Court appreciates the parties' collective efforts in testing these search terms and honing them to be as efficient as possible. The Court generally concludes that the search terms are reasonable and proportional to the needs of the case, with minor modifications:

- "UC Irvine" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

- "UC Santa Barbara" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

- "UCI" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

- "University of Southern California" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **2:25-cv-03714-MCS-AJR** | Date | October 29, 2026 |
|---|---|---|---|
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

- "USC" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

- "UCLA" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

- "University of California-Los Angeles" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

- "Los Angeles" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

- "Steering" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

- "SoCal" search string: Remove connectors "NSJP," "nationals," and "National Students for Justice in Palestine." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not

sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP" and "nationals" combined with other words.

- "WESPAC" search string: Remove connectors "NSJP," "nationals," "National Students for Justice in Palestine," "Dylan," "Carrie," and "Sean." The fact that some combination of these words appears in the same paragraph in NSJP's own documents is not sufficiently responsive to merit review. This is particularly true because there are separate search strings that focus on "NSJP, "nationals, "Dylan," "Carrie," and "Sean" combined with other words. Also change the connector "escalat*" to "escalatory." Plaintiffs advised that what they are really searching for are references to "escalatory" chapters and therefore this change removes false hits from the words "escalate," "escalated," "escalation," and "escalating."

The Court directs Plaintiffs to modify the search terms as set forth above and provide them to Mr. Wallace to run on the NSJP documents up to December 31, 2024. The Court directs NSJP to promptly run and begin reviewing and producing responsive documents using the modified search terms with a document production completion deadline of **November 20, 2026**. The Court directs Mr. Wallace to provide a search term hit report for the modified search terms, as well as a status update on the progress with review and production on **November 9, 2026**, included in the status update prior to the next informal discovery conference.

Mr. Wallace further agreed to provide an update on the status of the FJPN document production no later than **November 2, 2026**. Specifically, the Court and Plaintiffs want to know the following: (1) confirmation that Mr. Wallace reviewed the search term hits from the search terms proposed by Plaintiffs and agreed to by Mr. Wallace (there were 211 search term hits); (2) whether FJPN has completed its production (as to the time period up to December 31, 2024); and (3) if not, when FJPN's production will be complete. Mr. Wallace also agreed to complete the production of documents for Mr. Ross no later than **November 6, 2026.**

Finally, now that the search terms have been finalized for both NSJP and NFJP, the Court directs Mr. Wallace to work with Everlaw on removing non-responsive data from Everlaw (while preserving the data somewhere else) and loading data for the data range of January 1, 2025 to the present. The goal is to ultimately run search terms on these additional data sets. Mr. Wallace shall provide an update on his progress no later

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | October 29, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

than **November 9, 2026**, included in the status update prior to the next informal discovery conference.

__**Next Steps:**__ The scheduled a further informal discovery conference by Zoom to check in on the status of discovery between Plaintiffs and NSJP/NFJP for **November 10, 2026 at 2:00 p.m.** The Plaintiffs and NSJP/FJPN shall each provide status updates no later than **November 9, 2026.** The Courtroom Deputy Clerk will circulate a link to the parties to join the videoconference.

IT IS SO ORDERED.

| | |
|---|---|
| | 1:03 |
| **Initials of Preparer** | NTH |