William J. Brown, Jr. (SBN 192950)
bill@brownwegner.com
Evan Mark Simon (SBN 246455)
esimon@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: 949.705.0080

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Matthew Weinberg, et al.,

*Plaintiffs*,

v.

National Students for Justice in Palestine, et al.,

*Defendants*.

**Case No. 2:25-cv-03714-MCS-AJR**

**JOINT STIPULATION DISMISSING PLAINTIFF MATTHEW WEINBERG FROM ACTION**

Honorable Mark C. Scarsi
Magistrate Judge A. Joel Richlin

[Additional Counsel Cont. from previous page]

Thomas R. McCarthy (VA Bar No. 47154)*
Thomas A. Wilson (DC Bar No. 90019385)*
Julius Kairey (VA Bar No. 101216)*
Zachary P. Grouev (FL Bar No. 1038629)*
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
tom@consovoymccarthy.com
twilson@consovoymccarthy.com
julius@consovoymccarthy.com
zach@consovoymccarthy.com

Patrick Strawbridge (MA Bar No. 678274)*
CONSOVOY MCCARTHY PLLC
8th Floor South PMB #706
Boston, MA 02109
Telephone: (617) 227-0548
patrick@consovoymccarthy.com

Richard A. Rosen (NY Bar No. 1663830)*
Omer Wiczyk (NY Bar No. 4321600)*
Evan Gottstein (NY Bar No. 5749783)*
THE LOUIS D. BRANDEIS CENTER
FOR HUMAN RIGHTS UNDER LAW
1330 6th Avenue, 23rd Floor
New York, NY 10019
Telephone: (917) 363-9004
rrosen@brandeiscenter.com
owiczyk@brandeiscenter.com

* Admitted pro hac vice

*Attorneys for Plaintiffs*

IT IS HEREBY STIPULATED by and between Defendants National Students for Justice in Palestine ("NSJP"), Faculty for Justice in Palestine Network ("FJPN"), and People's City Council ("PCC"), on the one hand, and Plaintiffs Matthew Weinberg, Eli Tsives, Nir Hoftman, and Rabbi Dovid Gurevich ("Plaintiffs"), on the other hand:

WHEREAS, the Complaint was filed in this case on April 25, 2025;

WHEREAS, Plaintiffs amended their complaint on September 26, 2025;

WHEREAS, Plaintiff Matthew Weinberg wishes to be dismissed as a Plaintiff in this action;

WHEREAS, under Federal Rule of Civil Procedure 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Rule 21 "vests a trial court with discretion to drop a party, provided that [the] party is not indispensable to the action." *Omni Innovations, LLC v. Ascentive, LLC*, No. C06-1284-JCC, 2008 WL 11506653, at *1 (W.D. Wash. Jan. 15, 2008).

WHEREAS, the Parties believe Rule 21 is the proper mechanism to dismiss one plaintiff from a multi-plaintiff case, because the Ninth Circuit has held that Rule 41(a)(1) "does not allow for piecemeal dismissals." *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 687 (9th Cir. 2005); *but see Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) ("The Plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice."). If the Court finds that this request is governed by Rule 15(a) or Rule 41(a)(1), the Parties respectfully request that the Court dismiss Plaintiff Weinberg under either or both of these Rules, on the same terms;

WHEREAS, the Parties agree that Plaintiff Matthew Weinberg is not indispensable to the action, and that no remaining party will suffer prejudice from the dismissal of Plaintiff Matthew Weinberg from this action;

WHEREAS, the Parties agree that Plaintiff Matthew Weinberg should be dismissed from this action, and that all claims by him against Defendants NSJP, FJPN, and PCC should be dismissed with prejudice;

WHEREAS, the Parties agree that Plaintiff Matthew Weinberg and Defendants NSJP, FJPN, and PCC should bear their own respective fees and costs related solely to Matthew Weinberg's claims;

The Parties hereby stipulate that Plaintiff Matthew Weinberg is dismissed from this action, and that all claims by him against Defendants NSJP, FJPN, and PCC are dismissed with prejudice. This stipulation does not affect the claims by Plaintiffs Eli Tsives, Nir Hoftman, and Rabbi Dovid Gurevich against Defendants NSJP, FJPN, and PCC, or their status as Plaintiffs in this action.

Respectfully submitted,

DATED: November 11, 2026

By: /s/ Thomas R. McCarthy*
Thomas R. McCarthy*
Patrick Strawbridge*
Thomas A. Wilson*
Zachary P. Grouev*
Julius Kairey*
Richard A. Rosen*
Omer Wiczyk*
Evan Gottstein*
William J. Brown, Jr.

*Attorneys for Plaintiffs*

/s/ Rebecca Brown
Rebecca Brown
Dan Stormer
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, CA 91103
Phone: 626-585-9600
Emails: dstormer@hadsellstormer.com
rbrown@hadsellstormer.com

*Counsel for People's City Council*

/s/ Jonathan Wallace
Jonathan Wallace
PO Box #728
Amagansett, NY 11930
Phone: 917-359-6234
Email: jonathan.wallace80@gmail.com

Ramsey Judah
JUDAH LAW GROUP, LLC
1026 Foothill Boulevard
Upland, CA 91786
Phone: 626-899-7667
Email: ramsey@judahlawgroup.com

*Counsel for Faculty for Justice in Palestine Network*

/s/ Jonathan Wallace
Jonathan Wallace
PO Box #728
Amagansett, NY 11930
Phone: 917-359-6234
Email: jonathan.wallace80@gmail.com

*Counsel for National Students for Justice in Palestine*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 11, 2026

/s/ Thomas R. McCarthy
Thomas R. McCarthy

**CERTIFICATE OF SERVICE**

The undersigned counsel of record for Plaintiffs certifies that a true and correct copy of the foregoing was electronically filed and served upon all counsel of record who have appeared in the case and are registered with the CM/ECF. Parties may access this filing through the Court's CM/ECF System.

Dated: November 11, 2026

/s/ Thomas R. McCarthy
Thomas R. McCarthy