# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | November 13, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

| | |
|---|---|
| Present: | Hon. A. Joel Richlin, U.S. Magistrate Judge |

| | |
|---|---|
| Nicholas Huynh | C/S 11/10/2026 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys for Plaintiff(s): | Attorneys for Defendant(s): |
| William J. Brown<br>Evan J. Gottstein, Esq.<br>Omer Wiczyk, Esq.<br>Thomas A. Wilson, Esq.<br>Zachary P. Grouev, Esq. | Jonathan Wallace, Esq. |

**Proceedings:** **MINUTES OF INFORMAL DISCOVERY VIDEOCONFERENCE AND ORDER SCHEDULING FURTHER INFORMAL DISCOVERY VIDEOCONFERENCE**

On November 10, 2026, the Court held an informal discovery conference to discuss discovery disputes between Plaintiffs and Defendant National Students for Justice in Palestine ("NSJP") and National Faculty for Justice in Palestine ("NFJP"). Based on the discussion with the parties, the Court directed as follows:

**Subpoena Respondents:** Mr. Wallace provided separate progress reports for the NSJP-affiliated subpoena respondents and the NFJP-affiliated subpoena respondents. The NSJP progress report shows five productions completed and delivered, with nineteen productions still in process at varying degrees of completion. The NFJP progress report does not show any completed production and all fifteen productions are still in process. At this point, the remaining subpoena respondents have not complied with the Court's October 30, 2026 production deadline and they have had more than enough time to complete these productions. Therefore, the Court directed Mr. Wallace to inquire of the subpoena respondents what impediment exists, if any, that is preventing prompt completion of the productions. The Court further directed Mr. Wallace to notify all of the subpoena respondents with outstanding productions that they must immediately complete their documents productions or they will be subject to further action by the Court to compel production. The Court directed Mr. Wallace to provide updated progress reports no later than **November 17, 2026**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | November 13, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

**Depositions:** Plaintiffs are working on scheduling additional depositions. Most of the deponents are not represented by Mr. Wallace, but Mr. Wallace will check to confirm whether he is going to represent and whether he is authorized to accept service for Alex Kerry and Claudia Lorena Amezcua. Plaintiffs are also considering whether they need leave to take more than ten depositions and can raise this at a future hearing if needed. Plaintiffs and NSJP/NFJP dispute whether the Rule 30(b)(6) deponents for NSJP/NFJP were adequately prepared/educated to discuss all of the noticed topics. Plaintiffs have requested a copy of the transcripts so they can meet and confer with Mr. Wallace on this point. To the extent they agree that the deponent was not sufficiently knowledgeable, the parties should go forward with further Rule 30(b)(6) depositions to cover the noticed topics. To the extent the parties disagree, Plaintiffs can submit a copy of the transcripts along with a list of the topics where they claim the deponent was not sufficiently knowledgeable that includes citations to the deposition testimony that demonstrates the lack of knowledge. The Court will then review the transcript and list of topics with citations at an informal discovery conference to try to resolve the dispute.

**Additional Written Discovery:** Plaintiffs would like to serve additional written discovery on NSJP and NFJP. To prevent this additional discovery from sidetracking the current efforts to complete document productions and discovery responses, the Court directs Plaintiffs to promptly send the drafted discovery to Mr. Wallace for review and to include a copy in the next status update on **November 17, 2026**. The Court will discuss the proposed discovery at the next informal discovery conference so that Mr. Wallace has an opportunity to object. The Court will be looking to see that the proposed discovery is not duplicative of prior discovery and that it is proportional to the needs of the case. In the event the Court approves the discovery, the Court will deem it served on NSJP/NFJP with a deadline to respond of two weeks (**December 2, 2026**.)

**Search Terms:** The Court has finalized search terms for both NSJP and NFJP for the documents with a date range up to and including December 31, 2024. There are only 4,521 search term hits for NSJP and only 211 search term hits for NJFP. The Court understands that Mr. Wallace is handling the review on his own with the assistance of part-time paralegal. Nonetheless, the volume is very manageable to complete review and production, even with redactions, within the next two weeks, particularly because this effort has been ongoing for months now. It is important to complete this review because NSJP and NFJP still need to load and search documents for the period of January 1, 2025 to present. Mr. Wallace has repeatedly asserted that while the overall volume of documents to review is manageable, the documents are redaction intensive and the need to carefully review and implement First Amendment privilege redactions is causing the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-03714-MCS-AJR** | Date | November 13, 2026 |
| Title | Matthew Weinberg, et al. v. National Students for Justice in Palestine, et al. | | |

process to move very slowly. Unfortunately, there simply is not sufficient time remaining in light of the December 14, 2026 Fact Discovery Cut-Off. (Dkt. 197.)

Therefore, the Court directs NSJP and NFJP to complete its review and production of documents responsive to the current search terms no later than **November 27, 2026**. If there are any remaining responsive documents not yet produced by that date, the Court directs NSJP and NFJP to summarily produce all remaining responsive documents subject to an Attorneys Eyes' Only designation without any waiver of privilege. The Court expressly directs that all claims of privilege shall be preserved and there will be no waiver based on this summary production. NSJP and NFJP can replace this production with a redacted version of the same production no later than **December 11, 2026**. Assuming NSJP or NFJP timely provide a replacement production with redactions, then Plaintiffs shall destroy the summary production and only use the replacement production going forward. The Court does not reach this conclusion lightly, but is turning to this option as a last resort because the Court has tried everything else. See, e.g., Transamerica Computer Co. v. Int'l Bus. Machines Corp., 573 F.2d 646, 653 (9th Cir. 1978) ("One reasonable method of accelerating the discovery proceedings without impinging upon the parties' right to prepare their cases properly was to do precisely what Judge Neville did, that is, to issue an order preserving claims of privilege."). This approach balances the rights of NSJP and NFJP to carefully review documents and redact for privilege against Plaintiffs' right to receive relevant evidence within the Fact Discovery Cut-Off. The alternative is that if the parties continue on the current path, NSJP and NFJP will not complete their document production which will deprive Plaintiffs of relevant evidence and NSJP/NFJP will be at serious risk of evidentiary sanctions for failing to timely meet their discovery obligations. This alternative is not acceptable in the Court's view and far worse than the summary production deadline that the Court is setting.

**Next Steps:** The Court scheduled a further informal discovery videoconference for **November 18, 2026, at 1:30 p.m.** The Courtroom Deputy Clerk will circulate a link to the parties to join the videoconference. Plaintiffs, NSJP, and NFJP shall provide status updates no later than **November 17, 2026**.

IT IS SO ORDERED.

| | |
|---|---|
| | 1:21 |
| **Initials of Preparer** | NTH |