**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Matthew Weinberg, *et al.*,

*Plaintiffs*,

v.

National Students for Justice in Palestine, *et al.*,

*Defendants*.

**Case No. 2:25-cv-03714-MCS-AJR**

**ORDER ON STIPULATION DISMISSING PLAINTIFF MATTHEW WEINBERG FROM ACTION (ECF No. 249)**

**ORDER**

The Court, having considered the Parties' Joint Stipulation Dismissing Plaintiff Matthew Weinberg from Action, and upon finding that good cause exists:

IT IS HEREBY ORDERED THAT:

1. Plaintiff Matthew Weinberg is dismissed from this action.
2. All claims by Plaintiff Matthew Weinberg against Defendants in this case are dismissed with prejudice.
3. The claims by Plaintiffs Eli Tsives, Nir Hoftman, and Rabbi Dovid Gurevich against Defendants remain pending, and are unaffected by this Order.
4. Plaintiff Matthew Weinberg and all Defendants shall bear their own respective fees and costs related solely to Matthew Weinberg's claims.

IT IS SO ORDERED.

Dated: November 16, 2026

Mark C. Scarsi
United States District Judge